**EXHIBIT A**

*Redemption Payments Received by TGGC from Sentry*
*From August 13, 2004 Through October 14, 2005*

| Payment Date | Redemption Payment | No. of Shares |
|---|---|---|
| August 13, 2004 | $13,948.56 | 14 |
| October 14, 2005 | $231,942.75 | 217 |

# EXHIBIT B

*Redemption Payments Received by TGGC from Sigma*
*From October 25,2005 Through April 21, 2006*

| Payment Date | Redemption Payment | No. of Shares |
|---:|---:|---:|
| October 25,2005 | $186,665.61 | 968.09 |
| April 21, 2006 | $6,195.96 | 30 |
| April 21, 2006 | $580,354.50 | 2810 |