**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**Fairfield Sentry Limited, et al.,**<br><br>    Debtors in Foreign Proceedings. | )<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **Fairfield Sentry Limited (In Liquidation), et al., acting by and through the Foreign Representatives thereof,**<br>                            Plaintiffs,<br><br>        -against-<br><br>**Theodoor GGC Amsterdam, et al.,**<br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Chapter 15 Case**

**Case No. 10-13164 (SMB)**

**Jointly Administered**

**Adv. Pro. No. 10-03496 (SMB)**

**Administratively Consolidated**

**CONSOLIDATED MEMORANDUM OF LAW**
**IN SUPPORT OF DEFENDANTS' RENEWED MOTION TO DISMISS PURSUANT TO**
**11 U.S.C. §§ 561(D), 546(E), AND 546(G) AND FOR INSUFFICIENT SERVICE OF**
**PROCESS UNDER THE HAGUE SERVICE CONVENTION**

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ................................................................................ iii

PRELIMINARY STATEMENT ......................................................................... 1

FACTUAL AND PROCEDURAL BACKGROUND............................................ 4

LEGAL STANDARD......................................................................................... 10

ARGUMENT ..................................................................................................... 11

I.   Sections 561(d), 546(e), and 546(g) Bar All Claims Against All
     Defendants .................................................................................................. 11

    A.   All of the Funds Are Financial Institutions and Therefore
          Clawback of Transfers Made "By" the Funds Is Barred ................................ 12

    B.   Sentry and Sigma Are Financial Participants and Therefore
          Clawback of Transfers Made "By" Sentry or Sigma Are
          Barred .................................................................................................. 15

    C.   Every Redemption Payment From Sigma and Lambda Was
          "for the Benefit" of a Covered Entity and Therefore Clawback
          of Transfers Made By Sigma and Lambda Is Barred ..................................... 23

    D.   The Majority of Redemption Payments and Subsequent
          Transfers Therefrom Were Paid "To" or "for the Benefit" of
          Individual Defendants That Are Covered Entities and
          Therefore Clawback of Those Transfers Is Barred........................................ 24

    E.   Sections 546(e) and 546(g) Bar the Knowing Receipt Claims
          Against Knowledge Defendants ....................................................... 29

II.  The Liquidators Have Not Properly Served the Hague Defendants........................... 32

    A.   The Liquidators Were Required but Failed to Serve Hague
          Defendants in Compliance with the Hague Service Convention..................... 33

    B.   The Liquidators' Attempts to Serve Hague Defendants in
          Objecting States Fail............................................................................... 34

    C.   The Liquidators' Attempts to Serve Hague Defendants by
          Mail Were Not Authorized by Otherwise Applicable Domestic
          Law and Are Therefore Ineffective .................................................... 37

i

D.   The Actions Should Be Dismissed for Failure to Effect
Service .......................................................................................................    38

CONCLUSION..................................................................................................    40

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Advanced Aerofoil Techs., AG v. Todaro*,
No. 11 Civ. 9505 (ALC)(DCF), 2012 WL 299959 (S.D.N.Y. Jan. 31, 2012).............    35

*Am. Home Mortg. Inv. Corp. v. Lehman Bros. Inc. (In re Am. Home Mortg. Holdings, Inc.)*,
388 B.R. 69 (Bankr. D. Del. 2008) ................................................................    25

*AP Servs., LLP v. Silva*,
483 B.R. 63 (S.D.N.Y. 2012).........................................................................    30

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009)........................................................................................    10

*Brockmeyer v. May*,
383 F.3d 798 (9th Cir. 2004) ........................................................................    37

*Cassano v. Altshuler*,
186 F. Supp. 3d 318 (S.D.N.Y. 2016)............................................................    39

*Cheung v. United States*,
213 F.3d 82 (2d Cir. 2000).............................................................................    35

*Conopco, Inc. v. Roll Int'l*,
231 F.3d 82 (2d Cir. 2000).............................................................................    10

*Contemporary Indus. Corp. v. Frost*,
564 F.3d 981 (8th Cir. 2009) .....................................................................    30, 31

*Corley v. United States*,
556 U.S. 303 (2009).......................................................................................    22

*Cortec Indus., Inc. v. Sum Holding L.P.*,
949 F.2d 42 (2d Cir. 1991).........................................................................    10, 20

*Dickerson v. Napolitano*,
604 F.3d 732 (2d Cir. 2010)........................................................................    32, 39

*Dynegy Midstream Servs., LP v. Trammochem,*
451 F.3d 89 (2d Cir. 2006)............................................................................. 32

*Enron v. Int'l Fin. Corp. (In re Enron Corp.),*
341 B.R. 451 (Bankr. S.D.N.Y. 2006)...................................................... 10, 28-29

*Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.),*
No. 10-03496 (SMB), 2018 WL 3756343 (Bankr. S.D.N.Y. Aug. 6, 2018)............... passim

*Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.),*
596 B.R. 275 (Bankr. S.D.N.Y. 2018).......................................................... passim

*Icon DE Holdings LLC v. Eastside Distributors,*
No. 14 CIV. 2832 (PAE), 2015 WL 4557278 (S.D.N.Y. July 28, 2015) .................... 36

*In re Bernard L. Madoff Inv. Sec. LLC,*
654 F.3d 229 (2d Cir. 2011)................................................................ 17, 18, 19

*In re Coudert Bros. LLP,*
No. 16-CV-8237 (KMK), 2017 WL 1944162 (S.D.N.Y. May 10, 2017) .................... 37-38

*In re Enron Corp.,*
323 B.R. 857 (Bankr. S.D.N.Y. 2005).......................................................... 13, 29

*In re Mid-Atlantic Petroleum Corp.,*
233 B.R. 644 (Bankr. S.D.N.Y. 1999).......................................................... 34

*In re Petters Co.,*
548 B.R. 551 (Bankr. D. Minn. 2016) ........................................................ 30

*In re Quebecor World (USA) Inc.,*
719 F.3d 94 (2d Cir. 2013)..................................................................... 7

*In re Tribune Co. Fraudulent Conveyance Litig.,*
946 F.3d 66 (2d Cir. 2019).................................................................... passim

*In re Tribune Co. Fraudulent Conveyance Litig.,*
No. 11MD2296 (DLC), 2019 WL 1771786 (S.D.N.Y. Apr. 23, 2019)...................... 21-22

*Kruse v. Sec. Inv'r Prot. Corp. (In re Bernard L. Madoff Inv. Sec. LLC),*
708 F.3d 422 (2d Cir. 2013)................................................................... 18

*Luria v. Hicks (In re Taylor, Bean & Whitaker Mortgage Corp.),*
No. 3:11-ap-0674-JAF, 2017 WL 4736682 (M.D. Fla. Mar. 14, 2017)...................... 22

*Menon v. Water Splash, Inc.*,
No. 14-14-00012-CV, 2018 WL 344040 (Tex. App. 14th Dist. Jan. 9, 2018) ............. 37

*Merit Mgmt. Grp., LP v. FTI Consulting, Inc.*,
138 S. Ct. 883 (2018) ................................................................................... 7

*Morgenthau v. Avion Res. Ltd.*,
11 N.Y.3d 383 (2008) ................................................................................ 33

*Mosley v. Wells Fargo Bank NA*,
No. 17-CV-05064-JSC, 2017 WL 5478628 (N.D. Cal. Nov. 15, 2017) ...................... 29

*Mut. Benefits Offshore Fund v. Zeltser*,
140 A.D.3d 444 (1st Dep't 2016) ................................................................ 35

*Nat'l Union Fire Ins. Co. of Pittsburgh v. Sun*,
No. 93 CIV. 7170 (LAP), 1994 WL 463009 (S.D.N.Y. Aug. 25, 1994) ...................... 39

*Official Comm. of Unsecured Creditors of Hechinger Inv. Co. v. Fleet Retail Fin. Grp. (In re Hechinger Inc. Co.)*,
274 B.R. 71 (D. Del. 2002) ........................................................................ 30, 31

*Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*,
484 U.S. 97 (1987) ................................................................................... 32

*Picard v. ABN Amro Bank (Ireland) Ltd. (In re Madoff Securities)*,
505 B.R. 135 (S.D.N.Y. 2013) ........................................................... 23, 26, 28, 30

*Picard v. Cohmad (In re Bernard L. Madoff Investment Securities LLC)*,
418 B.R. 75 (Bankr. S.D.N.Y. 2009) ........................................................... 35, 36

*Picard v. Ida Fishman Revocable Trust (In re Bernard L. Madoff Inv. Sec. LLC)*,
773 F.3d 411 (2d Cir. 2014) ....................................................................... passim

*Picard v. Katz*,
462 B.R. 447 (S.D.N.Y. 2011) ..................................................................... 26

*Ramsaran v. Abraham*,
No. 15-CV-10182 (JPO), 2017 WL 1194482 (S.D.N.Y. Mar. 30, 2017) .................... 35

*Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*,
476 B.R. 715 (S.D.N.Y. 2012) .................................................................. 25, 29

*Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*,
   501 B.R. 26 (S.D.N.Y. 2013) ........................................................................... 25

*U.S. Bank N.A. v. Verizon Commc'ns Inc.*,
   892 F. Supp. 2d 805 (N.D. Tex. 2012) ........................................................ 30

*Volkswagenwerk AG v. Schlunk*,
   486 U.S. 694 (1988) ........................................................................................ 33

*Water Splash, Inc. v. Menon*,
   137 S. Ct. 1504 (2017) .................................................................. passim

*Yak v. Bank Brussels Lambert*,
   252 F.3d 127 (2d Cir. 2001) ........................................................................ 20

*Zanghi v. Ritella*,
   No. 19 Civ. 5830 (NRB), 2020 WL 589409 (S.D.N.Y. Feb. 5, 2020) ........................ 38

*Zherka v. Ryan*,
   52 F. Supp. 3d 571 (S.D.N.Y. 2014) ........................................................... 32, 39

**Constitutions**

U.S. Const. art. VI, cl. 2 ................................................................................ 35

**Rules and Statutes**

11 U.S.C. § 101(22) ................................................................... passim

11 U.S.C § 101(22A) ...................................................................... passim

11 U.S.C. § 101(53A) ..................................................................... 24

11 U.S.C. § 546(e) ......................................................................... passim

11 U.S.C. § 546(g) ......................................................................... passim

11 U.S.C. § 561(d) ......................................................................... passim

11 U.S.C. § 741(7)(A) ...................................................................... 15, 20

Bankruptcy Abuse Prevention and Consumer Protection Act of 2005,
   Pub. L. No. 109-8, 119 Stat. 23 (2005) ........................................................ 16, 19

Fed. R. Civ. P. 4(f) ........................................................................ 33, 35, 38

Fed. R. Civ. P. 4(h)(2).................................................................................................... 33

Fed. R. Civ. P. 12(b)(5)............................................................................................... 32, 39

Fed. R. Evid. 201(b)(2) ................................................................................................ 28

**Other Authorities**

Black's Law Dictionary (11th ed. 2019)........................................................................ 14

Convention on the Service Abroad of Judicial and Extrajudicial Documents
in Civil or Commercial Matters art. 10, Nov. 15, 1965,
20 U.S.T. 361, 658 U.N.T.S. 163................................................................................ 33

*Fairfield Sentry Ltd (in Liquidation) v. Migani*
[2014] UKPC 9 ....................................................................................................... 6

H.R. Rep. No. 106-711, pt. 2 (2000)........................................................................... 15, 16

H.R. Rep. No. 109-31, pt. 1 (2005)............................................................................... 16

Hague Conference on Private International Law, *Declaration/Reservation/Notification*,
https://www.hcch.net/en/instruments/conventions/status-
table/notifications/?csid=408&disp=resdn ................................................................ 34

Hague Conference on Private International Law, *Declaration/Reservation/Notification*,
https://www.hcch.net/en/instruments/conventions/status-
table/notifications/?csid=424&disp=resdn ................................................................ 34

Hague Conference on Private International Law, *Declaration/Reservation/Notification*,
https://www.hcch.net/en/instruments/conventions/status-
table/notifications/?csid=434&disp=resdn ................................................................ 34

Hague Conference on Private International Law, *Declaration/Reservation/Notification*,
https://www.hcch.net/en/instruments/conventions/status-
table/notifications/?csid=991&disp=resdn ................................................................ 34

U.S. Dep't of State, Service of Process, https://travel.state.gov/content/travel/en/legal/travel-
legal-considerations/internl-judicial-asst/Service-of-Process.html ............................. 35

The defendants listed on Appendix A ("Defendants"), by their attorneys listed on

Appendix H, respectfully submit this memorandum of law in support of Defendants' motion,

pursuant to Federal Rules of Civil Procedure 4, 5, 8(a), 12(b)(5), and 12(b)(6), made applicable

by Federal Rules of Bankruptcy Procedure 7004, 7005, 7008, and 7012 (the "Consolidated

Motion"), for an order dismissing with prejudice all of the remaining claims brought by Kenneth

Krys and Greig Mitchell (the "Liquidators"), in their capacities as foreign representatives and

liquidators of Fairfield Sentry Limited (In Liquidation) ("Sentry"), Fairfield Sigma Limited (In

Liquidation) ("Sigma"), and Fairfield Lambda Limited (In Liquidation) ("Lambda," and together

with Sentry and Sigma, the "Funds"), set forth in the operative amended complaints ("Amended

Complaints" or "Am. Compl.")[1] against Defendants[2] in the above-captioned actions (the

"Actions").[3]

## PRELIMINARY STATEMENT

After nearly a decade of litigation, all of the claims the Liquidators originally asserted in

their British Virgin Islands ("BVI") home forum in pursuit of the recovery of redemptions

allegedly paid to Defendants have been dismissed or abandoned.  The Court in its prior rulings

similarly rejected all of the claims newly brought in this forum to obtain the same relief based on

---

[1]      As to the main issues discussed herein, the Amended Complaints are nearly identical.  Thus, for citation purposes, Defendants refer to the Amended Complaint ("Third Amended Complaint" or "TAC") in *Fairfield Sentry Ltd. v. HSBC Private Bank Suisse SA*, Adv. Pro. No. 10-03633 (SMB) (Bankr. S.D.N.Y. Jan. 9, 2020) (Dkt. 86).

[2]      As noted in the Consolidated Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend and in Support of Defendants' Motion to Dismiss at 1 n.2, *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-03496 (SMB) (Bankr. S.D.N.Y. Jan. 13, 2017) (Dkt. 960) ("First Motion to Dismiss"), most, if not all, Amended Complaints include as defendants unidentified "Beneficial Owners of Accounts Held in the Name of [Named Defendant] 1-1000."  TAC ¶ 31.  Defendants deem references to, and any claims pleaded against, these unidentified "Beneficial Owners" to be ineffective placeholder allegations for claims that do not require any further response at this juncture.  Regardless, for all the reasons set forth in support of this Consolidated Motion, those claims also should be dismissed in their entirety.

[3]      Unless otherwise noted, all citations in this brief to "(Dkt. __)" refer to the docket entry by that number in the consolidated adversary proceeding for the Actions:  *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam*, Adv. Pro. No. 10-03496 (SMB) (Bankr. S.D.N.Y.).

the alleged "bad faith" of the Funds' chosen administrator. The Court also rejected the Liquidators' arguments that (i) the Bankruptcy Code safe harbors would not apply to protect the challenged redemptions, even if the safe harbor requirements were otherwise met, because of the presumption against the extraterritorial application of U.S. law, and (ii) that the service and jurisdiction provisions in the Defendants' original subscription agreements applied to these Actions. These rulings set the stage for this Consolidated Motion to dismiss the Liquidators' three remaining claims on the grounds that they are all barred by the Bankruptcy Code's safe harbors and/or because there has been no proper service on a Defendant, thereby bringing to an end this long-lasting litigation.

Specifically, as to nearly all Defendants, the Liquidators seek to claw back certain redemption payments that the Funds made to Defendants by alleging that the transfers were (1) unfair preference transfers under Section 245 of the BVI Insolvency Act of 2003 and (2) undervalue transactions under Section 246 of the BVI Insolvency Act of 2003. As to only certain Defendants who are claimed to have known about the Bernard L. Madoff Securities LLC ("BLMIS") fraud (the so-called "Knowledge Defendants"), the Liquidators have advanced a third theory for reversing the redemption transfers based on those Defendants' alleged "knowing receipt" of stolen funds.[4] All of the claims fail on one or more of two threshold grounds.[5]

*First*, the Liquidators' claims are all barred by 11 U.S.C. § 546(e), the safe harbor for securities transactions made applicable in Chapter 15 proceedings by 11 U.S.C. § 561(d).

---

[4]    A list of Defendants that the Liquidators allege are Knowledge Defendants on the basis of their own knowledge or a purported theory of imputed knowledge is included as Appendix B.

[5]    As directed by this Court, this Consolidated Motion addresses only two such grounds for dismissal that apply in all or nearly all Actions. Further to this Court's instructions at the February 25 and March 11, 2020 conferences, grounds for dismissal other than those raised herein are preserved. Defendants expressly reserve their rights to move to dismiss the operative or any future amended complaints on grounds other than those addressed herein, including but not limited to service arguments beyond the issues of service on Defendants under the Hague Convention for the Service Abroad of Judicial and Extrajudicial Documents and personal jurisdiction arguments.

Section 546(e) protects settlement payments and transfers in connection with securities contracts ("Covered Transactions") made "by," "to," or "for the benefit of" statutorily covered entities, such as financial participants or financial institutions ("Covered Entities"). *See, e.g.*, 11 U.S.C. §§ 101(22), 101(22A) (defining financial institution and financial participant). This Court has held that each alleged redemption payment is a Covered Transaction and thus protected by the safe harbor if the transaction was by, to, or for the benefit of a Covered Entity.[6] Each of the Funds and most Defendants fall within the definition of Covered Entity on one or more grounds.[7] The safe harbor bars not only the BVI statutory avoidance claims, but also the Liquidators' remaining common law knowing receipt claims against the so-called Knowledge Defendants. Allowing the Liquidators' claims, including the knowing receipt claims, to escape the reach of Section 546(e)'s safe harbor would be contrary to the plain language of Section 546(e) and would frustrate the purpose of the safe harbor by permitting an end-run around its protections.

*Second*, the Liquidators' claims against Defendants in foreign states that are contracting parties to the Hague Convention for the Service Abroad of Judicial and Extrajudicial Documents served by international registered mail (the "Hague Defendants" and the "Hague Service Convention," respectively) must also be dismissed for failure to properly serve the Hague Defendants with process.[8] The Liquidators' attempted service by mail on the Hague Defendants

---

[6]     *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.)*, 596 B.R. 275, 314-15 (Bankr. S.D.N.Y. 2018) (the "Merits Opinion").

[7]     A list of Defendants that allegedly invested in Sentry is included in Appendix C. A list of Defendants that allegedly invested in Sigma or Lambda is included in Appendix D. A list of Defendants that are Covered Entities are included as Appendices E and F, the scope of which is defined further below.

[8]     The Hague Defendants are listed in Appendix G. In some cases, in addition to attempted service by international mail in a foreign Hague Service Convention state, the Liquidators sent copies of summons and the complaints to outside litigation counsel representing Hague Defendants or "care of" a third-party, neither of which were authorized to accept service. Hague Defendants did not, and are not claimed to have, authorized service by these means. Such attempts at alternative service plainly do not qualify as effective service and we assume that the Liquidators will not claim otherwise.

is contrary to Supreme Court precedent and the Federal Rules.  The Liquidators have never attempted any proper method of service as to the Hague Defendants over the past decade, despite receiving repeated notice of their ineffective service.

Accordingly, this Court should dismiss the Amended Complaints in their entirety.

## FACTUAL AND PROCEDURAL BACKGROUND

The background to these proceedings is set forth in two prior decisions of this Court. *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.)*, Adv. Pro. No. 10-03496 (SMB), 2018 WL 3756343 (Bankr. S.D.N.Y. Aug. 6, 2018) (the "Jurisdiction Opinion"); *Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.)*, 596 B.R. 275 (Bankr. S.D.N.Y. 2018) (the "Merits Opinion").  Defendants recount the background to the extent necessary for this Consolidated Motion.

### Operation of the Funds

Defendants are alleged direct and indirect investors in a related group of hedge funds— Sentry, Sigma, and Lambda—which is the largest group of funds that invested with BLMIS.[9] Beginning in the 1990s and through BLMIS's collapse in December 2008, Sentry sold shares directly to foreign (*i.e.*, non-U.S.) investors and invested substantially all of the proceeds with BLMIS.[10]  Sigma, the Euro-denominated Fund, and Lambda, the Swiss franc-denominated Fund, each accepted investments in its respective foreign currency and then invested all of those funds in Sentry, which, in turn, invested with BLMIS.[11]  The Liquidators, through these Actions, seek to claw back alleged redemptions from the Funds occurring as early as April 2004.[12]

---

[9]     TAC ¶ 2.

[10]    Merits Opinion, 596 B.R. at 282; Verified Chapter 15 Pet. ¶¶ 8-9, *In re Fairfield Sentry Ltd.*, No. 10-13164 (Bankr. S.D.N.Y. June 14, 2010) (Dkt. 2).

[11]    Merits Opinion, 596 B.R. at 282; Jurisdiction Opinion, 2018 WL 3756343, at *2.

[12]    Merits Opinion, 596 B.R. at 292.

The Funds were each governed by substantively identical Articles of Association (the "Articles") that described the processes and pricing for the redemption of shares.[13] The Articles granted investors the right to redeem their shares at a price equal to the Fund's Net Asset Value ("NAV").[14] The directors of the Funds (the "Directors") calculated the NAVs based on the value of a Fund divided by its outstanding shares, less certain expenses.[15] The Directors determined the subscription price for a share in the Funds on the same basis.[16] Following a redemption request, the Funds were contractually obligated to pay the redeeming shareholder an amount based on the NAV per share determined by the Directors in return for the redeemed shares.[17] Defendants allegedly invested in the Funds on their own behalf or on behalf of underlying beneficial owners and subsequently redeemed shares and received redemption payments.[18]

The Funds each employed Citco Bank Nederland NV Dublin Branch ("Citco Bank") to pay redemptions, take custody of securities and other assets, and provide other custodial services.[19] The Funds each retained Citco Bank to act as custodian in monitoring assets, generating custody statements, placing trades, and "serv[ing] as the intermediaries for all . . . funds invested by Defendants."[20] Citco Bank paid all redemptions.[21] The Funds each also

---

[13]    *Id.* at 283.  Investors in the Funds also signed Subscription Agreements to receive shares of the Funds. TAC ¶ 21.  The terms of the investments, including redemption rights, were governed by the Articles, rather than the Subscription Agreements.  Jurisdiction Opinion, 2018 WL 3756343, at *3, *12.

[14]    TAC ¶¶ 4, 37.

[15]    *Id.* ¶ 4.

[16]    Merits Opinion, 596 B.R. at 283.

[17]    *Id.*

[18]    Jurisdiction Opinion, 2018 WL 3756343, at *2.

[19]    TAC ¶ 51.  Citco Bank is a branch of a Dutch credit institution authorized to act as a credit institution in Ireland.  *See infra* note 44.

[20]    TAC ¶¶ 51-52, 62, 67, 74-75.

[21]    Pls.' Opp. to Defs.' Consolidated Mem. at 67 (Dkt. 1336) ("Liquidators' Reply") ("The redemption payments were made from the Funds' accounts with Citco in Ireland . . . .").

retained Citco Fund Services to serve as administrator "under the overall direction of the

Directors."[22]  The Directors delegated responsibility for calculating all of Funds' NAVs to Citco

Fund Services and its delegate, which issued NAV statements to shareholders.[23]

**First Motion for Leave and First Motion to Dismiss**

The Liquidators originally litigated a "mistaken" payment theory, premised on the Funds'

alleged miscalculation of their Net Asset Value ("NAV") and redemption payments made based

on that NAV.  The Liquidators lost on those claims at all levels of the BVI court system,

including before its highest court, the U.K. Privy Council, because the Liquidators' theory would

have permitted the Funds to revisit the NAV into perpetuity and was therefore entirely

unworkable and inequitable, and would have undermined the BVI's interest in finality for

securities transactions.[24]  They also lost on their claim that the redeeming investors did not give

good consideration for the redemptions.

On October 21, 2016, the Liquidators filed a motion for leave to add certain allegations

and claims in amended complaints against most Defendants ("First Motion for Leave").[25]  The

Liquidators sought to add:  (1) claims under the BVI Insolvency Act for unfair preference

transactions and undervalue transactions under Sections 245 and 246, respectively (together, the

"BVI Avoidance Claims"), (2) BVI common law claims, and (3) BVI contract claims.[26]

Defendants opposed the First Motion for Leave and moved to dismiss all existing claims on

January 13, 2017 (the "First Motion to Dismiss"), arguing, among other things, that:  (1) this

---

[22]     *Fairfield Sentry Ltd (in Liquidation) v. Migani* [2014] UKPC 9, [14] ("*Migani*").

[23]     TAC ¶ 47.

[24]     *See Migani* [2014] UKPC 9, [23] (concluding the Liquidators' approach is "an impossible construction").

[25]     Pls.' Mem. Supp. Mot. for Leave to Amend at 15-20 (Dkt. 923).

[26]     While the Liquidators also sought declaratory relief in some instances, this Court dismissed this count as "subsumed by the other claims that seek monetary relief."  Merits Opinion, 596 B.R. at 289 n.16.

Court lacked subject matter jurisdiction over the Actions; (2) this Court lacked personal

jurisdiction over non-U.S. Defendants; (3) the safe harbor in 11 U.S.C. § 546(e), made applicable

by 11 U.S.C. § 561(d), barred all claims; (4) all claims otherwise failed as a matter of law and

should be dismissed; and (5) the Liquidators failed to properly serve non-U.S. Defendants.[27]

After the completion of briefing, this Court requested supplemental briefing on Section 561(d).[28]

The parties also wrote letters to this Court regarding the effect of *Merit Management Group, LP*

*v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018), on the First Motion to Dismiss.[29]

**The Jurisdiction Opinion**

In August 2018, this Court issued the Jurisdiction Opinion, holding that it had subject

matter jurisdiction over the Actions.[30]  However, this Court squarely rejected the Liquidators'

principal argument for personal jurisdiction, *i.e.*, that Defendants had consented to personal

jurisdiction by allegedly executing the Subscription Agreements containing a forum selection

clause when they invested in the Funds.[31]  This Court held instead that the forum selection clause

was inapplicable to the instant Actions, which arose out of the Articles rather than the

Subscription Agreements.[32]

---

[27]      In support of these arguments, the parties filed foreign law declarations and supporting exhibits.  *E.g.*,
Mortimore Decl. (Dkt. 962).  Certain Defendants filed supplemental memoranda of law and declarations with
individualized arguments for dismissal.  *E.g.*, HSBC Defs.' Supp. Mem. (Dkt. 1213).

[28]      Defs.' Suppl. Mem. Concerning the Legislative History of 11 U.S.C. § 561(d) (Dkt. 1659); Foreign Reps.'
Suppl. Mem. Addressing Bankruptcy Code Section 561(d) (Dkt. 1656).

[29]      *Merit* held that the relevant transfer for purposes of Section 546(e) is the transfer the trustee seeks to avoid,
and that the safe harbor will not apply based on the incidental presence of a Covered Entity in an earlier transfer.
*Merit* also abrogated certain Circuit precedent relied upon in the First Motion to Dismiss.  *E.g.*, *In re Quebecor
World (USA) Inc.*, 719 F.3d 94 (2d Cir. 2013).  Prior to *Merit*, the Liquidators had not contested that the redemption
payments were made "by," "to," or "for the benefit" of a Covered Entity.  Merits Opinion, 596 B.R. at 315.

[30]      Jurisdiction Opinion, 2018 WL 3756343, at *8.

[31]      *Id.* at *12 ("[T]he Defendants' consent to the Subscription Agreement does not constitute consent to
personal jurisdiction . . . .").

[32]      *Id.*

In the Jurisdiction Opinion, this Court declined to address the merits issues raised by the parties because, although this Court had disposed of the Liquidators' "consent" theory, there remained unresolved aspects of Defendants' First Motion to Dismiss for lack of personal jurisdiction.[33]  Thereafter, in September 2018, the Liquidators and Defendants stipulated to be bound by a decision on the merits regarding any or all arguments raised in the briefing, while reserving their right to appeal or seek reconsideration of judicial orders and expressly preserving any arguments raised, including, but not limited to, the personal jurisdiction issues.[34]

**The Merits Opinion and Further Proceedings**

In December 2018, this Court issued the Merits Opinion, resolving certain—but not all—of the remaining issues raised in the First Motion for Leave and First Motion to Dismiss.  For failure to state a claim, this Court dismissed in their entirety the Liquidators' BVI contract and common law claims, including for constructive trust, except to the extent the Liquidators adequately pleaded a knowing receipt constructive trust claim showing that a particular Defendant (*i.e.*, a Knowledge Defendant) "knew the [Funds'] NAV was inflated at the time of redemption."[35]  This Court declined to resolve whether that standard was satisfied as to any Defendants under the operative complaints and deferred that issue for subsequent briefing.

In the Merits Opinion, this Court also partially granted the First Motion for Leave to add the BVI Avoidance Claims.  However, this Court further held that the securities safe harbor of Section 546(e) would bar the BVI Avoidance Claims, and potentially all of the Liquidators' claims, if a Defendant could demonstrate that the redemption payments were made by, to, or for

---

[33]    *Id.*

[34]    Order and Stipulation (Dkt. 1735).

[35]    Merits Opinion, 596 B.R. at 295.

8

the benefit of a Covered Entity within the meaning of the safe harbor provision.[36]  This Court

held that Section 561(d) made the safe harbor applicable to "proceedings brought by a foreign

representative in a Chapter 15 case seeking to avoid purely foreign transfers under foreign

insolvency laws," explaining that the safe harbor's purpose was to "provide broad protection to

avoid the spread of financial contagion."[37]  In doing so, the Court accepted the unchallenged

conclusion that "the redemptions at issue were Covered Transactions because they were

settlement payments made in connection with securities contracts."[38]  The sole remaining issue

under the safe harbor—whether Defendants could show that the transfers were made "by," "to,"

or "for the benefit of" a Covered Entity—was left for subsequent briefing, as the Liquidators first

challenged that element of the analysis only following *Merit*.  The Liquidators did not challenge

the safe harbor's application on these grounds because, as described below, not only do the

Funds qualify as Covered Entities on multiple grounds, but almost all Defendants independently

qualify as Covered Entities.

Accordingly, this Court allowed the Liquidators to file amended complaints alleging (i)

BVI Avoidance Claims against all Defendants, albeit without prejudice to this further motion to

dismiss the Amended Complaints, and (ii) knowing receipt claims *only* against the purported

Knowledge Defendants.[39]  Primarily in April 2019, this Court entered multiple orders

implementing the Merits Opinion, dismissing all other claims with prejudice and explicitly

reserving Defendants' rights to address by further motions to dismiss various defenses that the

---

[36]     *Id.* at 314-15.

[37]     *Id.* at 310, 314.

[38]     *Id.* at 314.

[39]     *Id.* at 305, 316.

Court did not reach in its Jurisdiction Opinion or Merits Opinion.[40]  It was not until January 15,

2020 that the Liquidators notified Defendants that they had completed filing the Amended

Complaints.  That same day, the Liquidators filed yet another motion for leave to amend in

twenty-nine actions.  After a conference on that motion on February 25, 2020, the Court directed

Defendants on this Consolidated Motion to address only certain arguments for dismissal based

on Sections 546(e) and 561(d) and insufficient service of process in Hague Service Convention

states.

## LEGAL STANDARD

To survive a motion to dismiss, "a complaint must contain sufficient factual matter,

accepted as true, to 'state a claim to relief that is plausible on its face.'"  *Ashcroft v. Iqbal*, 556

U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).  Dismissal

is appropriate when "it is clear from the face of the complaint, and matters of which the court

may take judicial notice, that the plaintiff's claims are barred as a matter of law."  *Conopco, Inc.

v. Roll Int'l*, 231 F.3d 82, 86 (2d Cir. 2000).  This Court may judicially notice documents upon

which the Liquidators relied in bringing suit and documents that are "integral" to the Amended

Complaints.  *Cortec Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 47-48 (2d Cir. 1991).  This

Court may also judicially notice facts that are "capable of accurate and ready determination by

resort to sources whose accuracy cannot be reasonably questioned," such as "the records of

various public or quasi-public bodies."  *Enron v. Int'l Fin. Corp. (In re Enron Corp.)*, 341 B.R.

451, 458 (Bankr. S.D.N.Y. 2006) ("*Enron II*") (citing Fed. R. Evid. 201(b)(2)).

---

[40]     *E.g.*, Stipulated Order Granting in Part and Denying in Part Defs.' Mots. to Dismiss and Pls.' Mot. for
Leave to Amend, *Fairfield Sentry Ltd. v. HSBC Private Bank Suisse SA*, Adv. Pro. No. 10-03633 (SMB) (Bankr.
S.D.N.Y. Apr. 15, 2019) (Dkt. 81).

**ARGUMENT**

I.   <u>**Sections 561(d), 546(e), and 546(g) Bar All Claims Against All Defendants**</u>

The Liquidators' claims are barred in their entirety by Section 546(e), as incorporated

into Chapter 15 proceedings by Section 561(d).  This Court largely resolved the application of

Section 546(e) in favor of Defendants in its Merits Opinion by (i) finding that each of the

redemption payments are Covered Transactions because there was no "dispute that the

redemptions at issue were Covered Transactions" and (ii) rejecting the Liquidators' arguments

that applying the provision here would be an impermissible extraterritorial application.  Merits

Opinion, 596 B.R. at 311, 314.  The only question with respect to the application of the safe

harbor remaining after the Merits Opinion is whether the redemption payments at issue were

made "by," "to," or "for the benefit of" an "entity covered by section 546(e)."  *Id.* at 315.

Here, the relevant transfers are the redemption payments originating from the Funds.

These redemption payments were transfers "by," "to," or "for the benefit" of a Covered Entity

for at least four reasons.  *First*, all claims must be dismissed because each Fund is a financial

institution, due to the Funds' status as "customers" of a financial institution, and the transfers

were therefore all made "by" a Covered Entity.  *Second*, all claims for Sentry redemption

payments and the majority of Sigma redemption payments must also be dismissed because, at

the relevant points in time, Sentry and Sigma were financial participants and their transfers were

therefore "by" a Covered Entity.  *Third*, all claims for the Sigma and Lambda redemption

payments must also be dismissed because they were made "for the benefit" of Sentry, which is

both a financial participant and a financial institution.  *Fourth*, many of the Defendants—such

as banks and trust companies—are Covered Entities, and the Liquidators' claims are barred to

the extent they were paid "to" or "for the benefit" of such Defendants.  Finally, Sections 546(e)

11

and 546(g) also bar the knowing receipt claims against the Knowledge Defendants because the safe harbor applies to those claims insofar as they involve protected transfers.

### A. All of the Funds Are Financial Institutions and Therefore Clawback of Transfers Made "By" the Funds Is Barred

As customers of Citco Bank—a financial institution acting as their agent in connection with a securities contract—the Funds are Covered Entities.  Section 546(e) protects not only transfers made "by" financial institutions, such as any "commercial or savings bank, industrial savings bank, savings and loan association, trust company, [or] federally-insured credit union," 11 U.S.C. § 101(22), but also those made by "customer[s]" of such financial institutions, 11 U.S.C. § 101(22)(A); *see In re Tribune Co. Fraudulent Conveyance Litig.*, 946 F.3d 66, 77-80 (2d Cir. 2019) (affirming dismissal of avoidance claims for redemption payment because the issuer retained a financial institution to act as agent in connection with the redemption and was thus itself a financial institution).  Section 546(e) employs "broad language" to protect customers of financial institutions in order to "'promot[e] finality . . .  and certainty' for investors, by limiting the circumstances, e.g., to cases of intentional fraud, under which securities transactions could be unwound."[41] *In re Tribune*, 946 F.3d at 90-94 (quoting *In re Kaiser Steel Corp.*, 952 F.2d 1230, 1240 n.10 (10th Cir. 1991)) (alteration in original); *accord id.* at 92 ("The legislative history of Section 546(e) clearly . . . reflects a concern over the use of avoidance powers not only after the bankruptcy of a commodities or securities firm, but also after a 'customer' or 'other participant' in the securities markets enters bankruptcy."); Merits Opinion, 596 B.R. at 314 (noting same).

---

[41]     The Liquidators have not pursued intentional fraud claims.  *See infra* note 54.

12

A customer of a financial institution is itself a financial institution for safe harbor purposes when (1) the financial institution (2) is "acting as agent" (3) "for a customer" (4) "in connection with a securities contract." *In re Tribune*, 946 F.3d at 78 (quoting 11 U.S.C. § 101(22)(A)). Here, the Funds' relationships with their custodian, Citco Bank, satisfy each element for each Fund to qualify as a customer of a financial institution (*i.e.*, a customer of Citco Bank). For that reason, the Funds themselves were Covered Entities when they made each redemption payment, and Section 546(e) bars avoidance of all of those payments.

*First*, the Funds made the redemption payments through their custodian Citco Bank, a financial institution. *See* Pls.' Mem. Opp. to Defs.' Consolidated Mem. and Further Supp. Mot. for Leave to Amend at 67 & n.89 (Dkt. 1336) ("Liquidators' Reply") ("The redemption payments were made from the Funds' accounts with Citco in Ireland."). The definition of financial institution includes entities licensed or regulated as a bank or trust company. *See In re Tribune*, 946 F.3d at 78 (concluding entity is a financial institution "because it is a trust company and a bank"). Citco Bank is a "financial institution" because it is a bank supervised by De Nederlandsche Bank, the Netherlands' central bank and financial regulator.[42] The Irish branch of Citco Bank retained by the Funds is also supervised by the Central Bank of Ireland.[43] Citco Bank has been a licensed bank since 1998,[44] which predates each of the redemptions at

---

[42]    De Nederlandsche Bank, *Information Detail: Citco Bank Nederland NV*, https://www.dnb.nl/en/supervision/public-register/WFTKF/detail.jsp?id=26bbcae35848e311b55a005056b672cf (last visited Mar. 15, 2020) (attached hereto to the Decl. of Joseph M. Kay, dated March 16, 2020 ("Kay Decl."), Ex. A). This Court can take judicial notice of a foreign government's public records. *See In re Enron Corp.*, 323 B.R. 857, 869-70 (Bankr. S.D.N.Y. 2005) (judicially noticing records of the U.K. Financial Services Authority to determine entity was covered by safe harbor).

[43]    Central Bank of Ireland, *Financial Service Provider Profile: Citco Bank Nederland NV Dublin Branch*, http://registers.centralbank.ie/FirmDataPage.aspx?firmReferenceNumber=C27278 (last visited Mar. 15, 2020) (Kay Decl. Ex. B).

[44]    Central Bank of Ireland, *Financial Service Provider Register Data, Credit Institution: Citco Bank Nederland NV Dublin Branch*, http://registers.centralbank.ie/FirmRegisterDataPage.aspx?firmReferenceNumber=C27278&register=2 (last visited Mar. 15, 2020) (Kay Decl. Ex. C). The Central Bank of Ireland regulates Citco as a "credit institution," which it

issue in this litigation.  *See* Merits Opinion, 596 B.R. at 292 (noting that earliest redemption

payments at issue in the Actions are from April 2004).

*Second*, in making the redemption payments on behalf of the Funds, Citco Bank was

acting as the Funds' agent.  "Agent" is not defined in the Bankruptcy Code; therefore, the well-

settled common law meaning applies.  *In re Tribune*, 946 F.3d at 79.  "At common law,

'[a]gency is the fiduciary relationship that arises when one person (a "principal") manifests

assent to another person (an "agent") that the agent shall act on the principal's behalf and

subject to the principal's control, and the agent manifests assent or otherwise consents so to

act.'"  *Id.* (quoting Restatement (Third) of Agency § 1.01 (2006)) (alteration in original).  The

Amended Complaints plainly allege facts establishing the agency relationship:  the Funds

engaged Citco Bank as their custodian, TAC ¶ 51, and by virtue of that relationship, Citco Bank

owed "duties to the Funds and the Funds' investors" and obligations including "serv[ing] as the

intermediaries for all . . . funds invested by Defendants," *id.* ¶¶ 65, 74-75.

*Third*, the Funds were customers of Citco Bank.  The Bankruptcy Code does not define

"customer" as used in Section 101(22).[45]  As with "agent," the term is thus interpreted in light

of its ordinary meaning; the "core" ordinary meaning is "someone who buys goods or services."

*In re Tribune*, 946 F.3d at 79 (quoting *UBS Fin. Servs., Inc. v. W. Va. Univ. Hosps., Inc.*, 660

F.3d 643, 650 (2d Cir. 2011)).  The Funds are Citco Bank's customers, including because the

---

defines to include entities "whose business is to receive deposits or other repayable funds from the public and to
grant credits for its own account."  *Financial Service Provider Profile*, *supra* note 43 (Kay Decl. Ex. B).  For the
avoidance of doubt, Black's Law Dictionary defines "bank" to include supervised financial establishments for the
deposit, loan, exchange, or issuance of money and transmission of funds, and "commercial bank" to include entities
authorized to receive deposits, make loans, and provide similar services, often to businesses.  *Bank*, Black's Law
Dictionary (11th ed. 2019).

[45]        It does, however, instruct that "customer" should not be limited by the definition of a stockbroker's
customers in Section 741 of the Bankruptcy Code.  11 U.S.C. § 101(22)(A).  The Second Circuit has also declined to
apply other "limited definition[s]" of "customer," including that in Section 761(9) of the Bankruptcy Code.  *In re
Tribune*, 946 F.3d at 78 n.10.

Funds paid Citco Bank fees in exchange for providing custodial services. *See* TAC ¶¶ 69-70

(alleging that Citco Bank received one basis point of NAV as fee for custodial services).[46]

*Fourth*, the redemption payments were made in connection with a securities contract.[47]

The Liquidators have never argued otherwise. Merits Opinion, 596 B.R. at 314.

Accordingly, each redemption was made "by" a Covered Entity and this Court should

dismiss each of the Liquidators' claims under Section 546(e) as incorporated by Section 561(d).

### B. Sentry and Sigma Are Financial Participants and Therefore Clawback of Transfers Made "By" Sentry or Sigma Are Barred

Section 546(e) also protects transfers made "by" financial participants, which are large

market participants with substantial exposure to other participants through securities contracts,

commodity contracts, swap agreements, repurchase agreements, or forward contracts (*i.e.*, one

or more qualified financial contracts, or "QFCs"). *See* 11 U.S.C § 101(22A); H.R. Rep. No.

106-711, pt. 2, at 55 (2000). Section 546(e) was amended to cover financial participants in the

Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 109-8, 119

Stat. 23 (2005) ("BAPCPA"). Congress extended the safe harbor to financial participants for

the purpose of protecting the financial markets from the bankruptcy of substantial market

participants; in particular, Congress cited the risks to the market posed by the near-failure of

Long-Term Capital Management ("LTCM"), a large, foreign-organized hedge fund that was

---

[46]    Anyone "for whom a bank has agreed to collect items" is also a customer. *In re Tribune*, 946 F.3d at 79 (quoting *Customer*, Black's Law Dictionary (10th ed. 2014)). Citco Bank also satisfies this definition as to the Funds given that Citco Bank, as custodian, held the Funds' property.

[47]    The Articles set the mechanisms and terms of redemption and are quintessential securities contracts. *See Picard v. Ida Fishman Revocable Trust (In re Bernard L. Madoff Inv. Sec. LLC)*, 773 F.3d 411, 418 (2d Cir. 2014) (holding "securities contract" includes "contracts for the purchase or sale of securities, as well as any agreements that are similar or related to contracts for the purchase or sale of securities" (emphasis omitted)). This Court has already held that "[a] contract arose at the time that the Defendants served their notices of redemption" that "entitled [Defendants] to be paid the NAV per share computed in accordance with Article 11(1) in exchange for their shares." Merits Opinion, 596 B.R. at 297; 11 U.S.C. § 741(7)(A)(x)-(xi) (defining "securities contract" to include "master agreement[s]," "together with all supplements to any such master agreement," that provide for purchase or sale of a security or related "security agreement[s] or arrangement[s]").

bailed out by a consortium of banks in the late 1990s when it nearly collapsed.  *See* H.R. Rep.

No. 106-711, pt. 2, at 55 (2000) ("The near failure of [LTCM] . . . highlights the need for the

U.S. to further refine its bankruptcy and insolvency laws in order to avoid systemic risk to the

nation's financial system in the event of a failure of a large bank, hedge fund, or securities

firm . . . .").  Congress was focused on the fact that customers and counterparties of hedge funds

like LTCM were not necessarily covered by the anti-avoidance safe harbor prior to the adoption

of BAPCPA, but the insolvency of such funds nonetheless poses material risks to the economy.

*See* Merits Opinion, 596 B.R. at 312 (discussing recommendations to "prevent disruptions in

the markets" and to address "the effect of a default on the [LTCM's] counterparties" (citing

President's Working Group on Financial Markets, *Hedge Funds, Leverage, and the Lessons of

Long-Term Capital Management* (Apr. 1999))); *see also* H.R. Rep. No. 109-31, pt. 1, at 131

(2005) ("This change will help prevent systemic impact upon the markets from a single

failure.").  Accordingly, it is clear that Congress, in passing BAPCPA, intended to extend the

protections of Section 546(e) to transfers by large off-shore hedge funds like the Funds.

The Bankruptcy Code defines a financial participant as any entity that has (i) more than

$100 million in "gross mark-to-market positions" in one or more securities contracts or other

QFCs, or (ii) more than a total gross dollar value of $1 billion in "notional or actual principal

amount outstanding" in one or more securities contracts or other QFCs.  11 U.S.C. § 101(22A).

The Bankruptcy Code further specifies that an entity may satisfy such thresholds either (i) "at

the time it enters into a securities contract," (ii) "on any day during the 15-month period

preceding the date of the filing of the petition," or (iii) on the date of the petition.  *Id.*  Sentry

qualifies as a financial participant under this definition for at least two separate reasons:  based

on its securities contracts with BLMIS and based on its securities contracts with its own

investors.  Therefore, each redemption payment by Sentry is a transfer "by" a financial

participant and therefore is protected by Section 546(e).  Sigma also qualifies at least as to all of

its transfers following December 2005 based on its securities contracts with its investors.

*First*, Sentry satisfies the Bankruptcy Code's definition for financial participant because

it meets the quantitative threshold for value in a securities contract on its petition date.  In the

Merits Opinion, this Court held that for purposes of Section 101(22A), the petition date is the

date on which Sentry filed its petition for recognition as a "foreign main proceeding" under

Chapter 15 of the Bankruptcy Code.[48]  Merits Opinion, 596 B.R. at 315 n.58.  Sentry filed its

petition in this Court on June 14, 2010 (the "Petition Date").  Verified Chapter 15 Pet., *In re

Fairfield Sentry Ltd.*, No. 10-13164 (Bankr. S.D.N.Y. June 14, 2010) (Dkt. 2).

On the Petition Date, the value of Sentry's accounts with BLMIS exceeded both the

$1 billion threshold for actual or notional principal outstanding and the $100 million mark-to-

market threshold.  *See* 11 U.S.C. § 101(22A)(A).  Sentry had more than $1.1 billion in principal

invested in BLMIS pursuant to the BLMIS account documents.[49]  Settlement Agreement

between the BLMIS Trustee and the Liquidators of Sentry, Sigma, and Lambda ¶ K, *Picard v.

Fairfield Sentry Ltd. (In re Bernard L. Madoff Inv. Sec. LLC)*, Adv. Pro. No. 09-1239 (SMB)

(Bankr. S.D.N.Y. May 9, 2011) (Dkt. 69-2) ("BLMIS Settlement").  Those account documents

constitute securities contracts and therefore establish Sentry's outstanding actual or notional

principal for purposes of Section 101(22A).  *Picard v. Ida Fishman Revocable Trust (In re*

---

[48]      Defendants reserve the right to argue on appeal that the relevant date is when the Funds first filed for
liquidation in the BVI.  For purposes of the above argument, however, there is no material difference between these
two dates.

[49]      This number is Sentry's "net equity" as calculated by the Trustee, which, in effect, reflects actual principal
invested with BLMIS.  *See In re Bernard L. Madoff Inv. Sec. LLC*, 654 F.3d 229, 233, 235 (2d Cir. 2011) (affirming
calculation of net equity with reference to amounts deposited into a BLMIS account, less withdrawals).

*Bernard L. Madoff Inv. Sec.)*, 773 F.3d 411, 418-19 (2d Cir. 2014).[50]  Regardless of Sentry's

ability to recover on such outstanding amounts as a result of BLMIS's bankruptcy filing, Sentry

was owed at least $1.1 billion and its customer claim in BLMIS's SIPA proceeding arose

because of its customer accounts with BLMIS.[51]  *See In re Bernard L. Madoff Inv. Sec. LLC*,

654 F.3d 229, 233, 235 (2d Cir. 2011) (affirming use of net investment method, "crediting the

amount of cash deposited by the customer into his or her BLMIS account, less any amounts

withdrawn from it"); *cf. Kruse v. Sec. Inv'r Prot. Corp. (In re Bernard L. Madoff Inv. Sec.

LLC)*, 708 F.3d 422 (2d Cir. 2013) (finding existence of a securities account with BLMIS

important to determining whether investor was a "customer" for purposes of SIPA).

        In addition, Sentry qualifies as a financial participant because the mark-to-market value

of Sentry's purported investments under account documents with BLMIS (*i.e.*, value at which

Sentry accounted for its securities transactions governed by the BLMIS account documents)

exceeded $6 billion on the Petition Date.[52]  *See* BLMIS Settlement ¶ L & Ex. B (noting filed

customer claims by Sentry).  It is of no moment for safe harbor purposes that those investments

were largely fictitious as a result of the BLMIS fraud.  The Second Circuit has held it

appropriate to credit BLMIS's falsified account statements for the limited purpose of

---

[50]     The Second Circuit reasoned that the account documents originated and made possible the transfers at issue, including by governing the "broker-customer relationship," "authoriz[ing] BLMIS to trade in securities for the customer's account," and "specify[ing] the terms by which BLMIS . . . acquire[d] and dispose[d] of securities for the customer," and therefore were securities contracts, as defined in the Code.  *Ida Fishman*, 773 F.3d at 418.

[51]     Sentry compromised its customer claim as part of the settlement agreement with BLMIS.  BLMIS Settlement ¶ 13.  However, that settlement was not executed or approved until the year after the Petition Date.  Bench Mem. and Order Granting Trustee's Mot. to Approve Settlement, *Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-1239 (SMB) (Bankr. S.D.N.Y. June 7, 2011) (Dkt. 92).

[52]     Sentry filed a customer claim for approximately $6 billion in June 2009, BLMIS Settlement ¶ L & Ex. B, which is within 15 months of the Petition Date and is in itself sufficient to qualify Sentry as a financial participant, *see* 11 U.S.C. § 101(22A).  It does not appear that Sentry further amended its customer claim until it reached a settlement with the Trustee in 2011.  Therefore, even as of the Petition Date, Sentry had claimed an entitlement to more than $6 billion under its securities contracts with BLMIS.

determining whether the safe harbor should apply, holding that payments from BLMIS were

"settlement payments" or "'in connection with' a securities contract" for application of the safe

harbor even though BLMIS did not actually trade securities.  *Ida Fishman,* 773 F.3d at 418-19,

420, 422 (citation omitted).  This conclusion protects the reasonable expectations of investors

that their stockbroker was executing trades on their behalf.[53]  *See id.* at 421.  Likewise, crediting

the accounted-for value of Sentry's securities would protect the reasonable expectations of

Sentry's counterparties and advance Congress's purpose in enacting BAPCPA to provide

certainty and finality by extending protection to financial participants like Sentry.[54]  This Court

should accept the value of BLMIS's purported trades for the limited purpose of determining

whether the safe harbor applies, as that value demonstrates that the mark-to-market value of

Sentry's investments exceeded the $100 million threshold required under Section 101(22A) as

of the Petition Date.[55]

   *Second,* Sentry, and to a large degree Sigma, satisfied the quantitative thresholds in

Section 101(22A) when they entered into securities contracts with each Defendant at the time of

the notice of redemption.  This Court already held that "[a] contract arose at the time that the

Defendants served their notices of redemption" that "entitled [Defendants] to be paid the NAV

---

[53]    The Second Circuit also noted that its conclusion was congruent with case law on SEC Rule 10b-5, which has penalized securities fraud when a broker accepts payment with no intention to deliver securities.  *Ida Fishman,* 773 F.3d at 420 n.3.

[54]    To the extent that a debtor had committed pre-petition fraud, the remedy set by Congress is to permit the trustee to pursue two-year intentional fraudulent transfers irrespective of the safe harbor.  In more than ten years of litigation, the Liquidators have never pursued a claim based on alleged intentional fraud by the Funds.  *See* Merits Opinion, 596 B.R. at 310 n.50 ("[T]he BVI Avoidance Claims do not allege intentional fraudulent transfers.").

[55]    The Second Circuit in *Ida Fishman,* 773 F.3d at 423, rejected the Trustee's argument that its ultimate holding would be inconsistent with the net equity decision in *In re Bernard L. Madoff Investment Securities LLC,* 654 F.3d 229.  *Ida Fishman* distinguished the net equity decision on the ground that the net equity decision harmonized the Securities Investor Protection Act of 1970 ("SIPA").  *Id.* at 423.  This rationale did not apply to Section 546(e), which is instead part of the Code.  Section 101(22A) is likewise part of the Code, not SIPA, and the Funds' liquidation is not a SIPA proceeding.

per share computed in accordance with Article 11(1) in exchange for their shares." Merits

Opinion, 596 B.R. at 297. In each transaction, the Articles operate as a master agreement that

provides both the right to redeem and the terms for each redemption requested through the

notice. *See* 11 U.S.C. § 741(7)(A)(x) (defining "securities contract" to include "master

agreement[s]" that provide for purchase or sale of securities or related "security agreement[s]").

Each of the redemptions at issue was allegedly paid between April 2004 and November

2008. Based on materials properly considered with this Consolidated Motion, Sentry's NAV

exceeded $100 million mark-to-market value at all times throughout that period and Sigma's

exceeded $100 million at least beginning December 31, 2005 and likely earlier. The NAV is an

appropriate measure of the value of two separate, relevant securities contracts: (1) Sentry and

Sigma's shareholders' aggregate redemption rights at any given time under the Articles, and

(2) the market value of Sentry's investments with BLMIS pursuant to its account documents

with BLMIS.[56] As set out in the Liquidators' pleadings, one of Sentry's private placement

memoranda, *see* Decl. of Joseph M. Kay, dated March 16, 2020 ("Kay Decl."), Ex. D,[57] and

Sentry's directors' reports and financial statements, *see* Kay Decl. Exs. E-H,[58] Sentry reported a

---

[56]    The stated NAV is also a proxy for the value of the account documents with BLMIS at the time of subscription because Sentry "invested virtually all of [its] assets with BLMIS directly or indirectly, and the value of their assets derived from the value of their BLMIS investments." Merits Opinion, 596 B.R. at 282-83. The Second Circuit has held that the account documents are securities contracts. *Ida Fishman*, 773 F.3d at 418-19.

[57]    This Court can consider the Funds' private placement memoranda in connection with this motion to dismiss because they are "integral to" the Amended Complaints. *See Cortec Indus.*, 949 F.2d at 47-48 (holding that "documents plaintiffs had either in [their] possession or had knowledge of and upon which they relied in bringing suit" were integral to the complaint on a Rule 12(b)(6) motion). Omitting specific reference to the private placement memoranda, *see, e.g.*, TAC ¶ 37 (alleging that investments in the Funds were governed by the Funds' "offering materials and/or other relevant documents"), "does not make them any less integral," *Yak v. Bank Brussels Lambert*, 252 F.3d 127, 131 (2d Cir. 2001). The Liquidators also previously urged this Court to consider the Funds' private placement memoranda in briefing the First Motion to Dismiss. *See* Liquidators' Reply at 68 n.92.

[58]    This Court can consider Sentry's directors' reports and financial statements, as the Liquidators relied upon them in support of their petitions for Chapter 15 recognition. *See, e.g.*, Krys Decl. ¶ 13, *In re Fairfield Sentry Ltd.*, No. 10-13164 (SMB) (Bankr. S.D.N.Y. June 14, 2010) (Dkt. 3) (incorporating "reports of the directors of [Sentry] and financial statements of [Sentry]" in support of Chapter 15 petition). These proceedings form the basis for the

NAV exceeding $100 million from July 1993 through October 2008, corresponding principally
to the market value of Sentry's investments under its securities contracts with BLMIS.[59]
Sentry's private placement memoranda from October 2004 reflects that Sentry's NAV first
exceeded $100 million in July 1993 and continued to increase thereafter.  *See* Kay Decl. Ex. D
at 22-25 (reporting monthly NAV through December 2003).  At the end of 2003, Sentry's NAV
exceeded $4.1 billion.  *Id.* at 25.  Sentry's directors' reports and financial statements reflect that
Sentry's NAV steadily increased over the following years from about $5.1 billion in FY 2004 to
over $7.2 billion in June 2008.  Kay Decl. Ex. E at 7 (reporting NAV of approximately $5.1
billion for FY 2004); Kay Decl. Ex. F at 7 (reporting NAV of approximately $5 billion for FY
2005); Kay Decl. Ex. G at 7 (reporting NAV of approximately $5.6 billion for FY 2006 and
approximately $7.1 billion for FY 2007); Kay Decl. Ex. H at 6 (reporting NAV of
approximately $7.3 billion as of June 30, 2008).  The Liquidators pleaded that on October 31,
2008, Sentry's NAV exceeded $6 billion.  TAC ¶ 2.

Sigma's NAV was approximately 327.6 million euro on December 31, 2005; 475
million euro on December 31, 2006, and 742.7 million euro on December 31, 2007.  *See* Kay
Decl. Ex. I at 7.  Plaintiffs pleaded that Sigma's NAV exceeded 723 million euro on October
31, 2008.  Verified Chapter 15 Pet. ¶ 9, *In re Fairfield Sigma Ltd.*, No. 10-13167 (Bankr.
S.D.N.Y. June 14, 2010) (Dkt. 2).

Finally, the Court should not adopt the reasoning of *In re Tribune Co. Fraudulent
Conveyance Litig.*, No. 11MD2296 (DLC), 2019 WL 1771786, at *9 (S.D.N.Y. Apr. 23, 2019),

---

instant adversary proceedings; such materials are therefore properly before the Court at this time.  *See Cortec Indus.*,
949 F.2d at 47-48.

[59]    If the Court instead considered the date of subscription as the time that Defendants entered into the
Articles, Sentry would still qualify as a financial participant.  None of the Complaints contain allegations that
Defendants entered into Subscription Agreements prior to July 1993, when Sentry's NAV exceeded $100 million.

which suggested in *dicta* that debtors could never be financial participants.  It is consistent with

a plain reading of the statute and Congressional intent that Sentry and Sigma are financial

participants.  First, the text of Section 101(22A) does not exclude a debtor from the type of

"entity" that can be a financial participant.  *See Luria v. Hicks (In re Taylor, Bean & Whitaker*

*Mortgage Corp.)*, No. 3:11-ap-0674-JAF, 2017 WL 4736682, at *6 (M.D. Fla. Mar. 14, 2017)

("[N]o express language in § 101(22A)(A) indicat[es] the definition includes only entities other

than the debtor.").  Second, reading in an exclusion would make it impossible to have transfers

"by" a financial participant, even though Section 546(e) expressly contemplates protection for

such transfers.  The canon against superfluity prohibits that result.  *See Corley v. United States*,

556 U.S. 303, 314 (2009).  Third, reading the statute such that a debtor could never be a

financial participant runs counter to Congress's purpose in creating protections against the

insolvency of large off-shore hedge funds.  *See supra* Section I.A.  Fourth, it is further

inconsistent with precedent that has routinely applied the safe harbor to shield transfers made

"by" debtors that are Covered Entities.  *See Ida Fishman*, 773 F.3d at 417 (holding that BLMIS

is a stockbroker and that trustee cannot pursue certain transfers made by BLMIS).

Accordingly, Sentry is a financial participant because (1) the value of Sentry's accounts

with BLMIS as of the Petition Date exceeded the $1 billion actual or notional principal

outstanding threshold and the $100 million mark-to-market threshold and (2) Sentry's NAV

exceeded the $100 million mark-to-market threshold at all relevant times and across all

counterparties pursuant to the securities contract that arose under the Articles at the time of

redemption.  Sigma also independently qualifies as a financial participant since at least

December 31, 2005 because of the securities contracts arising under its Articles at the time of

redemption.  For those reasons, claims for transfers by Sentry and the majority of transfers from

Sigma should be dismissed.

### C.  Every Redemption Payment From Sigma and Lambda Was "for the Benefit of" a Covered Entity and Therefore Clawback of Transfers Made By Sigma and Lambda Is Barred

Section 546(e) bars the Liquidators' recovery of the Sigma and Lambda redemption

payments for the additional reason that each payment was "for the benefit of" Sentry, 11 U.S.C.

§ 546(e), which is both a financial institution and a financial participant for the reasons explained

in Sections I.A-I.B, *supra*.  A transfer is "for the benefit of" another entity when there is "some

intent-to-benefit" that entity.  *Picard v. ABN Amro Bank (Ireland) Ltd. (In re Madoff Securities)*,

505 B.R. 135, 149-50 (S.D.N.Y. 2013).  Transfers that directly benefit a Covered Entity are "for

the benefit of" such entity.  *See id.* (holding that transfers helping Covered Entities maintain

perfect hedges on related swap transactions were "for the benefit of" such entities).

Sigma and Lambda were created and operated to benefit Sentry by expanding its

investor base to foreign investors.  *See* Verified Chapter 15 Pet. ¶ 9, *In re Fairfield Sigma Ltd.*,

No. 10-13167 (Bankr. S.D.N.Y. June 14, 2010) (Dkt. 2) ("Sigma was a feeder fund to

Sentry . . . established for foreign currency (Euro) investments in BLMIS (indirectly through

Sentry) by non-U.S. persons."); Verified Chapter 15 Pet. ¶ 9, *In re Fairfield Lambda Ltd.*, No.

10-13168 (Bankr. S.D.N.Y. June 14, 2010) (Dkt. 2) (same for Lambda and Swiss francs).  The

Funds accomplished this by offering shares in foreign currency for investors that wanted to

invest in Sentry without holding U.S. dollar-denominated assets (and accompanying currency

risk).  *See, e.g.*, TAC ¶ 2 (alleging that "Sigma and Lambda were indirect BLMIS feeder funds

established for foreign currency investments . . . through purchases of shares of Sentry").  Every

new investment in Sigma or Lambda was "for the benefit" of Sentry because it put more assets

at Sentry's disposal and furthered the Funds' shared investment objective of "achiev[ing]

capital appreciation of assets through investments in BLMIS . . . through Sentry." *Id.* The redemptions at issue here are simply the other side of that coin—a necessary step in furtherance of Sigma and Lambda's purpose to ensure the continued flow of money into Sentry. Investors would not have placed money with Sentry, through Sigma and Lambda, unless there was a mechanism to redeem their investments. Accordingly, each redemption payment plainly manifests the requisite intent to benefit Sentry, which is itself a Covered Entity.

### D. The Majority of Redemption Payments and Subsequent Transfers Therefrom Were Paid "To" or "for the Benefit" of Individual Defendants That Are Covered Entities and Therefore Clawback of Those Transfers Is Barred

In addition to the redemption payments "by" or "for the benefit of" a Fund that is a Covered Entity that qualify for protection under Section 546(e), the majority of redemption payments were also made "to" or "for the benefit of" a Defendant that also qualifies as a Covered Entity. 11 U.S.C. §§ 546(e), 546(g). Appendix E lists Defendants that, on the basis of judicially noticeable proof, qualify as commercial banks or trust companies within the meaning of 11 U.S.C. § 101(22) or stockbrokers within the meaning of 11 U.S.C. § 101(53A) pursuant to judicially noticeable proof. Appendix F lists Defendants that, on the same basis, qualify as financial participants within the meaning of 11 U.S.C. § 101(22A). All claims for transfers "to" or "for the benefit of" these Defendants are barred.[60]

As noted in Section I.A, *supra*, "commercial bank" and "trust company" are statutorily undefined terms afforded their ordinary meaning and interpreted broadly. *See In re Tribune*, 946 F.3d at 78 (concluding that entity qualifies as safe-harbored financial institution "because it is . . .

---

[60] While legal arguments in support of this individual basis for the safe harbor's application are set forth herein, including specific examples of the various ways the safe harbor applies in these Actions when the Defendant is itself a Covered Entity, Defendants relying on these arguments will separately provide the Court with judicially noticeable proof. Defendants will endeavor to do so through a common offer of proof, where possible. Appendices E and F provide the means, should the Court choose, to identify and resolve representative cases.

a bank"). Stockbroker has also been interpreted in light of its ordinary meaning. *See, e.g.*, *Am. Home Mortg. Inv. Corp. v. Lehman Bros. Inc. (In re Am. Home Mortg. Holdings, Inc.)*, 388 B.R. 69, 86-87 (Bankr. D. Del. 2008) (relying on regulatory filings to determine on a motion to dismiss that an entity was "in the business of effecting securities transactions" and therefore a stockbroker for purposes of the safe harbor); *Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 476 B.R. 715, 719 & n.5 (S.D.N.Y. 2012), *supplemented* (May 15, 2012), *aff'd sub nom.* *Picard v. Ida Fishman Revocable Trust*, 773 F.3d 411 (holding stockbroker was covered so long as it had any customer in any of its business divisions). Defendants qualify for the safe harbor defense by satisfying these definitions as follows.

*First,* to the extent that a Defendant alleged to be the initial recipient of a transfer is a Covered Entity, the safe harbor protects the redemption payment to that recipient and all downstream transfers from that recipient. *See Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 501 B.R. 26, 30, 35 (S.D.N.Y. 2013) (permitting subsequent transferee to raise safe harbor defense if applicable to allegedly avoidable initial transfer). For example, in the representative Third Amended Complaint, Plaintiffs allege that Sentry and Sigma paid redemptions to defendant HSBC Private Bank Suisse SA ("PBRS"), which may have been subsequently transferred to beneficial owner Defendants. TAC ¶¶ 42, 132, 143. Because PBRS was a bank at the time of the redemptions, *see* Decl. of Thomas J. Moloney ¶¶ 16-19 & Exs. 15-18, dated March 16, 2020 ("Moloney Decl."), the safe harbor protects both the redemption payments from the Funds "to" PBRS and subsequent transfers of those payments from PBRS to the beneficial shareholder Defendants. Claims against PBRS and against its beneficial shareholders should be dismissed.

*Second*, the safe harbor applies to any Defendant alleged to be the recipient of transfers made "for the benefit" of a Covered Entity and all subsequent transferees. The term "for the benefit" is interpreted broadly and literally. *Picard v. Katz*, 462 B.R. 447, 452 n.3 (S.D.N.Y. 2011), *abrogated on other grounds by Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, 513 B.R. 437 (S.D.N.Y. 2014). Namely, either the initial transferee or the debtor has some "intent to benefit" a Covered Entity. *ABN AMRO*, 505 B.R. at 149. As an example, the Liquidators allege that Defendant Somers Nominees (Far East) Limited ("Somers") retained redemption payments

> for its own account and benefit or, alternatively, paid all or some portion of such payments to or for the account of persons or entities, including but not limited to HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited, for whom Somers may have subscribed for shares of the Funds in the capacity of trustee, agent, representative, nominee or custodian (individually, a "Beneficial Shareholder"[)].

Second Am. Compl. ¶ 14, *Fairfield Sentry Ltd. v. Somers Nominees (Far East) Ltd.*, Adv. Pro. No. 12-1556 (SMB) (Bankr. S.D.N.Y. Jan. 10, 2020) (Dkt. 46). HSBC Bank Bermuda Limited ("HBBM") was a licensed bank in Bermuda at the time of all redemptions allegedly paid to Somers for HBBM's benefit, *see* Moloney Decl. ¶¶ 32-33 & Exs. 31-32; therefore, all claims for transfers allegedly sent to Somers for the benefit of HBBM, a Covered Entity, should be dismissed. Other Defendants are entitled to dismissal under the same framework because their corporate purposes were to hold securities for the benefit of Covered Entities.

As an additional example, Defendants should also be dismissed when transfers were allegedly made "for the benefit" of a Covered Entity, such as when a transfer was made to a "customer" of a financial institution.[61] *See In re Tribune*, 946 F.3d at 77-78. In the ABN

---

[61]    Appendices E and F do not list Defendants who qualify as covered financial institutions solely on the basis

Complaints,[62] the Liquidators alleged that each Defendant (together, the "ABN Defendants")

was a Beneficial Owner of investments placed by "Citco Record Subscriber" entities through

Brokerage and Custody Agreements ("B&C Agreements").  ABN I Compl. ¶ 9.  Each of the

ABN Defendants entered into B&C Agreements with Citco Bank "to enable that customer to

invest in the Funds."[63]  *See* Liquidators' Reply at 54 n.66.  The ABN Defendants each qualify

as a financial institution because they are "customers" of a financial institution under *Tribune*:

(1) Citco Bank is a bank, *supra* Section I.A; (2) Citco Bank, with which the ABN Defendants

entered into B&C Agreements, was "agent[] of the [ABN] Defendants in connection therewith,"

ABN I Compl. ¶ 103; (3) ABN Defendants paid "fees" to Citco Bank "in 'consideration of the

services'" it provided, *id.* ¶¶ 105, 108, and the Liquidators have conceded that ABN Defendants

were Citco Bank's customers, *see* Liquidators' Reply at 54 n.66; and (4) the relationship was in

connection with a securities contract, *supra* Section I.A.  Moreover, *all* claims for transfers to

Defendants should be dismissed to the extent that they were for the benefit of "customers" of a

financial institution listed in Appendix E.  In those circumstances, the *Tribune* analysis remains

largely the same as that covering the ABN Defendants.  Here, the Liquidators allege in each

complaint that Beneficial Owners invested in the Funds through certain Defendants and that

those Defendants were the "agent[s]" of the Beneficial Owners, TAC ¶ 14; and Defendants

"subscribed for shares of the Funds in the capacity of trustee, agent, representative, nominee[,]

or custodian" on behalf of Beneficial Owners, *id.*, which is an axiomatic "customer"

---

that they are "customers" of a financial institution.

[62]      *See* Fourth Am. Compl., *Fairfield Sentry Ltd. v. ABN Amro Schweiz AG*, Adv. Pro. No. 10-3635 (SMB) (Bankr. S.D.N.Y. Jan. 9, 2020) (Dkt. 466) ("ABN I Compl."); Fourth Am. Compl., *Fairfield Sentry Ltd. v. ABN Amro Schweiz AG*, Adv. Pro. No. 10-3636 (SMB) (Bankr. S.D.N.Y. Jan. 9, 2020) (Dkt. 517) ("ABN II Compl." and, together with the ABN I Complaint, the "ABN Complaints").  Citation will be made to the ABN I Complaint on a representative basis for both ABN Complaints unless otherwise noted.

[63]      The investments themselves were placed through Citco Bank, Citco Bank Nederland N.V., and Citco Banking Corporation N.V., each of which the Liquidators allege to be "banks."  ABN I Compl. ¶ 9.

relationship, *see In re Tribune*, 946 F.3d at 79-80. Accordingly, to the extent that a Defendant

was a financial institution, each Beneficial Owner to whom that Defendant may have paid

redemptions should be dismissed as their "customer" and a financial institution themselves.

*Third*, like Section 546(e), Section 546(g) bars the Liquidators' claims against all

transfers by, to, or for the benefit of "a swap participant or financial participant, under or in

connection with any swap agreement and that is made before the commencement of the case."

11 U.S.C. § 546(g). The district court applied this provision in dismissing claims against

Defendants Citigroup Global Markets Limited and ABN AMRO Bank N.V. in connection with

the same payments the Liquidators seek to recover here. *See ABN AMRO*, 505 B.R. at 137, 148-

49 ("[T]he relevant transfers [from Sentry] occurred 'in connection with' a swap agreement and

were made 'for the benefit of' a 'financial participant.'" (quoting 11 U.S.C. § 546(g)).

In support of Appendices E and F, individual Defendants or groups of Defendants will

submit affidavits or declarations offering judicially noticeable proof demonstrating those entities'

Covered Entity status within these principles based on public records. *See, e.g.,* Moloney Decl.

The Court should take judicial notice of these facts because they are "not subject to reasonable

dispute" because they "can be accurately and readily determined from sources whose accuracy

cannot reasonably be questioned," such as bank regulators and government agencies. Fed. R.

Evid. 201(b)(2); *see, e.g.*, *Enron II*, 341 B.R. at 458 (noting that "the records of various public or

quasi-public bodies establish[ed] that [entities]" were Covered Entities). Judicially noticeable

regulatory or licensing documents routinely support determinations that an entity is a covered

entity within the meaning of Section 546(e). *See, e.g.*, *In re Tribune*, 946 F.3d at 78 (relying on

regulatory documents to conclude that entity is financial institution under safe harbor); *Enron II*,

341 B.R. at 458 (judicially noticing records of financial regulatory and self-regulatory

organizations in holding that entities covered by safe harbor); *see also Sec. Inv'r Prot. Corp.*,

476 B.R. at 719 (noting debtor "was registered as a stockbroker with the SEC" in concluding that

it was covered by safe harbor).  Moreover, courts may take judicial notice of the public

documents of foreign regulators and agencies, *see, e.g.*, *Enron Corp. v. Bear, Stearns Int'l Ltd.*

*(In re Enron Corp.)*, 323 B.R. 857, 869-70 (Bankr. S.D.N.Y. 2005) (judicially noticing entity's

registration with the United Kingdom Financial Services Authority to conclude entity was

covered by safe harbor), and of an entity's Articles of Association, *see, e.g.*, *Mosley v. Wells*

*Fargo Bank NA*, No. 17-CV-05064-JSC, 2017 WL 5478628, at *2 (N.D. Cal. Nov. 15, 2017)

(citing Fed. R. Evid. 201(b) standard).

Accordingly, all claims premised on transfers "to" or "for the benefit of" a Covered

Entity—which entities are listed in Appendices E and F—should be dismissed.

### E.   Sections 546(e) and 546(g) Bar the Knowing Receipt Claims Against Knowledge Defendants

In addition to the BVI Avoidance Claims asserted against all Defendants, the

Liquidators seek to recover redemption payments from a large number of the same redeemers—

the Knowledge Defendants—under a knowing receipt theory.  Sections 546(e) and 546(g) bar

those claims, just as they would bar those claims if brought in a U.S. plenary bankruptcy

proceeding.  *See* 11 U.S.C. § 561(d) (limiting avoidance powers "to the same extent" as in a

Chapter 7 or 11 proceeding); *see also* Merits Opinion, 596 B.R. at 308 (quoting Section 561(d)

for same limit).

In a U.S. plenary proceeding, Section 546(e) has been held to preclude not only

constructive fraudulent conveyance and preference claims under the Bankruptcy Code, but also

common law restitution and other non-bankruptcy claims when they seek to undo transactions

protected by the safe harbor.  *See, e.g.*, *In re Tribune*, 946 F.3d at 90 (holding Section 546(e)

bars non-bankruptcy fraudulent transfer claims because "[u]nwinding settled securities

transactions by claims such as appellants' would seriously undermine" the securities markets

that the safe harbor was designed to protect); *Contemporary Indus. Corp. v. Frost*, 564 F.3d

981, 988 (8th Cir. 2009) (holding common law unjust enrichment and other claims barred

because they sought "to recover the same payments . . . [that] are unavoidable under § 546(e)"),

*abrogated on other grounds by Merit Mgmt.*, 138 S. Ct. 883; *U.S. Bank N.A. v. Verizon

Commc'ns Inc.*, 892 F. Supp. 2d 805, 824-25 (N.D. Tex. 2012) (prohibiting recovery of cash

payments under a state unlawful dividend statute when Section 546(e) barred recovery on

constructive fraudulent transfer claims on the cash payments that were "in many ways similar");

*Official Comm. of Unsecured Creditors of Hechinger Inv. Co. v. Fleet Retail Fin. Grp. (In re

Hechinger Inc. Co.)*, 274 B.R. 71, 96 (D. Del. 2002) (applying safe harbors to claims that

"seek[] the same remedy . . . [as a] fraudulent transfer claim—to avoid the transactions and

recover payments");  *AP Servs., LLP v. Silva*, 483 B.R. 63, 71 (S.D.N.Y. 2012) (same).  Section

546(g) is interpreted analogously in all material respects.  *ABN AMRO*, 505 B.R. at 142-43.

Moreover, common law restitution claims premised on the knowing, wrongful receipt of

proceeds "effectively act[] as a section 544 fraudulent conveyance claim;" therefore, Section

546(e) bars the use of such a claim to recover settlement or other payments in connection with a

securities contract.  *In re Hechinger*, 274 B.R. at 94, 96 (barring claim premised on "wrongful

receipt of proceeds" with knowledge because it "effectively acts as an avoidance claim against

the shareholders in a transaction that the court has already found is an unavoidable settlement

payment"); *cf. In re Petters Co.*, 548 B.R. 551, 569 (Bankr. D. Minn. 2016) (holding unjust

enrichment claim based on knowing receipt duplicative of a dismissed state law fraudulent

conveyance claim).

Section 546(e) prevents the Liquidators from asserting knowing receipt claims that, as here, seek the same relief as avoidance claims barred for the reasons in Section I, *supra*. *See In re Hechinger*, 274 B.R. at 96. Both the avoidance and knowing receipt claims seek to recover transfers based on allegedly inflated redemption payments. *Compare* TAC ¶¶ 104-111 (premising knowing receipt claims on defined "Redemption Payments"), *with id.* ¶¶ 112-144 (same, for avoidance claims). The knowing receipt claims also seek the return of the redemption payments paid in Covered Transactions, like the avoidance claims. *Compare* TAC, Prayer for Relief ¶ A (seeking imposition of constructive trust in the amount of the redemption payments), *with id.* ¶¶ B-C (seeking judgment in the amount of the redemption payments). As a result, allowing the knowing receipt claims to proceed would permit circumvention of the safe harbor and conflict with its purpose of protecting settled securities transactions by permitting the protected transactions to be unwound under a different theory.

It is irrelevant that the Liquidators' claims for knowing receipt sound in unjust enrichment, rather than U.S. or BVI bankruptcy law. TAC ¶ 108. The Liquidators may not use artful pleading to pursue barred avoidance claims under the cloak of another claim. *See, e.g.*, *Contemporary Indus. Corp.*, 564 F.3d at 988 (barring duplicative unjust enrichment claim). That the unjust enrichment claims reach back *even further* than the barred avoidance claims only magnifies the risk of letting those claims move forward and run roughshod over the statutory safe harbors. *See In re Hechinger*, 274 B.R. at 96 (holding that recovery on non-bankruptcy claims "would implicate the same concerns regarding the unraveling of settled securities transactions . . . , which is precisely the result that section 546(e) precludes"). Thus, this Court should dismiss all claims as barred by Section 546(e).

## II.    **The Liquidators Have Not Properly Served the Hague Defendants**

The Liquidators' claims against the Hague Defendants must also be dismissed for

insufficient service of process.  *See* Fed. R. Civ. P. 12(b)(5).  Unless the plaintiff establishes "a

basis for the defendant's amenability to service of summons," a federal court may not "exercise

personal jurisdiction over a defendant" and the action must be dismissed.  *Omni Capital Int'l,

Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987).  "Absent consent, this means there must be

authorization for service of summons on the defendant."[64]  *Id.*  Moreover, an applicable statute or

rule must supply the required authorization, because federal courts cannot "create a common-law

rule authorizing service of process."  *Id.* at 107-08, 111 (affirming dismissal where no applicable

statute or rule authorized service); *see also Dynegy Midstream Servs., LP v. Trammochem*, 451

F.3d 89, 94-96 (2d Cir. 2006) (holding error to exercise personal jurisdiction where relevant

statute did not authorize service).  To proceed, the Liquidators must carry their burden of proving

proper and adequate service.  *See Dickerson v. Napolitano*, 604 F.3d 732, 752-53 (2d Cir. 2010);

*Zherka v. Ryan*, 52 F. Supp. 3d 571, 576 (S.D.N.Y. 2014).  They cannot do so.

The Liquidators have purported to serve most if not all of the Hague Defendants by

international mail.[65]  In *Water Splash, Inc. v. Menon*, 137 S. Ct. 1504 (2017), the Supreme Court

held that the Hague Service Convention does not itself authorize postal service—and that where

the Convention applies, service is permissible only if (1) the receiving country has not objected

---

[64]    The Liquidators previously argued that certain non-U.S. Defendants consented to postal service by executing Subscription Agreements, but the Jurisdiction Opinion forecloses that argument.  In rejecting the Liquidators' parallel argument that the same contractual provision evidenced non-U.S. Defendants' consent to New York jurisdiction, this Court held the Subscription Agreements irrelevant to the Liquidators' claims.  Jurisdiction Opinion, 2018 WL 3756343, at *10-12.  That holding is fatal to any renewed attempt to rely on the identical provision to support a "consent to service" argument.

[65]    The Liquidators have filed hundreds of affidavits stating that an employee of Brown Rudnick LLP caused copies of the summonses and complaints to be served on Hague Defendants "by enclosing same in a postage pre-paid envelope to be delivered via International Registered Mail," addressed to a defendant abroad.  *E.g.*, Aff. of Service, *Fairfield Sentry Ltd. v. HSBC Private Bank (Suisse) SA*, Adv. Pro. No. 10-03633 (SMB) (Bankr. S.D.N.Y. Oct. 19, 2010) (Dkt. 15) ("PBRS Service Aff.").

to service by mail and (2) "service by mail is authorized under otherwise-applicable law." *Id*. at

1513.   As to Hague Defendants purportedly served in Switzerland, South Korea, Kuwait, and

Monaco, the Liquidators' attempted postal service is ineffective because the "receiving state[s],"

in adopting the Hague Service Convention, expressly "objected to service by mail." *Id*.  As to all

Hague Defendants, the Liquidators' attempted service is ineffective because "otherwise-

applicable law," *id*.—in this case, Fed. R. Civ. P. 4(f)—does not authorize service outside the

United States by direct mail.  The Liquidators have never even attempted proper service on the

Hague Defendants in the decade since commencing these Actions, although they have long been

on notice of the deficiency of postal service.  Accordingly, their claims should now be dismissed.

### A.   The Liquidators Were Required but Failed to Serve Hague Defendants in Compliance with the Hague Service Convention

Service upon a foreign corporation may be made "in any manner prescribed by Rule

4(f) for serving an individual, except personal delivery."  Fed. R. Civ. P. 4(h)(2).  Rule 4(f)(1)

authorizes service "by any internationally agreed upon means . . . such as those authorized by the

Hague [Service] Convention."  Where it applies, "compliance with the [Hague Service]

Convention is mandatory."  *Volkswagenwerk AG v. Schlunk*, 486 U.S. 694, 705 (1988); *accord*

*Morgenthau v. Avion Res. Ltd.*, 11 N.Y.3d 383, 390 (2008).  Article 10(a) of the Hague Service

Convention states that, "[p]rovided the State of destination does not object, the present

Convention shall not interfere with . . . the freedom to send judicial documents, by postal

channels, directly to persons abroad."  Convention on the Service Abroad of Judicial and

Extrajudicial Documents in Civil or Commercial Matters art. 10, Nov. 15, 1965, 20 U.S.T. 361,

658 U.N.T.S. 163.  As the Supreme Court has explained, "this does not mean that the

Convention affirmatively *authorizes* service by mail."  *Water Splash*, 137 S. Ct. at 1513

(emphasis in original).  Rather, as noted above, "in cases governed by the Hague Service

Convention, service by mail is permissible if two conditions are met: first, the receiving state

has not objected to service by mail; and second, service by mail is authorized under otherwise-

applicable law." *Id.* The first condition is not satisfied as to a total of approximately 90 Hague

Defendants in four countries, and the second is not satisfied as to *any* Hague Defendant.[66]

### B.  The Liquidators' Attempts to Serve Hague Defendants in Objecting States Fail

Because Switzerland, South Korea, Kuwait, and Monaco have objected to postal service,

the Liquidators cannot satisfy the first *Water Splash* requirement as to any Hague Defendant

served by mail in those jurisdictions.  Purported postal service on those Defendants is a nullity.

In adopting the Hague Service Convention in 1994, Switzerland—as authorized by

Article 21(2)(a) of that treaty—stated its express and unqualified objection to postal service:

"Switzerland declares that it is opposed to the use in its territory of the methods of transmission

provided for in Articles 8 and 10."[67]  Hague Conference on Private International Law,

*Declaration/Reservation/Notification*, https://www.hcch.net/en/instruments/conventions/status-

table/notifications/?csid=424&disp=resdn (last visited March 15, 2020) ("Swiss Declaration");

Decl. of Prof. Nicolas Jeandin ¶¶ 8, 13, dated March 16, 2020 ("Jeandin Decl.").  South Korea,

Kuwait, and Monaco made nearly identical declarations in 2000, 2002, and 2007, respectively.[68]

---

[66]    Appendix G lists the approximately 80 Swiss, 6 Korean, 2 Kuwaiti, and 2 Monegasque Hague Defendants purportedly served in states with objections to the Hague Service Convention.  It further lists all other Hague Defendants by country.  Four of those other countries—Andorra, Austria, Brazil, and Colombia—became Hague Service Convention contracting states after the purported service here.  Hague Conference on Private Int'l Law, *Status Table*, https://www.hcch.net/en/instruments/conventions/status-table/?cid=17 (last visited March 15, 2020).

[67]    Article 8 of the Hague Service Convention provides for service, unless objected to, through diplomatic or consular channels.  *See* Jeandin Decl. ¶ 13 & n.13; *see, e.g.*, *In re Mid-Atlantic Petroleum Corp.*, 233 B.R. 644, 661 (Bankr. S.D.N.Y. 1999).  The Liquidators have not resorted to such channels.

[68]    *See* Hague Conference on Private International Law, *Declaration/Reservation/Notification*, https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=408&disp=resdn (last visited March 16, 2020) (Republic of Korea); Hague Conference on Private International Law, *Declaration/Reservation/Notification*, https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=434&disp=resdn (last visited March 16, 2020) (Kuwait); Hague Conference on Private International Law, *Declaration/Reservation/Notification*, https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=991&disp=resdn (last visited March 16, 2020) (Monaco).

Such objections are accepted as binding by that treaty's signatories.  Jeandin Decl. ¶ 13.  For example, the Swiss Federal Supreme Court has held that direct postal service of a foreign summons on a defendant in Switzerland constitutes an irreparable breach of Switzerland's reservation to Article 10(a).  *See id.* ¶ 15.  The United States Department of State has therefore cautioned that litigants "should refrain" from service by mail where the receiving foreign state has objected to such service, precisely because such "formal objections to service . . . are honored as a treaty obligation."[69]  The Liquidators, however, have proceeded in disregard of these objections and the State Department's warning.

Because treaty obligations have the same constitutional status as federal statutes, *see* U.S. Const. art. VI, cl. 2; *Cheung v. United States*, 213 F.3d 82, 94 (2d Cir. 2000), objections to service have *binding* authority.  For example, in *Picard v. Cohmad (In re Bernard L. Madoff Investment Securities LLC)*, Judge Lifland held that because of Switzerland's objection to Article 10(a), "prohibiting [postal] transmission of judicial documents directly to persons abroad," "direct mail is not an 'internationally agreed means' permitted by Rule 4(f) and the Convention, [and] the Trustee's attempted service of process was insufficient."  418 B.R. 75, 82-83 (Bankr. S.D.N.Y. 2009); *see also Ramsaran v. Abraham*, No. 15-CV-10182 (JPO), 2017 WL 1194482, at *10 (S.D.N.Y. Mar. 30, 2017) (dismissing claims against Indian entity that had been served by mail because service in disregard of India's Article 10(a) reservation was "defective"); *Advanced Aerofoil Techs., AG v. Todaro*, No. 11 Civ. 9505 (ALC)(DCF), 2012 WL 299959, at *2-3 (S.D.N.Y. Jan. 31, 2012) (denying motion for alternative service under Fed. R. Civ. P. 4(f)(3) on this basis as to Swiss and German defendants).[70]

---

[69]     U.S. Dep't of State, Service of Process, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process.html (last visited March 15, 2020).

[70]     New York state courts also accord binding force to foreign countries' objections to postal service under Article 10(a).  *See, e.g., Mut. Benefits Offshore Fund v. Zeltser*, 140 A.D.3d 444, 446-47 (1st Dep't 2016)

Switzerland, South Korea, Kuwait and Monaco's express objections to postal service

under Article 10(a) reflect an important attribute of their public policies—that the service of

judicial documents on their territory is part and parcel of state sovereignty. *See, e.g.*, Jeandin

Decl. ¶¶ 10, 14. To that end, any attempt by a foreign private party or its attorney to serve

judicial documents by mail on a defendant in Switzerland is punishable under the Swiss Criminal

Code, subject to imprisonment and a fine up to the equivalent of over $550,000. *See id.* ¶¶ 8,

19.b.

Under *Water Splash,* the clear objections to postal service by Switzerland, South Korea,

Kuwait, and Monaco are fatal to the Liquidators' attempted service on Hague Defendants in

those nations.[71] The Liquidators have long been aware of the inefficacy of postal service in the

face of an Article 10(a) objection. Even before the Liquidators commenced mailing summonses

in these actions, Judge Lifland's 2009 ruling in *Cohmad* put them on notice that "attempted

service of process" by mail in Switzerland (and necessarily in all objecting countries) "was

insufficient." 418 B.R. at 83.[72] In these Actions, Defendants expressly pointed out the

ineffectiveness of such postal service in 2012 and 2017, in each case accompanied by a

---

(explaining that because of Switzerland's objection, "the only way to serve [Swiss] parties is through" the Swiss central authority).

[71]     As to Swiss Defendants, the attempted service is ineffective for a second, independent reason: the Liquidators failed to comply with Switzerland's declaration under Article 5 of the Hague Convention, requiring the translation of papers based on part of the country in which they are to be served. *See* Swiss Declaration. The Liquidators served the summons and complaints in English only. *See, e.g.*, PBRS Service Aff., *supra* note 65 (attesting to service of as-filed English language Summons and Amended Complaint). This is plainly improper. *See Icon DE Holdings LLC v. Eastside Distributors*, No. 14 CIV. 2832 (PAE), 2015 WL 4557278, at *2 (S.D.N.Y. July 28, 2015) (declining to reconsider ruling that plaintiffs failed to properly effect service when they failed to translate into French, as required by Quebec's Declaration under Hague Service Convention).

[72]     Judge Lifland declined to dismiss the Trustee's complaint, which had been filed barely four months before the Court's decision, in order to give the Trustee "a reasonable time" to effect service via the Hague Service Convention—which the Trustee had already commenced doing while the motion to dismiss was being briefed. *Cohmad*, 418 B.R. at 84. By contrast, the Liquidators have *never* even tried to effect service properly as to any Hague Defendant, although they commenced filing these actions as early as 2010.

declaration of an expert in Swiss civil procedure.[73]  Yet the Liquidators have persisted in
attempting service by mail.

### C. The Liquidators' Attempts to Serve Hague Defendants by Mail Were Not Authorized by Otherwise Applicable Domestic Law and Are Therefore Ineffective

Even if the Liquidators could satisfy the first *Water Splash* requirement for service by

mail as to any Hague Defendant (*i.e.*, including Hague Defendants purportedly served in states

without Article 10(a) objections to postal service), they still could not meet their burden of

satisfying the second *Water Splash* requirement[74]—that service by international mail is

"authorized under otherwise-applicable law."  137 S. Ct. at 1513 (citing with approval

*Brockmeyer v. May,* 383 F.3d 798, 803-04 (9th Cir. 2004)).  "For service by international mail to

be effective in federal court, it must also be affirmatively authorized by some provision in federal

law," as determined by "the law of the forum in which the suit is filed."  *Brockmeyer*, 383 F.3d

at 800, 804.  The Liquidators cannot meet their burden to show that Rule 4(f) authorizes

international mail service.

Rule 4(f)(1) allows for service by "any internationally agreed means of service . . . such

as those authorized by the Hague Convention."  But *Water Splash* expressly confirms that the

Hague Convention does *not* "affirmatively authorize[]" service by mail; rather, it merely *permits*

such service if other conditions are met.  137 S. Ct. at 1513; *see also In re Coudert Bros. LLP,*

---

[73]     *E.g.*, Defs.' Obj. Pls.' Mot. at 25-26 (Dkt. 640); Keeley Decl. Ex. 9 (Dkt. 645-1); First Motion to Dismiss at 70-75; Decl. of Prof. Nicolas Jeandin, dated January 11, 2017 (Dkt. 991).

[74]     The *Water Splash* action itself was ultimately dismissed for failure to comply with the second requirement. On remand from the U.S. Supreme Court, the Texas appellate court held that service was ineffective because it was not "authorized under otherwise-applicable law," as the person purportedly making service—an employee of plaintiff's counsel—was not authorized to do so under state law.  *Menon v. Water Splash, Inc.*, No. 14-14-00012-CV, 2018 WL 344040, at *5 (Tex. App. 14th Dist. Jan. 9, 2018).

No. 16-CV-8237 (KMK), 2017 WL 1944162, at *8 (S.D.N.Y. May 10, 2017) (holding that service by mail via the Hague Convention is not an "internationally agreed means of service").

Rule 4(f)(2) authorizes service by mail absent a court order only in two circumstances: (i) when service is made "as prescribed by the foreign country's law for service in that country," Fed. R. Civ. P. 4(f)(2)(A); or (ii) when service is sent by the clerk of court, Fed. R. Civ. P. 4(f)(2)(C)(ii). The Liquidators cannot rely on either relevant subsection of the rule. Rule 4(f)(2)(A) is unavailing to the Liquidators because they have never even argued that service by international registered mail is "prescribed by" the law of any relevant jurisdiction. *See Zanghi v. Ritella*, No. 19 Civ. 5830 (NRB), 2020 WL 589409, at *4 (S.D.N.Y. Feb. 5, 2020) (finding improper service by mail where plaintiffs failed to establish that such service complied with Italian law). As to Rule 4(f)(2)(C), the Liquidators have never attempted to serve through the clerk of court, as that provision requires. Instead, an employee of their counsel's law firm mailed process by "enclosing [summonses and complaints] in a postage pre-paid envelope to be delivered via International Registered Mail."[75] That plainly fails to satisfy Rule 4(f)(2)(C)(ii). *See Coudert*, 2017 WL 1944162, at *12-13 (holding service improper where plaintiff failed to comply with Rule 4(f)(2)). In sum, Rule 4(f) does not authorize international mail service upon Hague Defendants, and such purported service is ineffective.[76]

### D. The Actions Should Be Dismissed for Failure to Effect Service

Despite being alerted over ten years ago to their failure to properly serve Hague Defendants in the face of foreign states' objections to postal service, *see supra* note 72 and accompanying text, the Liquidators never attempted to effect service properly on the Hague

---

[75]   PBRS Service Aff., *supra* note 65.

[76]   Rules 4(f)(2)(B) and 4(f)(3) are also inapplicable. The Liquidators do not purport to have served Defendants through the use of letters of request, Fed. R. Civ. P. 4(f)(2)(B), nor have they moved this court to order alternative service not prohibited by international agreement under Fed. R. Civ. P. 4(f)(3).

Defendants. This prolonged failure is inexcusable and warrants dismissal. *See Cassano v. Altshuler*, 186 F. Supp. 3d 318, 323 (S.D.N.Y. 2016) (dismissing *pro se* plaintiffs' claims under Rule 12(b)(5) because they were "on notice for a substantial period of time that their method of service could be defective").

In addition to lacking any justification for attempting to serve Hague Defendants by mail in the face of foreign states' express objections, the Liquidators have no excuse for failing to properly serve even Hague Defendants located in countries that have *not* objected to postal service. The Liquidators have long been on notice that neither Rule 4 nor any other domestic law or rule authorizes their counsel to directly mail process to any Hague Defendant.[77]

Accordingly, the Liquidators lack any good cause for failing to effect service in these nearly decade-old cases, and their claims against all Hague Defendants should be dismissed.[78] *See, e.g.*, *Dickerson*, 604 F.3d at 753 (affirming dismissal where "the plaintiffs made neither a reasonable effort to effect service nor filed a motion for an extension of time to do so"); *Zherka*, 52 F. Supp. 3d at 577-78 (dismissing for lack of personal jurisdiction for failure to serve 277 days after filing, where plaintiff neither requested additional time, "much less argued . . . good cause"); *Nat'l Union Fire Ins. Co. of Pittsburgh v. Sun*, No. 93 CIV. 7170 (LAP), 1994 WL 463009, at *4 (S.D.N.Y. Aug. 25, 1994) (noting that affording leniency "to litigants who have failed to make even the most basic efforts would turn Rule 4(m) into a toothless tiger.").

---

[77]      For example, *Brockmeyer* was decided in 2004. Rule 4(f) has not been amended since its adoption in 1993.

[78]      If the Liquidators once considered themselves free to serve by mail, without authorization in statute or rule, on a "consent" theory premised on Subscription Agreements that some (but not all) Hague Defendants signed, reliance on that mistaken belief was assuredly unreasonable after the Jurisdiction Opinion. *See supra* note 64. Yet at no time in the 19 months since then have they even attempted to properly serve *any* Hague Defendant.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court dismiss the

Amended Complaints and grant such other relief that the Court deems just and proper.

Dated: March 16, 2020
     New York, New York

Respectfully submitted,


CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By: */s/ Thomas J. Moloney*
     Thomas J. Moloney
     Joseph M. Kay
     Christine M. Jordan

     One Liberty Plaza
     New York, New York 10006
     T: 212-225-2000
     F: 212-225-3999
     tmoloney@cgsh.com
     jkay@cgsh.com
     cjordan@cgsh.com

*Counsel for HSBC Institutional Trust Services (Asia) Limited, Robinson and Company, Murdoch and Company, Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited), HSBC Securities Services (Luxembourg) S.A., HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private Bank (Guernsey) Limited), Republic Nominees Limited, HSBC Private Bank (Suisse) S.A., HSBC Bank USA, N.A., HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company AG), HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) S.A.), HSBC International Trustee Limited, Somers Nominees (Far East) Limited, and HSBC Bank Bermuda Limited*

# Appendix A
## Defendants[1]

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | RBC Dominion Securities |
| 2. | Adv. Pro. 10-03503 | *Fairfield Sigma Limited (In Liquidation), et al. v. Tercas-Cassa Di Risparmio Della Provincia Di Teramo S.P.A., , et al.* | Banca Popolare di Bari S.C.p.A in Amministrazione Straordinaria, as successor-in-interest to Tercas-Cassa Di Risparmio Della Provincia di Teramo S.P.A. |
| 3. | Adv. Pro. 10-03504 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | ABN AMRO Global Custody N.V. (sued as FS ABN AMRO Global Custody) |
| 4. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | American Express Bank, n/k/a Standard Chartered International (USA) Ltd. |
| 5. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Banque Privee Edmond de Rothschild (Europe) |
| 6. | Adv. Pro. 10-03507 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Insurance Company Ltd., et al.* | Meritz Fire & Marine Insurance Company Ltd. |
| 7. | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Perenco SA |
| 8. | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Schroder & Co. (Asia) Ltd. |

---

[1]     The names of defendants included in this Appendix, as well as in Appendices B through H, reflect parties named as defendants by the Liquidators in the relevant Complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants in this Appendix or any other Appendix is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 9. | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) |
| 10. | Adv. Pro. 10-03510 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | Hapoalim (Switzerland), Ltd. |
| 11. | Adv. Pro. 10-03512 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | Mizrahi Tefahot Bank Limited |
| 12. | Adv. Pro. 10-03513 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | Banque SYZ SA (f/k/a Banque Syz & Co. SA) |
| 13. | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA |
| 14. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria (Portugal) S.A. |
| 15. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria S.A. |
| 16. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Fundas Privanza |
| 17. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Grand Cayman |
| 18. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Miami |
| 19. | Adv. Pro. 10-03516 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 20. | Adv. Pro. 10-03519 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | Neue Bank AG |
| 21. | Adv. Pro. 10-03521 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Properties Limited, et al.* | Lombardy Properties Limited |
| 22. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Collins Stewart (CI) Limited |
| 23. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Fund Nominees Limited |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 24. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 25. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 26. | Adv. Pro. 10-03615 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association, et al.* | Bank of America National Trust and Savings Association |
| 27. | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg |
| 28. | Adv. Pro. 10-03618 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | BBVA Miami |
| 29. | Adv. Pro. 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited. |
| 30. | Adv. Pro. 10-03620 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.* | Credit Suisse International |
| 31. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | OAM |
| 32. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | Oddo & Cie |
| 33. | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 34. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |
| 35. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants |
| 36. | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 37. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 38. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 39. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA |
| 40. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA |
| 41. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 42. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson &. Co. |
| 43. | Adv. Pro. 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited |
| 44. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg), SA |
| 45. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. |
| 46. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited |
| 47. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |
| 48. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited |
| 49. | Adv. Pro. 10-03632 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra, et al.* | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. |
| 50. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |

|   | Case No. | Case Name | Defendant Name |
|---|----------|-----------|----------------|
| 51. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 52. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 53. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) AG |
| 54. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited |
| 55. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |
| 56. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 57. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 58. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank |
| 59. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 60. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York |
| 61. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 62. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |
| 63. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 64. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[2] |

---

[2]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 65. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 66. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 67. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 68. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 69. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 70. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 71. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 72. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 73. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 74. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 75. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 76. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 77. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 78. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 79. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 80. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 81. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 82. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 83. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 84. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 85. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 86. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 87. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 88. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 89. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 90. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 91. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 92. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 93. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 94. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 95. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 96. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 97. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 98. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 99. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 100. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 101. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 102. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 103. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 104. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 105. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |
| 106. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 107. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 108. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 109. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 110. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 111. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 112. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 113. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 114. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 115. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 116. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 117. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 118. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 119. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 120. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[3] |
| 121. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 122. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited |
| 123. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 124. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 125. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 126. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 127. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. |
| 128. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 129. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 130. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 131. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |

---

[3]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 132. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 133. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 134. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 135. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 136. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 137. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 138. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 139. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 140. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 141. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 142. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 143. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 144. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 145. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 146. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 147. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 148. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 149. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 150. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 151. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 152. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 153. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 154. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 155. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 156. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 157. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 158. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 159. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 160. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 161. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 162. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 163. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |
| 164. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 165. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |
| 166. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 167. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 168. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 169. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 170. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 171. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 172. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 173. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 174. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 175. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 176. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 177. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 178. | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 179. | Adv. Pro. 10-03744 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Deutsche Bank Trust Company Americas |
| 180. | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA Geneve |
| 181. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Deutsche Bank (Cayman) Limited |
| 182. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens CFO 1 Feeder Fund Ltd. |
| 183. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens Global Opportunity Fund |
| 184. | Adv. Pro. 10-03747 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | Deutsche Bank AG Singapore |
| 185. | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 186. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Banco Itaú International (f/k/a Bank Boston International Florida) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 187. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Blush & Co. |
| 188. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. |
| 189. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Agricole (Miami) |
| 190. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami |
| 191. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. |
| 192. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Fox & Co. |
| 193. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | SCB Nominees (CI) Ltd. |
| 194. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA |
| 195. | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |
| 196. | Adv. Pro. 10-03757 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | SNS Global Custody B.V. a/k/a SNS Bank N.V. |
| 197. | Adv. Pro. 10-03764 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Banque Pictet & Cie SA |
| 198. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | ABN AMRO Retained Nominees (IOM) Limited (sued as Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 199. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Odyssey Alternative Fund Limited |
| 200. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Platinum All Weather Fund |
| 201. | Adv. Pro. 10-03778 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Securities SA, et al.* | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. |
| 202. | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 203. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 204. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 205. | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA |
| 206. | Adv. Pro. 10-03791 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | Monte Paschi Ireland Ltd. |
| 207. | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Nomura International PLC |
| 208. | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie |
| 209. | Adv. Pro. 10-03798 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | Luis M. Strina and Graziela Strina De Toledo Arruda |
| 210. | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 211. | Adv. Pro. 10-03863 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Trust & Banking Co., LTD - Alternative Investing Unit Global Markets, et al.* | Sumitomo Trust & Banking Co., Ltd. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 212. | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA - Client Account, et al.* | Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A. |
| 213. | Adv. Pro. 10-03865 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin International Limited, et al.* | Celfin International Limited n/k/a BTG Pactual (Cayman) International Holding Limited |
| 214. | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | Stichting Stroeve Global Custody |
| 215. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Clearstream |
| 216. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Kredietbank SA Luxembourgeoise |
| 217. | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG |
| 218. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Caceis Bank Ex Ixis Is |
| 219. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | VEGA Investment Managers, formerly known as IXIS Private Capital Management ("IPCM") |
| 220. | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie |
| 221. | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. |
| 222. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 223. | Adv. Pro. 10-04089 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | Banco Inversis S.A. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 224. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 225. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Candriam World Alternative (F/K/A Dexia World Alternative) |
| 226. | Adv. Pro. 10-04091 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA |
| 227. | Adv. Pro. 10-04093 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | Commercial Bank of Kuwait |
| 228. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell A |
| 229. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell B |
| 230. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P. |
| 231. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Asset Allocation Fund L.P. |
| 232. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | The Legacy Fund |
| 233. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | UBS Fund Services (Cayman) Limited |
| 234. | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 235. | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd |
| 236. | Adv. Pro. 10-04100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | Citivic Nominees Limited |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 237. | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG |
| 238. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse (Gibraltar) Limited |
| 239. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib |
| 240. | Adv. Pro. 10-04238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Limited, et al.* | Hansard Europe DAC (sued as Hansard Europe Ltd.) |
| 241. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (f/k/a Fortis Banque Luxembourg) |
| 242. | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. |
| 243. | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 244. | Adv. Pro. 11-01245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.), et al.* | BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.) |
| 245. | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG |
| 246. | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 247. | Adv. Pro. 11-01253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDCLIENT/IAM, et al.* | Swedbank, erroneously sued as FS/Swedclient/IAM |
| 248. | Adv. Pro. 11-01254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.* | FS/AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC |
| 249. | Adv. Pro. 11-01256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Banque SCS Alliance SA |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 250. | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) |
| 251. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | BP ALPHA. n/k/a BP ALPHA (AGENTE DE VALORES S.A.) |
| 252. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich) |
| 253. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. |
| 254. | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA |
| 255. | Adv. Pro. 11-01260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 256. | Adv. Pro. 11-01263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA, et al.* | Clearstream Banking SA |
| 257. | Adv. Pro. 11-01460 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | Architas (LAB/AXA PM) |
| 258. | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kenn and Melrose Investments Ltd., et al.* | Caliber Investments Ltd. |
| 259. | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kenn and Melrose Investments Ltd., et al.* | Melrose Investments Ltd. |
| 260. | Adv. Pro. 11-01462 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | KGI Asia Limited, as successor in interest to Grand Cathay Securities (Hong Kong) Limited |
| 261. | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 262. | Adv. Pro. 11-01464 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.* | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank) |

|      | Case No. | Case Name | Defendant Name |
|------|----------|-----------|----------------|
| 263. | Adv. Pro. 11-01467 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/b M Tel Aviv, et al.* | Bank Hapoalim B.M. |
| 264. | Adv. Pro. 11-01470 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Limited, et al.* | Barfield Nominees Limited |
| 265. | Adv. Pro. 11-01486 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exchange Bank* | Korea Exchange Bank |
| 266. | Adv. Pro. 11-01564 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.* | Deutsche Bank Nominees (Jersey) Limited |
| 267. | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg |
| 268. | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA |
| 269. | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) |
| 270. | Adv. Pro. 11-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al.* | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles |
| 271. | Adv. Pro. 11-01574 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Insurance, et al.* | Bureau of Labor Insurance |
| 272. | Adv. Pro. 11-01575 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Singapore Branch, et al.* | Credit Industriel et Commercial Singapore Branch |
| 273. | Adv. Pro. 11-01577 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. Ltd, et al.* | Cathay Life Insurance Company Limited. |
| 274. | Adv. Pro. 11-01578 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.* | Royal Bank of Canada sued as "NYROY, Royal Bank of Canada" |
| 275. | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. |
| 276. | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers |
| 277. | Adv. Pro. 11-01582 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | Royal Bank of Canada Singapore Branch |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 278. | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Societe Generale Bank & Trust (Luxembourg) |
| 279. | Adv. Pro. 11-01585 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | Banque de Reescompte et de Placement aka BAREP |
| 280. | Adv. Pro. 11-01586 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Swedbank |
| 281. | Adv. Pro. 11-01587 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.* | Itaú Bank & Trust Bahamas Ltd. (sued as BIE Bank & Trust Bahamas Ltd.) |
| 282. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | BNY AIS Nominees, Ltd. |
| 283. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | Crèdit Andorrà / Crediinvest (not a juridical entity) |
| 284. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | AllFunds Bank |
| 285. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | NMAS1 Gestion SGIIC S.A. |
| 286. | Adv. Pro. 11-01592 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cherwinka, et al.* | Judith Cherwinka a/ka/ JudithCherwinka IRA and Beneficial Owners of Accounts Held in the Name of Judith Cherwinka |
| 287. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 288. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | Stanhope Capital (Switzerland) S.A. |
| 289. | Adv. Pro. 11-01595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | KWI |
| 290. | Adv. Pro. 11-01596 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, And Beneficial Owners Of Held In The Name Of Kefong Lee 1- 1000* | Kefong Lee |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 291. | Adv. Pro. 11-01598 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'epargne de L'Etat Lux, et al.* | Banque et Caisse D'Epargne de L'Etat Luxembourg |
| 292. | Adv. Pro. 11-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | Eduardo Fernandez de Valderrama Murillo |
| 293. | Adv. Pro. 11-01600 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | BBVA Zurich/Shares |
| 294. | Adv. Pro. 11-01601 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management , et al.* | Credit Suisse AG Nassau Branch Wealth Management |
| 295. | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd |
| 296. | Adv. Pro. 11-01610 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv, et al.* | FS/Israel Discount Bank, Limited, Tel Aviv, et al. |
| 297. | Adv. Pro. 11-01613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Foundation Inc., et al.* | Pleasant T. Rowland Foundation Inc. |
| 298. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | ABN AMRO Bank N.V. f/k/a Fortis Bank Nederland N.V. |
| 299. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | IDF Global Fund |
| 300. | Adv. Pro. 11-01615 | *Fairfield Sigma Limited  (In Liquidation), et al. v. Société Européenne de Banque S.A., et al.* | Intesa Sanpaolo Bank Luxembourg SA (formerly known as Société Européenne de Banque S.A.) |
| 301. | Adv. Pro. 11-01616 | *Fairfield Sentry Limited (In Liquidation), et al. v. Woori Bank, et al.* | Woori Bank |
| 302. | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 303. | Adv. Pro. 11-01619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NBP Titres, et al.* | Natixis S.A., of which EuroTitres (incorrectly named in the complaint as "NBP Titres") is a division |
| 304. | Adv. Pro. 11-01760 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | Bank Vontobel AG |
| 305. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | RBC Dominion Securities, Inc. |
| 306. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | Royal Bank of Canada a/k/a RBC Capital Markets Corporation |
| 307. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 308. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 309. | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE |
| 310. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Bank N.V. |
| 311. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |
| 312. | Adv. Pro. 11-02612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited, et al.* | Credit Suisse Nominees (Guernsey) Limited |
| 313. | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 314. | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | BankMed (Suisse) SA |
| 315. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online |
| 316. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres |
| 317. | Adv. Pro. 12-01123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BANCA CARIGE SPA, et al.* | Banca Carige S.P.A. |
| 318. | Adv. Pro. 12-01124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Banco Itaú International (f/k/a Banco Itaú Europa International) |
| 319. | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG |
| 320. | Adv. Pro. 12-01127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited |
| 321. | Adv. Pro. 12-01128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd* | HSBC Seoul Branch, Ltd |
| 322. | Adv. Pro. 12-01129 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya, et al.* | Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya |
| 323. | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | Bancoval S.A. (f/k/a RBC Investor Services España S.A.), named as RBC Dexia Investor Services España S.A.RBC Investor Services España, S.A. (named as RBC Dexia Investor Services España, S.A.) |
| 324. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Millennium Multi-Strategy Fund |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 325. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | SEI Investments Trustee and Custodial Services (IRELAND) Ltd |
| 326. | Adv. Pro. 12-01135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Limited, et al.* | Bank of Ireland Nominees Limited now known as Northern Trust Nominees (Ireland) Limited |
| 327. | Adv. Pro. 12-01136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | BRED Banque Populaire |
| 328. | Adv. Pro. 12-01140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | Banca Cesare Ponti S.P.A. |
| 329. | Adv. Pro. 12-01142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc.* | Citibank Korea Inc. |
| 330. | Adv. Pro. 12-01144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | Bank Hapoalim B.M., London |
| 331. | Adv. Pro. 12-01145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | Gates Charitable Trust |
| 332. | Adv. Pro. 12-01146 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advisors Inc., et al.* | Portobelo Advisors Inc. |
| 333. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Banque Degroof Petercam Luxembourg S.A. |
| 334. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Fidessa Alpha Fund |
| 335. | Adv. Pro. 12-01148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.* | Banca Popolare dell'Alto Adige S.p.A. |
| 336. | Adv. Pro. 12-01150 | *Fairfield Sentry Ltd. (In Liquidation), et al. V. Clarks Fork Foundation, et al.* | Clarks Fork Foundation |
| 337. | Adv. Pro. 12-01153 | *Fairfield Sentry Limited (in Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | Hua Nan Commercial Bank, Ltd. |
| 338. | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 339. | Adv. Pro. 12-01158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | FS/Bank Leumi Israel |
| 340. | Adv. Pro. 12-01162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.* | Delta S.P.A. |
| 341. | Adv. Pro. 12-01163 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf N.V., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |
| 342. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Hong Kong) Limited |
| 343. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Nominees) Limited |
| 344. | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano |
| 345. | Adv. Pro. 12-01187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A., et al., f/k/a/ Banco Popolare di Verona e Novara Luxembourg S.A.* | Banque Havilland S.A. |
| 346. | Adv. Pro. 12-01265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | Barclays Bank SA Madrid |
| 347. | Adv. Pro. 12-01270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al.* | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. |
| 348. | Adv. Pro. 12-01271 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited, et al.* | Hontai Life Insurance Company Limited |
| 349. | Adv. Pro. 12-01272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | Schroders Italy SIM SpA |
| 350. | Adv. Pro. 12-01285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | Banca Profilo SPA |
| 351. | Adv. Pro. 12-01286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | Banco General SA Banca Privada |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 352. | Adv. Pro. 12-01289 | *Fairfield Sentry Ltd. (in Liquidation), et al. v. Dreadnought Finance OY, et al.* | Dreadnought Finance OY |
| 353. | Adv. Pro. 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited |
| 354. | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Cititrust (Bahamas) Limited |
| 355. | Adv. Pro. 12-01301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited, et al.* | Itau Bank & Trust Cayman, Ltd. (f/k/a Unicorp Bank & Trust Limited) |
| 356. | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España |
| 357. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. |
| 358. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company |
| 359. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 360. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | Somers Nominees (Far East) Limited |
| 361. | Adv. Pro. 12-01567 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al.* | First Gulf Bank |
| 362. | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.* | ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV) |
| 363. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO London |
| 364. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO New York |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 365. | Adv. Pro. 12-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | Barclays Private Bank & Trust (Channel Islands) Limited |

# Appendix B
## Purported Knowledge Defendants[1]

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 2. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management |
| 3. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 4. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. |
| 5. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 6. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 7. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 8. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) AG |
| 9. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited |
| 10. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |
| 11. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 12. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 13. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank |

---

[1]    Defendants listed in this Appendix are those whom the Liquidators made so-called knowledge allegations on the basis of Defendants' own purported knowledge or a purported theory of imputed knowledge.

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 14. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 15. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York |
| 16. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 17. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |
| 18. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 19. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al."* | "HSBC"[2] |
| 20. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 21. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 22. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 23. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 24. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 25. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 26. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 27. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |

---

[2]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 28. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 29. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 30. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 31. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 32. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 33. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 34. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 35. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 36. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 37. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 38. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 39. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 40. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 41. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 42. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 43. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 44. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 45. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 46. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 47. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 48. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 49. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 50. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 51. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 52. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 53. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 54. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 55. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 56. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 57. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 58. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 59. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 60. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |
| 61. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 62. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |
| 63. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 64. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 65. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 66. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 67. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 68. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 69. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 70. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 71. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 72. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 73. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 74. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 75. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[3] |
| 76. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 77. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited |
| 78. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 79. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 80. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 81. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |

---

[3]     The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 82. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. |
| 83. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 84. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 85. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 86. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 87. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 88. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 89. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 90. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 91. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 92. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 93. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 94. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 95. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 96. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 97. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 98. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 99. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 100. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 101. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 102. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 103. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 104. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 105. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 106. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 107. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 108. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 109. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 110. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 111. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 112. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 113. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a/ LGT Bank AG |
| 114. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 115. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 116. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 117. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 118. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |
| 119. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 120. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |
| 121. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 122. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 123. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 124. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 125. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 126. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 127. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 128. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 129. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 130. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 131. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 132. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 133. | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 134. | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 135. | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 136. | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |

# Appendix C
## Defendants Alleged to Have Invested in Sentry

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | RBC Dominion Securities |
| 2. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | American Express Bank, n/k/a Standard Chartered International (USA) Ltd. |
| 3. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Banque Privee Edmond de Rothschild (Europe) |
| 4. | Adv. Pro. 10-03507 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Insurance Company Ltd., et al.* | Meritz Fire & Marine Insurance Company Ltd. |
| 5. | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Perenco SA |
| 6. | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Schroder & Co. (Asia) Ltd. |
| 7. | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) |
| 8. | Adv. Pro. 10-03510 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | Hapoalim (Switzerland), Ltd. |
| 9. | Adv. Pro. 10-03512 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.* | Mizrahi Tefahot Bank Limited |
| 10. | Adv. Pro. 10-03513 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | Banque SYZ SA (f/k/a Banque Syz & Co. SA) |
| 11. | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA |
| 12. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria (Portugal) S.A. |
| 13. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria S.A. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 14. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Fundas Privanza |
| 15. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Grand Cayman |
| 16. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Miami |
| 17. | Adv. Pro. 10-03516 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.* | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 18. | Adv. Pro. 10-03519 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Neue Bank AG, et al.* | Neue Bank AG |
| 19. | Adv. Pro. 10-03521 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombardy Properties Limited, et al.* | Lombardy Properties Limited |
| 20. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Collins Stewart (CI) Limited |
| 21. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Fund Nominees Limited |
| 22. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 23. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 24. | Adv. Pro. 10-03615 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of America National Trust and Savings Association, et al.* | Bank of America National Trust and Savings Association |
| 25. | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg |
| 26. | Adv. Pro. 10-03618 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Miami, et al.* | BBVA Miami |
| 27. | Adv. Pro. 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited |
| 28. | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 29. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 30. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants |
| 31. | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 32. | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas, et al.* | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) |
| 33. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management |
| 34. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 35. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA |
| 36. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA |
| 37. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 38. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson &. Co. |
| 39. | Adv. Pro. 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited |
| 40. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 41. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. |
| 42. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 43. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |
| 44. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited |
| 45. | Adv. Pro. 10-03632 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra, et al.* | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. |
| 46. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 47. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 48. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 49. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) AG |
| 50. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citivic Nominees Limited |
| 51. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |
| 52. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 53. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 54. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank |
| 55. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 56. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Safra National Bank of New York |

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 57. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 58. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |
| 59. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 60. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[1] |
| 61. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 62. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 63. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 64. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 65. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 66. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 67. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 68. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 69. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 70. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |

---

[1]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 71. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 72. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 73. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 74. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 75. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 76. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 77. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 78. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 79. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 80. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 81. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) AG |
| 82. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 83. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 84. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 85. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 86. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 87. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 88. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 89. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 90. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 91. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 92. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 93. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 94. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 95. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 96. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |
| 97. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 98. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 99. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 100. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 101. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |
| 102. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 103. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 104. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 105. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 106. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 107. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 108. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 109. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 110. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 111. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 112. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 113. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 114. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[2] |
| 115. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 116. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arden International Capital Limited |
| 117. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 118. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 119. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 120. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 121. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. |
| 122. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 123. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 124. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |

---

[2]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 125. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 126. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 127. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 128. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 129. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 130. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 131. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 132. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 133. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 134. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 135. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 136. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Coutts & Co. AG (f/k/a RBS Coutts Bank, Ltd.) |
| 137. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) AG |
| 138. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 139. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 140. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 141. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment Fund Ltd. |
| 142. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Fairfield Investment GCI |
| 143. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 144. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | FIF Advanced Ltd. |
| 145. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 146. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd. |
| 147. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Harmony Capital Fund Ltd. |
| 148. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 149. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 150. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 151. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS) |
| 152. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 153. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 154. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 155. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | NBK Banque (Suisse) S.A. |
| 156. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 157. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A. |
| 158. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 159. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 160. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 161. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 162. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 163. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 164. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 165. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 166. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 167. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 168. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 169. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft |
| 170. | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 171. | Adv. Pro. 10-03744 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Trust Company America, et al.* | Deutsche Bank Trust Company Americas |
| 172. | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA Geneve |
| 173. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Deutsche Bank (Cayman) Limited |
| 174. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens CFO 1 Feeder Fund Ltd. |
| 175. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens Global Opportunity Fund |
| 176. | Adv. Pro. 10-03747 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank AG Singapore, et al.* | Deutsche Bank AG Singapore |
| 177. | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 178. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Banco Itaú International (f/k/a Bank Boston International Florida) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 179. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Blush & Co. |
| 180. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. |
| 181. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Agricole (Miami) |
| 182. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami |
| 183. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. |
| 184. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Fox & Co. |
| 185. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | SCB Nominees (CI) Ltd. |
| 186. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA |
| 187. | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |
| 188. | Adv. Pro. 10-03757 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | SNS Global Custody B.V. a/k/a SNS Bank N.V. |
| 189. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | ABN AMRO Retained Nominees (IOM) Limited (sued as Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited) |
| 190. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Odyssey Alternative Fund Limited |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 191. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Platinum All Weather Fund |
| 192. | Adv. Pro. 10-03778 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Wall Street Securities SA, et al.* | Wall Street Securities S.A. f/k/a Bantal Brothers S.A. |
| 193. | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 194. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 195. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 196. | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA |
| 197. | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Nomura International PLC |
| 198. | Adv. Pro. 10-03798 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Strina, et al.* | Luis M. Strina and Graziela Strina De Toledo Arruda |
| 199. | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 200. | Adv. Pro. 10-03863 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Trust & Banking Co., LTD - Alternative Investing Unit Global Markets, et al.* | Sumitomo Trust & Banking Co., Ltd. |
| 201. | Adv. Pro. 10-03865 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Celfin International Limited, et al.* | Celfin International Limited n/k/a BTG Pactual (Cayman) International Holding Limited |
| 202. | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | Stichting Stroeve Global Custody |
| 203. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Clearstream |
| 204. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Kredietbank SA Luxembourgeoise |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 205. | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG |
| 206. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Caceis Bank Ex Ixis Is |
| 207. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | VEGA Investment Managers, formerly known as IXIS Private Capital Management ("IPCM") |
| 208. | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie |
| 209. | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. |
| 210. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 211. | Adv. Pro. 10-04089 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | Banco Inversis S.A. |
| 212. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 213. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Candriam World Alternative (F/K/A Dexia World Alternative) |
| 214. | Adv. Pro. 10-04091 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA |
| 215. | Adv. Pro. 10-04093 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | Commercial Bank of Kuwait |
| 216. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell A |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 217. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell B |
| 218. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P. |
| 219. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Asset Allocation Fund L.P. |
| 220. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | The Legacy Fund |
| 221. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | UBS Fund Services (Cayman) Limited |
| 222. | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 223. | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd |
| 224. | Adv. Pro. 10-04100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | Citivic Nominees Limited |
| 225. | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG |
| 226. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib |
| 227. | Adv. Pro. 10-04238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Limited, et al.* | Hansard Europe DAC (sued as Hansard Europe Ltd.) |
| 228. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) |
| 229. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (f/k/a Fortis Banque Luxembourg) |
| 230. | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 231. | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 232. | Adv. Pro. 11-01245 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.), et al.* | BP ALPHA S.A. n/k/a BP ALPHA (AGENTE DE VALORES S.A.) |
| 233. | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG |
| 234. | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 235. | Adv. Pro. 11-01253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDCLIENT/IAM, et al.* | Swedbank, erroneously sued as FS/Swedclient/IAM |
| 236. | Adv. Pro. 11-01254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.* | FS/AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC |
| 237. | Adv. Pro. 11-01256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Banque SCS Alliance SA |
| 238. | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) |
| 239. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | BP ALPHA n/k/a BP ALPHA (AGENTE DE VALORES S.A.) |
| 240. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich) |
| 241. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. |
| 242. | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA |
| 243. | Adv. Pro. 11-01260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait* | National Bank of Kuwait S.A.K. |
| 244. | Adv. Pro. 11-01263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA, et al.* | Clearstream Banking SA |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 245. | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kenn and Melrose Investments Ltd., et al.* | Caliber Investments Ltd. |
| 246. | Adv. Pro. 11-01461 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kenn and Melrose Investments Ltd., et al.* | Melrose Investments Ltd. |
| 247. | Adv. Pro. 11-01462 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | KGI Asia Limited, as successor in interest to Grand Cathay Securities (Hong Kong) Limited |
| 248. | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 249. | Adv. Pro. 11-01464 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.* | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank) |
| 250. | Adv. Pro. 11-01467 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/b M Tel Aviv, et al.* | Bank Hapoalim B.M. |
| 251. | Adv. Pro. 11-01470 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Limited, et al.* | Barfield Nominees Limited |
| 252. | Adv. Pro. 11-01486 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exchange Bank* | Korea Exchange Bank |
| 253. | Adv. Pro. 11-01564 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.* | Deutsche Bank Nominees (Jersey) Limited |
| 254. | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg |
| 255. | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA |
| 256. | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse) et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) |
| 257. | Adv. Pro. 11-01574 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bureau of Labor Insurance, et al.* | Bureau of Labor Insurance |
| 258. | Adv. Pro. 11-01575 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Industriel et Commercial Singapore Branch, et al.* | Credit Industriel et Commercial Singapore Branch |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 259. | Adv. Pro. 11-01577 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cathay Life Insurance Co. Ltd, et al.* | Cathay Life Insurance Company Limited. |
| 260. | Adv. Pro. 11-01578 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NYROY, et al.* | Royal Bank of Canada sued as "NYROY, Royal Bank of Canada" |
| 261. | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. |
| 262. | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers |
| 263. | Adv. Pro. 11-01582 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada Singapore Branch, et al.* | Royal Bank of Canada Singapore Branch |
| 264. | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Societe Generale Bank & Trust (Luxembourg) |
| 265. | Adv. Pro. 11-01585 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | Banque de Reescompte et de Placement aka BAREP |
| 266. | Adv. Pro. 11-01586 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Swedbank |
| 267. | Adv. Pro. 11-01587 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.* | Itaú Bank & Trust Bahamas Ltd. (sued as BIE Bank & Trust Bahamas Ltd.) |
| 268. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | BNY AIS Nominees, Ltd. |
| 269. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | Crèdit Andorrà / Crediinvest (not a juridical entity) |
| 270. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | AllFunds Bank |
| 271. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | NMAS1 Gestion SGIIC S.A. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 272. | Adv. Pro. 11-01592 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Cherwinka, et al.* | Judith Cherwinka a/k/a/ JudithCherwinka IRA and Beneficial Owners of Accounts Held in the Name of Judith Cherwinka |
| 273. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 274. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | Stanhope Capital (Switzerland) S.A. |
| 275. | Adv. Pro. 11-01595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. KWI, et al.* | KWI |
| 276. | Adv. Pro. 11-01598 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'epargne de L'Etat Lux, et al.* | Banque et Caisse D'Epargne de L'Etat Luxembourg |
| 277. | Adv. Pro. 11-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | Eduardo Fernandez de Valderrama Murillo |
| 278. | Adv. Pro. 11-01600 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | BBVA Zurich/Shares |
| 279. | Adv. Pro. 11-01601 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management , et al.* | Credit Suisse AG Nassau Branch Wealth Management |
| 280. | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd |
| 281. | Adv. Pro. 11-01610 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv, et al.* | FS/Israel Discount Bank, Limited, Tel Aviv, et al. |
| 282. | Adv. Pro. 11-01613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pleasant T. Rowland Foundation Inc., et al.* | Pleasant T. Rowland Foundation Inc. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 283. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank Nederland NV, et al.* | ABN AMRO Bank N.V. f/k/a Fortis Bank Nederland N.V. |
| 284. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | IDF Global Fund |
| 285. | Adv. Pro. 11-01616 | *Fairfield Sentry Limited (In Liquidation), et al. v. Woori Bank, et al.* | Woori Bank |
| 286. | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis |
| 287. | Adv. Pro. 11-01760 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | Bank Vontobel AG |
| 288. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | RBC Dominion Securities, Inc. |
| 289. | Adv. Pro. 11-02253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada a/k/a RBC Capital Markets Corporation, et al.* | Royal Bank of Canada a/k/a RBC Capital Markets Corporation |
| 290. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 291. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 292. | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE |
| 293. | Adv. Pro. 11-02612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited, et al.* | Credit Suisse Nominees (Guernsey) Limited |
| 294. | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 295. | Adv. Pro. 11-02771 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fullerton Capital PTE, Ltd., f/k/a Goldtree Invest, et al.* | Fullerton Capital PTE, Ltd. |
| 296. | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | BankMed (Suisse) SA |
| 297. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online |
| 298. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres |
| 299. | Adv. Pro. 12-01123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BANCA CARIGE SPA, et al.* | Banca Carige S.P.A. |
| 300. | Adv. Pro. 12-01124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Banco Itaú International (f/k/a Banco Itaú Europa International) |
| 301. | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG |
| 302. | Adv. Pro. 12-01127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited |
| 303. | Adv. Pro. 12-01128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd* | HSBC Seoul Branch, Ltd |
| 304. | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | Bancoval S.A. (f/k/a RBC Investor Services España S.A.), named as RBC Dexia Investor Services España S.A.RBC Investor Services España, S.A. (named as RBC Dexia Investor Services España, S.A.) |
| 305. | Adv. Pro. 12-01140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | Banca Cesare Ponti S.P.A. |
| 306. | Adv. Pro. 12-01142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc.* | Citibank Korea Inc. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 307. | Adv. Pro. 12-01144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | Bank Hapoalim B.M., London |
| 308. | Adv. Pro. 12-01145 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Gates Charitable Trust, et al.* | Gates Charitable Trust |
| 309. | Adv. Pro. 12-01146 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Portobelo Advisors Inc., et al.* | Portobelo Advisors Inc. |
| 310. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Banque Degroof Petercam Luxembourg S.A. |
| 311. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Fidessa Alpha Fund |
| 312. | Adv. Pro. 12-01150 | *Fairfield Sentry Ltd. (In Liquidation), et al. V. Clarks Fork Foundation, et al.* | Clarks Fork Foundation |
| 313. | Adv. Pro. 12-01153 | *Fairfield Sentry Limited (in Liquidation), et al. v. Hua Nan Commercial Bank, et al.* | Hua Nan Commercial Bank, Ltd. |
| 314. | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA |
| 315. | Adv. Pro. 12-01158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.* | FS/Bank Leumi Israel |
| 316. | Adv. Pro. 12-01162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.* | Delta S.P.A. |
| 317. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Hong Kong) Limited |
| 318. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Nominees) Limited |
| 319. | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano |
| 320. | Adv. Pro. 12-01187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A., et al., f/k/a/ Banco Popolare di Verona e Novara Luxembourg S.A.* | Banque Havilland S.A. |

|      | Case No. | Case Name | Defendant Name |
|------|----------|-----------|----------------|
| 321. | Adv. Pro. 12-01265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | Barclays Bank SA Madrid |
| 322. | Adv. Pro. 12-01270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al.* | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. |
| 323. | Adv. Pro. 12-01271 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hontai Life Insurance Company Limited, et al.* | Hontai Life Insurance Company Limited |
| 324. | Adv. Pro. 12-01286 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco General SA Banca Privada, et al.* | Banco General SA Banca Privada |
| 325. | Adv. Pro. 12-01289 | *Fairfield Sentry Ltd. (in Liquidation), et al. v. Dreadnought Finance OY, et al.* | Dreadnought Finance OY |
| 326. | Adv. Pro. 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited |
| 327. | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Cititrust (Bahamas) Limited |
| 328. | Adv. Pro. 12-01301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited, et al.* | Itau Bank & Trust Cayman, Ltd. (f/k/a Unicorp Bank & Trust Limited) |
| 329. | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España |
| 330. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. |
| 331. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company |
| 332. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 333. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | Somers Nominees (Far East) Limited |
| 334. | Adv. Pro. 12-01567 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. First Gulf Bank, et al.* | First Gulf Bank |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 335. | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.* | ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV) |
| 336. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO London |
| 337. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman Sachs & Co. LLC sued as GSCO New York |
| 338. | Adv. Pro. 12-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | Barclays Private Bank & Trust (Channel Islands) Limited |

# Appendix D
## Defendants Alleged to Have Invested in Sigma or Lambda

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03503 | *Fairfield Sigma Limited  (In Liquidation), et al. v. Tercas-Cassa Di Risparmio Della Provincia Di Teramo S.P.A., , et al.* | Banca Popolare di Bari S.C.p.A in Amministrazione Straordinaria, as successor-in-interest to Tercas-Cassa Di Risparmio Della Provincia di Teramo S.P.A. |
| 2. | Adv. Pro. 10-03504 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | ABN AMRO Global Custody N.V. (sued as FS ABN AMRO Global Custody) |
| 3. | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.) |
| 4. | Adv. Pro. 10-03513 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Syz & Co. S.A., et al.* | Banque SYZ SA (f/k/a Banque Syz & Co. SA) |
| 5. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria S.A. |
| 6. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 7. | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg |
| 8. | Adv. Pro. 10-03620 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.* | Credit Suisse International |
| 9. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | OAM |
| 10. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | Oddo & Cie |
| 11. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 12. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants |
| 13. | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 14. | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas, et al.* | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) |
| 15. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 16. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA |
| 17. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA |
| 18. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 19. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson &. Co. |
| 20. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 21. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. |
| 22. | Adv. Pro. 10-03632 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra, et al.* | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. |
| 23. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 24. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[1] |

---

[1]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 25. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 26. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 27. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 28. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 29. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 30. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 31. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 32. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 33. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 34. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 35. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 36. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 37. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 38. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 39. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 40. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 41. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 42. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 43. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 44. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 45. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 46. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 47. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 48. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 49. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 50. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 51. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 52. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 53. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB AMS) |
| 54. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 55. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 56. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 57. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 58. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 59. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |
| 60. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 61. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 62. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 63. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 64. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 65. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 66. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[2] |
| 67. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 68. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 69. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 70. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie |
| 71. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 72. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Leumi le-Israel B.M. |
| 73. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 74. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 75. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |

---

[2]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 76. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 77. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 78. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 79. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 80. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 81. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 82. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 83. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 84. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Centrum Bank AG (AMS) |
| 85. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 86. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 87. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz n/k/a LGT Bank (Switzerland) Ltd. |
| 88. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 89. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 90. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 91. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 92. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 93. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 94. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 95. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | LGT Bank in Liechtenstein AG n/k/a LGT Bank AG |
| 96. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Liechtensteinische Landesbank AG (sued as Liechtensteinische LB AMS) |
| 97. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 98. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 99. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 100. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 101. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 102. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS Seeganintersettle |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 103. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 104. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 105. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 106. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 107. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Unifortune Conservative Side Pocket (not a juridical entity) |
| 108. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 109. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG |
| 110. | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 111. | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA Geneve |
| 112. | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 113. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA |
| 114. | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 115. | Adv. Pro. 10-03757 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | SNS Global Custody B.V. a/k/a SNS Bank N.V. |
| 116. | Adv. Pro. 10-03764 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Banque Pictet & Cie SA |
| 117. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 118. | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA |
| 119. | Adv. Pro. 10-03791 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | Monte Paschi Ireland Ltd. |
| 120. | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Nomura International PLC |
| 121. | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie |
| 122. | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd., et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 123. | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA - Client Account, et al.* | Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A. |
| 124. | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | Stichting Stroeve Global Custody |
| 125. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Clearstream |
| 126. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Kredietbank SA Luxembourgeoise |
| 127. | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG |
| 128. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 129. | Adv. Pro. 10-04089 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | Banco Inversis S.A. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 130. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 131. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Candriam World Alternative (F/K/A Dexia World Alternative) |
| 132. | Adv. Pro. 10-04091 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA |
| 133. | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG |
| 134. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib |
| 135. | Adv. Pro. 10-04238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Limited, et al.* | Hansard Europe DAC (sued as Hansard Europe Ltd.) |
| 136. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Luxembourg, et al.* | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) |
| 137. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Fortis Banque Luxembourg, et al.* | BGL BNP Paribas (f/k/a Fortis Banque Luxembourg) |
| 138. | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. |
| 139. | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 140. | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG |
| 141. | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 142. | Adv. Pro. 11-01254 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/AEB Lux a/k/a American Express Bank (London), et al.* | FS/AEB LUX a/k/a American Express Bank (London) a/k/a Standard Chartered PLC |
| 143. | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives) |
| 144. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | BP ALPHA n/k/a BP ALPHA (AGENTE DE VALORES S.A.) |
| 145. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich) |
| 146. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. |
| 147. | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA |
| 148. | Adv. Pro. 11-01263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA, et al.* | Clearstream Banking SA |
| 149. | Adv. Pro. 11-01460 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | Architas (LAB/AXA PM) |
| 150. | Adv. Pro. 11-01462 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | KGI Asia Limited, as successor in interest to Grand Cathay Securities (Hong Kong) Limited |
| 151. | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International |
| 152. | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg |
| 153. | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA |
| 154. | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Bank (Suisse) et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 155. | Adv. Pro. 11-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Degroof Bruxelles, et al.* | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles |
| 156. | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. |
| 157. | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers |
| 158. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | AllFunds Bank |
| 159. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. AllFunds Bank, et al.* | NMAS1 Gestion SGIIC S.A. |
| 160. | Adv. Pro. 11-01596 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kefong Lee, And Beneficial Owners Of Accounts Held In The Name Of Kefong Lee 1- 1000* | Kefong Lee |
| 161. | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd |
| 162. | Adv. Pro. 11-01610 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv, et al.* | FS/Israel Discount Bank, Limited, Tel Aviv, et al. |
| 163. | Adv. Pro. 11-01615 | *Fairfield Sigma Limited  (In Liquidation), et al. v. Société Européenne de Banque S.A., et al.* | Intesa Sanpaolo Bank Luxembourg SA (formerly known as Société Européenne de Banque S.A.) |
| 164. | Adv. Pro. 11-01619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NBP Titres, et al.* | Natixis S.A., of which EuroTitres (incorrectly named in the complaint as "NBP Titres") is a division |
| 165. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 166. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 167. | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE |
| 168. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Bank N.V. |
| 169. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |
| 170. | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | BankMed (Suisse) SA |
| 171. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online |
| 172. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres |
| 173. | Adv. Pro. 12-01124 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa International, et al.* | Banco Itaú International (f/k/a Banco Itaú Europa International) |
| 174. | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG |
| 175. | Adv. Pro. 12-01129 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya, et al.* | Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 176. | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services España S.A., et al.* | Bancoval S.A. (f/k/a RBC Investor Services España S.A.), named as RBC Dexia Investor Services España S.A. |
| 177. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Millennium Multi-Strategy Fund |
| 178. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | SEI Investments Trustee and Custodial Services (IRELAND) Ltd |
| 179. | Adv. Pro. 12-01135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Limited, et al.* | Bank of Ireland Nominees Limited now known as Northern Trust Nominees (Ireland) Limited |
| 180. | Adv. Pro. 12-01136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | BRED Banque Populaire |
| 181. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Banque Degroof Petercam Luxembourg S.A. |
| 182. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Petercam Luxembourg, S.A., et al.* | Fidessa Alpha Fund |
| 183. | Adv. Pro. 12-01148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.* | Banca Popolare dell'Alto Adige S.p.A. |
| 184. | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA |
| 185. | Adv. Pro. 12-01163 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf N.V., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 186. | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano |
| 187. | Adv. Pro. 12-01265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | Barclays Bank SA Madrid |
| 188. | Adv. Pro. 12-01272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | Schroders Italy SIM SpA |
| 189. | Adv. Pro. 12-01285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | Banca Profilo SPA |
| 190. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. |
| 191. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company |
| 192. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman, Sachs & Co. LLC sued as GSCO London |
| 193. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | Goldman, Sachs & Co. LLC sued as GSCO New York |

## Appendix E

## Defendants That Qualify as Covered Entities Under Section 546(e): Financial Institutions and Stockbrokers[1]

---

[1]    This Appendix does not list Defendants who qualify as covered financial institutions solely on the basis that they are "customers" of a financial institution.  This Appendix further does not list Defendants who qualify as covered financial institutions or stockbrokers but are not in a position to demonstrate that Covered Entity status by judicially noticeable proof.  Those Defendants fully reserve their right to make such a showing at such later time as might be appropriate.

# FINANCIAL INSTITUTIONS AND STOCKBROKERS — BY JURISDICTION
## TABLE OF CONTENTS

**Page**

UNITED STATES ................................................................................................................ 1

IRELAND ........................................................................................................................... 2

SWITZERLAND .................................................................................................................. 3

LUXEMBOURG .................................................................................................................. 6

FRANCE ............................................................................................................................. 7

CHANNEL ISLANDS ........................................................................................................... 8

ITALY ................................................................................................................................ 9

UNITED KINGDOM ........................................................................................................... 10

SPAIN ................................................................................................................................ 11

CAYMAN ISLANDS ............................................................................................................ 12

HONG KONG ..................................................................................................................... 13

ISRAEL .............................................................................................................................. 14

LIECHTENSTEIN ................................................................................................................ 15

PANAMA ........................................................................................................................... 16

SINGAPORE ....................................................................................................................... 17

SOUTH KOREA .................................................................................................................. 18

ANDORRA .......................................................................................................................... 19

BAHAMAS .......................................................................................................................... 20

NETHERLANDS .................................................................................................................. 21

BELGIUM ........................................................................................................................... 22

GIBRALTAR ....................................................................................................................... 23

KUWAIT ............................................................................................................................ 24

AUSTRIA ........................................................................................................................... 25

BERMUDA .......................................................................................................................... 26

BRITISH VIRGIN ISLANDS ................................................................................................. 27

CANADA ............................................................................................................................ 28

JAPAN ................................................................................................................................ 29

MONACO ........................................................................................................................... 30

PORTUGAL ........................................................................................................................ 31

**FINANCIAL INSTITUTIONS AND STOCKBROKERS — BY JURISDICTION**
**TABLE OF CONTENTS**
(continued)

**Page**

SWEDEN ................................................................................................................................... 32

TAIWAN ................................................................................................................................... 33

UNITED ARAB EMIRATES ................................................................................................... 34

**Appendix E1**
**United States**

<u>Financial Institutions</u>

- American Express Bank, n/k/a Standard Chartered International (USA) Ltd.
- Banco Itaú International (f/k/a Banco Itaú Europa International)
- Banco Itaú International (f/k/a Bank Boston International)
- Bank of America National Trust and Savings Association
- BBVA Miami
- Brown Brothers Harriman & Co.
- Citibank NA London
- Credit Agricole (Miami)
- Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami
- Deutsche Bank Trust Company Americas
- HSBC Bank USA
- Safra National Bank of New York

<u>Stockbrokers</u>

- Goldman Sachs & Co. LLC sued as GSCO New York and GSCO London
- Merrill, Lynch, Pierce, Fenner & Smith, Inc.

**Appendix E2**
**Ireland**

<u>Financial Institutions</u>

- Citco Bank Nederland N.V. Dublin Branch[2]

- Hansard Europe DAC

- PFPC Bank Ltd. / BNY Mellon International Ltd

- Zurich Capital Markets Company

---

[2]    Not a defendant in the Actions in Exhibit A, but certain transfers were allegedly made "for the benefit of" customers of this Covered Entity in Adv. Pro. 10-3635 and 10-3636, as described in Section I.D of the Consolidated Brief.

**Appendix E3**
**Switzerland**

<u>Financial Institutions</u>

- Banca Arner

- Banca Privata Edmond de Rothschild Lugano S.A., incorrectly named in complaint as Rothschild Lugano Dublin

- Banca Unione di Credito

- Banco Santander International SA (f/k/a Banco Santander (Suisse) S.A.)

- Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie

- Bank Julius Baer & Co. Ltd.

- Bank Vontobel

- BankMed (Suisse) SA

- Banque Baring Brothers Sturdza SA

- Banque Cantonale Vaudoise

- Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA

- Banque Pictet & Cie SA

- Banque Piguet & Cie SA

- Banque SYZ SA (f/k/a Banque Syz & Co. SA)

- Banque SYZ SA (Royal Bank of Canada (Suisse))

- Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A.

- Barclays Bank (Suisse) SA

- BBVA SA (f/k/a BBVA (Suiza) SA, a/k/a BBVA (Suisse) SA) (also sued as "BBVA Zurich/Shares")

- Bipielle Bank (Suisse) in Liquidation

- BNP Paribas (Suisse) SA

- BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA)

- BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)

- Bordier & Cie

- BSI AG

- BSI Ex Banca Del Gottardo

- CBH Compagnie Bancaire Helvetique SA

- Citibank (Switzerland) AG
- Clariden Leu Ltd.
- Compagnie Bancaire Espirito Bancaire SA, a/k/a Banque Privée Espírito Santo S.A (in liquidation)
- Corner Banca SA
- Coutts & Co AG (f/k/a RBS Coutts Bank, Ltd.)
- CA Indosuez (Switzerland) S.A.
- Credit Suisse AG Zurich
- Deutsche Bank (Suisse) SA
- Deutsche Bank (Suisse) SA as successor to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & CIE
- Dresdner Bank Schweiz
- Edmond de Rothschild (Suisse) S.A. sued as Sella Bank
- Edmond de Rothschild (Suisse) S.A., incorrectly named in complaint as Rothschild Bank (Dublin)
- EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA
- EFG Bank S.A. Switzerland (n/k/a EFG Bank)
- EFG Private Bank S.A. (n/k/a EFG Bank)
- Falcon Private Bank
- Finter Bank Zurich
- FS/SG Private Banking (Lugano-Svizzera) SA
- Hapoalim (Switzerland), Ltd.
- Hinduja Bank (Switzerland) SA f/k/a Amas Bank (Switzerland) Ltd., and Banca Commerciale Lugano
- HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG
- HSBC Private Bank Suisse SA
- IHAG Handelsbank AG
- InCore Bank AG
- ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd.
- Investec Bank (Switzerland) AG
- Lloyds TSB Bank Geneva (now known as Lloyds TSB Bank, plc)
- Lombard Odier Darier Hentsch & Cie

- Merrill Lynch Bank (Suisse) SA
- Mirabaud & Cie SA (f/k/a Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives)
- NBK Banque Prive (Suisse) S.A.
- PKB Privatbank AG
- Rahn & Bodmer Banquiers
- Schroder & Co. Bank AG
- SG Private Banking (Suissse) S.A.
- SIS SEEGANINTERSETTLE
- SIX SIS AG
- SIX SIS Ltd.
- UBS AG (sued as UBS Zurich, UBS AG Zurich and UBS AG New York)
- Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG)
- Wegelin & Company
- Zurich Capital Markets Company

**Appendix E4**
**Luxembourg**

Financial Institutions

- Banco Itau Europa Luxembourg

- Banque de Luxembourg

- Banque Degroof Petercam Luxembourg S.A.

- Banque et Caisse D'Epargne de L'Etat Luxembourg

- Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.)

- Banque Havilland S.A.

- Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA

- Banque Privée Edmond de Rothschild Europe

- BGL BNP Paribas S.A. (f/k/a FS/Fortis Banque Luxembourg)

- BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.)

- Caceis Bank Luxembourg

- Candriam World Alternative (F/K/A Dexia World Alternative)

- Clearstream Banking SA

- Credit Suisse (Luxembourg) SA

- HSBC Securities Services (Luxembourg) SA

- HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A.

- ING Luxembourg

- Intesa Sanpaolo Bank Luxembourg SA (formerly known as Société Européenne de Banque S.A.)

- Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A.

- RBC Investor Services Bank S.A.

- Societe General Bank & Trust (Luxembourg)

- UBS Europe SE, Luxembourg Branch

Stockbrokers

- BNP Paribas Securities Services Luxembourg S.A.

**Appendix E5**
**France**

Financial Institutions

- Banque de Reescompte et de Placement

- BRED Banque Populaire

- Caceis Bank Ex Ixis Is

- Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A.

- Natixis S.A. (in its own capacity and as successor in-interest to IXIS Corporate & Investment Bank)

- Oddo & Cie

- OAM (Oddo Asset Management) as custodian

- Rothschild Bank & Co. Bank AG

- VEGA Investment Managers, formerly known as IXIS Private Capital Management ("IPCM")


Stockbrokers

- Oddo & Cie

- BNP Paribas Arbitrage SNC

## Appendix E6
## Channel Islands

<u>Financial Institutions</u>

- Barclays Private Bank & Trust (Channel Islands) Limited

- Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib (also named herein as Credit Suisse Nominees (Guernsey) Limited)

- Deutsche Bank Nominees (Jersey) Limited

- HSBC Private Bank (C.I.) Limited

- HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited

- HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited

- Republic Nominees Limited

- SCB Nominees (CI) Ltd.

- UBS Jersey Nominees Limited (sued as UBS Jersey Nominees)

<u>Stockbrokers</u>

- Collins Stewart (CI) Limited
- Fund Nominees Limited

**Appendix E7**
**Italy**

<u>Financial Institutions</u>

- Allianz Bank Financial Advisors SpA

- Banca Carige S.P.A.

- Banca Cesare Ponti S.P.A.

- Banca Popolare dell'Alto Adige S.p.A.

- Banca Popolare di Bari S.C.p.A. in Amministrazione Straordinaria, successor-in-interest to Tercas-Cassa di Risparmio Della Provincia di Teramo S.P.A

- Banca Profilo SpA

- Milan Clessidra a/k/a Clessidra SGR SpA

- Schroders Italy SIM SpA

- Unifortune Conservative Side Pocket (not a juridical entity)

**Appendix E8**
**United Kingdom**

Financial Institutions

- American Express Bank (London), f/k/a American Express Bank Ltd., n/k/a Standard Chartered Bank
- Bank Hapoalim B.M., London
- Citivic Nominees Limited
- Credit Suisse International
- Nomura International PLC

Stockbrokers

- Citigroup Global Markets Limited
- Merrill Lynch International

**Appendix E9**
**Spain**

<u>Financial Institutions</u>

- AllFunds Bank
- Banco Bilbao Vizcaya Argentaria, S.A.
- Banco Inversis S.A.
- Barclays Bank SA Madrid
- Catalunya Caixa f/k/a Caixa Catalunya a/k/a Caixa D'Estalvis de Catalunya
- NMAS1 Gestion SGIIC S.A.
- BNP Paribas España

**Appendix E10**
**Cayman Islands**

<u>Financial Institutions</u>

- BBVA Grand Cayman

- BNP Paribas Private Bank and Trust Cayman Ltd

- Deutsche Bank (Cayman) Limited

- Itau Bank & Trust Cayman, Ltd. (f/k/a Unicorp Bank & Trust Limited)

- UBS Fund Services (Cayman) Limited

**Appendix E11**
**Hong Kong**

<u>Financial Institutions</u>

- HSBC Institutional Trust Services (Asia) Limited

- Public Bank (Hong Kong) Limited

- Public Bank (Nominees) Limited

<u>Stockbrokers</u>

- KGI Asia Limited, as successor in interest to Grand Cathay Securities (Hong Kong) Limited

**Appendix E12**
**Israel**

<u>Financial Institutions</u>

- Bank Hapoalim B.M.
- Bank Leumi le-Israel B.M.
- FS/Bank Leumi Israel
- Israel Discount Bank, Ltd.
- Mizrahi Tefahot Bank, Ltd.

**Appendix E13**
**Liechtenstein**

<u>Financial Institutions</u>

- Centrum Bank AG (AMS)

- LGT Bank in Liechtenstein AG

- Liechtensteinische Landesbank AG (sued as Liechtensteinische LB Reinvest AMS)

- Neue Bank AG

- Verwaltungs und Privat-Bank AG Aktiengesellschaft n/k/a VP Bank AG

**Appendix E14**
**Panama**

<u>Financial Institutions</u>

- Banco General SA Banca Privada

<u>Stockbrokers</u>

- HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc.
- Portobelo Advisors Inc.
- Wall Street Securities S.A.

**Appendix E15**
**Singapore**

<u>Financial Institutions</u>

- Credit Industriel et Commercial Singapore Branch

- Deutsche Bank AG Singapore

- Royal Bank of Canada Singapore Branch

- Schroder & Co. (Asia) Ltd.

**Appendix E16**
**South Korea**

Financial Institutions

- Citibank Korea, Inc.
- HSBC Seoul Branch, Ltd.
- Korea Exchange Bank
- Woori Bank

**Appendix E17**
**Andorra**

<u>Financial Institutions</u>

- ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A.
- Crèdit Andorrà/Crediinvest (not a juridical entity)

**Appendix E18**
**Bahamas**

<u>Financial Institutions</u>

- Blubank Ltd. n/k/a Inteligo Bank Ltd.

- Cititrust (Bahamas) Limited

- Credit Suisse AG Nassau Branch Wealth Management

- Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited

- Itaú Bank & Trust Bahamas Ltd. (sued as BIE Bank & Trust Bahamas Ltd.)

**Appendix E19**

**Netherlands**

<u>Financial Institutions</u>

- Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V.

- KAS BANK N.V.

- SNS Global Custody B.V. a/k/a SNS Bank N.V.

**Appendix E20**
**Belgium**

<u>Financial Institutions</u>

- Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles
- Fortis Bank SA/NV n/k/a BNP Paribas Fortis
- Swedbank

**Appendix E21**
**Gibraltar**

<u>Financial Institutions</u>

- Credit Suisse (Gibraltar) Limited

**Appendix E22**
**Kuwait**

<u>Financial Institutions</u>

- Commercial Bank of Kuwait

- National Bank of Kuwait S.A.K.

**Appendix E23**
**Austria**

<u>Financial Institutions</u>

- Vorarlberger Landes- und Hypothekenbank Aktiengesellschaft

**Appendix E24**
**Bermuda**

<u>Financial Institutions</u>

- HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited

**Appendix E25**
**British Virgin Islands**

Financial Institutions

- HSBC International Trustee Limited

**Appendix E26**
**Canada**

<u>Financial Institutions</u>

- Royal Bank of Canada sued as "NYROY, Royal Bank of Canada"

**Appendix E27**
**Japan**

<u>Financial Institutions</u>

- The Sumitomo Trust & Banking Co., Ltd.

**Appendix E28**
**Monaco**

<u>Financial Institutions</u>

- EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)

**Appendix E29**
**Portugal**

Financial Institutions

- Banco Bilbao Vizcaya Argentaria (Portugal) S.A. (also sued as "BBVA Fundas Privanza")

**Appendix E30**
**Sweden**

Financial Institutions

- Swedbank

**Appendix E31**
**Taiwan**

<u>Financial Institutions</u>

- Hua Nan Commercial Bank, Ltd.

**Appendix E32**
**United Arab Emirates**

<u>Financial Institutions</u>

- First Gulf Bank

# Appendix F

## Defendants That Qualify as Covered Entities Under Section 546(e) or 546(g): Financial Participants[1]

---

[1] This Appendix does not list Defendants who qualify as covered financial participants but are not in a position to demonstrate that Covered Entity status by judicially noticeable proof.  Those Defendants fully reserve their right to make such a showing at such later time as might be appropriate.

Financial Participants

- Bureau of Labor Insurance
- Cathay Life Insurance Company Limited
- Celfin International Limited n/k/a BTG Pactual (Cayman) International Holding Limited
- Citigroup Global Markets Limited
- Hansard Europe DAC
- Hontai Life Insurance Company Limited
- Judith Cherwinka a/k/a Judith Cherwinka IRA
- Millennium Multi-Strategy Fund
- Natixis S.A. (in its own capacity and as successor in-interest to IXIS Corporate & Investment Bank)
- The Legacy Fund Ltd.
- UBS Fund Services (Cayman) Limited

**Appendix G**
**Service Information for Hague Defendants With Service Attempted by International Registered Mail**

# TABLE OF CONTENTS

Page

DEFENDANTS PURPORTEDLY SERVED IN ARTICLE 10(A) OBJECTING JURISDICTIONS ......................................................4
    KUWAIT ................................................................................................................................4
    MONACO ...............................................................................................................................4
    SOUTH KOREA .....................................................................................................................5
    SWITZERLAND .....................................................................................................................5
DEFENDANTS PURPORTEDLY SERVED IN OTHER HAGUE SIGNATORY JURISDICTIONS .................................................17
    ANDORRA ...........................................................................................................................17
    BAHAMAS ...........................................................................................................................17
    BELGIUM .............................................................................................................................18
    BERMUDA ...........................................................................................................................19
    CANADA ..............................................................................................................................19
    CAYMAN ISLANDS .............................................................................................................20
    CHANNEL ISLANDS ...........................................................................................................21
    COLOMBIA ..........................................................................................................................23
    FINLAND .............................................................................................................................23
    FRANCE ...............................................................................................................................24
    GIBRALTAR .........................................................................................................................25
    HONG KONG .......................................................................................................................26
    IRELAND .............................................................................................................................26
    ISLE OF MAN ......................................................................................................................28
    ISRAEL ................................................................................................................................28
    ITALY ..................................................................................................................................29
    JAPAN .................................................................................................................................30
    LUXEMBOURG ....................................................................................................................30
    NETHERLANDS ...................................................................................................................33
    PORTUGAL ..........................................................................................................................35
    SPAIN ..................................................................................................................................35
    SWEDEN .............................................................................................................................36

UNITED KINGDOM ...............................................................................................................................36

## Defendants Purportedly Served in Article 10(a) Objecting Jurisdictions

### Kuwait

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | National Bank of Kuwait S.A.K. |
| 2. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | National Bank of Kuwait S.A.K. |
| 3. | Adv. Pro. 10-04093 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Commercial Bank of Kuwait, et al.* | Commercial Bank of Kuwait |
| 4. | Adv. Pro. 11-01260 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/NBK Kuwait a/k/a National Bank of Kuwait, et al.* | National Bank of Kuwait S.A.K. |

### Monaco

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 5. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | Private-Space Ltd. (purportedly served in Monaco though not a Monegasque corporation nor resident in Monaco) |
| 6. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |
| 7. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Eurofinanciere D'Invest MCL (n/k/a EFG Bank (Monaco)) |

## South Korea

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 8.  | Adv. Pro. 10-03502 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dominion Securities Sub A/C, et al.* | RBC Dominion Securities |
| 9.  | Adv. Pro. 10-03507 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Meritz Fire & Marine Insurance Company Ltd., et al.* | Meritz Fire & Marine Insurance Company Ltd. |
| 10. | Adv. Pro. 11-01486 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Korea Exchange Bank* | Korea Exchange Bank |
| 11. | Adv. Pro. 11-01616 | *Fairfield Sentry Limited (In Liquidation), et al. v. Woori Bank, et al.* | Woori Bank |
| 12. | Adv. Pro. 12-01128 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Seoul Branch, Ltd., et al.* | HSBC Seoul Branch, Ltd. |
| 13. | Adv. Pro. 12-01142 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank Korea Inc., et al.* | Citibank Korea Inc. |

## Switzerland

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 14. | Adv. Pro. 10-03509 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Santander (Suisse) S.A., et al.* | Banco Santander (Suisse) S.A. |
| 15. | Adv. Pro. 10-03510 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim (Suisse) Ltd., et al.* | Hapoalim (Switzerland), Ltd.[1] |
| 16. | Adv. Pro. 10-03514 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Piguet & Cie S.A., et al.* | Banque Piguet & Cie SA |
| 17. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 18. | Adv. Pro. 10-03595 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 19. | Adv. Pro. 10-03625 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. EFG Bank, et al.* | EFG Bank a/k/a EFG Bank AG and/or EFG Bank SA |
| 20. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 21. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Bank Morgan Stanley AG |
| 22. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) AG |
| 23. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Compagnie Bancaire Espirito Santo SA aka Banque Privee Espirito Santo SA |

---

[1] Also purportedly served by International Registered Mail in Luxembourg.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 24. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | EFG Private Bank S.A. (n/k/a EFG Bank) |
| 25. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Merrill Lynch Bank |
| 26. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Morgan Stanley & Co. International PLC |
| 27. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC OBO Glasgow SEG Port |
| 28. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 29. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |
| 30. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 31. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 32. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 33. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 34. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |

Appendix G [7]

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 35. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 36. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 37. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis |
| 38. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private |
| 39. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 40. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 41. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |
| 42. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 43. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 44. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 45. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Dresdner Bank Schweiz |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 46. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 47. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 48. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 49. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 50. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd.[2] |
| 51. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 52. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 53. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |
| 54. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 55. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) S.A. |
| 56. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |

[2] Also purportedly served by International Registered Mail in Luxembourg.

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 57. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
| 58. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 59. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 60. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 61. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS SEEGANINTERSETTLE |
| 62. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 63. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 64. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |
| 65. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC OBO Glasgow SEG Port |
| 66. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Arner S.A. |
| 67. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banca Unione di Credito |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 68. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Bank Julius Baer & Co. Ltd. |
| 69. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Cantonale Vaudoise |
| 70. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Banque Pictet & Cie SA |
| 71. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BBVA (Suisse) SA |
| 72. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BCV AMC Defensive Alt Fund |
| 73. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 74. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis |
| 75. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private |
| 76. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI AG |
| 77. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BSI Ex Banca Del Gottardo |
| 78. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Clariden Leu Ltd. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 79. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Compagnie Bancaire Helvetique |
| 80. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Corner Banca SA |
| 81. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Credit Suisse AG Zurich |
| 82. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Edmond de Rothschild (Suisse) SA (sued as Sella Bank AG) |
| 83. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | EFG Bank S.A. Switzerland (n/k/a EFG Bank) |
| 84. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Falcon Private Bank |
| 85. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Finter Bank Zurich |
| 86. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Hapoalim (Switzerland), Ltd.[3] |
| 87. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | IHAG Handelsbank AG |
| 88. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | InCore Bank AG |
| 89. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lloyds TSB Bank Geneva |

[3] Also purportedly served by International Registered Mail in Luxembourg.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 90. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Lombard Odier Darier Hentsch & Cie |
| 91. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | NBK Banque Privée (Suisse) S.A. |
| 92. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | PKB Privatbank AG |
| 93. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBS Coutts Bank Ltd. now known as Coutts & Co. Ltd. |
| 94. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG |
| 95. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Bank Geneva (Dublin) (as incorrectly named in complaint; should be Edmond de Rothschild (Suisse) SA) |
| 96. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano SA |
| 97. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIS SEEGANINTERSETTLE |
| 98. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | SIX SIS Ltd. |
| 99. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS AG (sued as UBS AG Zurich and UBS AG New York) |
| 100. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 101. | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 102. | Adv. Pro. 10-03745 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Suisse) SA Geneve, et al.* | Deutsche Bank (Suisse) SA |
| 103. | Adv. Pro. 10-03756 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/CBESSA, et al.* | FS/CBESSA a/k/a/ Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA |
| 104. | Adv. Pro. 10-03764 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Pictet & Cie, et al.* | Banque Pictet & Cie SA |
| 105. | Adv. Pro. 10-03780 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS AG New York, et al.* | UBS AG (sued as UBS AG New York) |
| 106. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | FIF Advanced Ltd. |
| 107. | Adv. Pro. 10-03786 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SG Private Banking (Suisse) SA, et al.* | SG Private Banking (Suisse) SA |
| 108. | Adv. Pro. 10-03788 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch Bank (Suisse) SA, et al.* | Merrill Lynch Bank (Suisse) SA |
| 109. | Adv. Pro. 10-03795 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Lombard Odier Darier Hentsch & Cie, et al.* | Lombard Odier Darier Hentsch & Cie |
| 110. | Adv. Pro. 10-03801 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ING Bank (Suisse) SA, et al.* | ING Bank (Suisse) SA, as predecessor to Bank Julius Baer & Co. Ltd. |
| 111. | Adv. Pro. 10-03869 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Six Sis AG/CH104026, et al.* | SIX SIS AG |
| 112. | Adv. Pro. 10-03873 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bordier & Cie, et al.* | Bordier & Cie |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 113. | Adv. Pro. 10-04087 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Royal Bank of Canada (Suisse), et al.* | Banque SYZ SA as successor to Royal Bank of Canada (Suisse) S.A. |
| 114. | Adv. Pro. 10-04212 | *Fairfield Sentry Limited (In Liquidation), et al. v. Bank Morgan Stanley AG, et al.* | Bank Morgan Stanley AG |
| 115. | Adv. Pro. 11-01243 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Julius Baer and Co. Ltd., Zurich, et al.* | Bank Julius Baer & Co. Ltd. |
| 116. | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 117. | Adv. Pro. 11-01249 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. Bank AG, et al.* | Schroder & Co. Bank AG |
| 118. | Adv. Pro. 11-01256 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque SCS Alliance SA, et al.* | Banque SCS Alliance SA |
| 119. | Adv. Pro. 11-01257 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives, et al.* | Mirabaud & Cie a/k/a Mirabaud & Cie Banquiers Prives |
| 120. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS AG (sued as UBS Zurich)[4] |
| 121. | Adv. Pro. 11-01259 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank (Suisse) SA, et al.* | Barclays Bank (Suisse) SA |
| 122. | Adv. Pro. 11-01566 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SG Private Banking (Lugano-Svizzera) SA, et al.* | FS/SG Private Banking (Lugano-Svizzera) SA |
| 123. | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bipielle Banke (Suisse), et al.* | Bipielle Bank (Suisse) in Liquidation (sued as Bipielle Banke (Suisse)) |

---

[4]     Also purportedly served by International Registered Mail in Ireland.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 124. | Adv. Pro. 11-01581 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Rahn & Bodmer Banquiers, et al.* | Rahn & Bodmer Banquiers |
| 125. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a HSBC Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 126. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Guyerzeller Zurich, et al.* | Stanhope Capital (Switzerland) S.A. |
| 127. | Adv. Pro. 11-01600 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BBVA Zurich/Shares, et al.* | BBVA Zurich/Shares |
| 128. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | IDF Global Fund |
| 129. | Adv. Pro. 11-01760 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Vontobel AG, et al.* | Bank Vontobel AG |
| 130. | Adv. Pro. 11-02440 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG a/k/a Bank Sal. Oppenheim Jr. & Cie, et al.* | Deutsche Bank (Suisse) SA Geneve, Successor in Interest to Bank Sal. Oppenheim Jr. & Cie (Schweiz) AG A/K/A Bank Sal Oppenheim Jr. & CIE |
| 131. | Adv. Pro. 11-02772 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BankMed (Suisse) S.A. f/k/a Banque de la Mediterra, et al.* | BankMed (Suisse) SA |
| 132. | Adv. Pro. 12-01125 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Investec Bank (Switzerland) AG, et al.* | Investec Bank (Switzerland) AG |
| 133. | Adv. Pro. 12-01157 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Baring Brothers Sturdza SA f/k/a Banque Baring Brothers Suisse SA* | Banque Baring Brothers Sturdza SA |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 134. | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Banca Commerciale Lugano |
| 135. | Adv. Pro. 12-01185 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hinduja Bank (Switzerland) SA, et al.* | Hinduja Bank (Switzerland) SA |
| 136. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | Wegelin & Company |

## Defendants Purportedly Served in Other Hague Signatory Jurisdictions

### Andorra

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. 10-03632 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Andbanc Andorra, et al.* | ANDBanc Andorra a/k/a Andorra Banc Agricol Reig, S.A. |
| 2. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | Crèdit Andorrà / Crediinvest[5] |

### Bahamas

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 3. | Adv. Pro. 10-03508 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Schroder & Co. (Asia) Ltd., et al.* | Perenco SA |

---

[5] Also purportedly served by International Registered Mail in Ireland.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 4. | Adv. Pro. 10-03750 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Blubank Ltd., et al.* | Blubank Ltd. n/k/a Inteligo Bank Ltd. |
| 5. | Adv. Pro. 11-01587 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bie Bank & Trust Bahamas Ltd., et al.* | BIE Bank & Trust Bahamas Ltd. |
| 6. | Adv. Pro. 11-01601 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse AG Nassau Branch Wealth Management , et al.* | Credit Suisse AG Nassau Branch Wealth Management |
| 7. | Adv. Pro. 12-01127 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited, et al.* | Credit Suisse Nassau Branch Wealth Management a/k/a Credit Suisse Wealth Management Limited |
| 8. | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Cititrust (Bahamas) Limited |

**Belgium**

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 9. | Adv. Pro. 11-01253 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/SWEDCLIENT/IAM, et al.* | Entity erroneously sued as FS/Swedclient/IAM |
| 10. | Adv. Pro. 11-01460 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/LAB/AXA PM, et al.* | Architas (LAB/AXA PM) |
| 11. | Adv. Pro. 11-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Banque Degroof Bruxelles, et al.* | Banque Degroof Bruxelles a/k/a Banque Degroof SA Bruxelles |
| 12. | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis |
| 13. | Adv. Pro. 11-01619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. NBP Titres, et al.* | Natixis S.A., of which EuroTitres (incorrectly named in the complaint as "NBP Titres") is a division |

## Bermuda

|   | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 14. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 15. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson & Co. |
| 16. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 17. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited, et al.* | Somers Nominees (Far East) Limited[6] |

## Canada

|   | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 18. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund L.P.[7] |
| 19. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Asset Allocation Fund L.P.[8] |

---

[6]    Also purportedly served by International Registered Mail in Hong Kong.

[7]    Also purportedly served by certified mail in the United States at an address once used by Diversified Global Asset Management U.S. Inc., an entity unrelated to this defendant.

[8]    Also purportedly served by certified mail in the United States at an address once used by Diversified Global Asset Management U.S. Inc., an entity unrelated to this defendant.

## Cayman Islands

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 20. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Grand Cayman |
| 21. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC |
| 22. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Arsenal SPC |
| 23. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Deutsche Bank (Cayman) Limited |
| 24. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens CFO 1 Feeder Fund Ltd.[9] |
| 25. | Adv. Pro. 10-03746 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank (Cayman), et al.* | Sciens Global Opportunity Fund[10] |
| 26. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | ABN AMRO Retained Nominees (IOM) Limited (sued as Fortis (Isle of Man) Nominees Limited a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Limited) |

[9] Also purportedly served by International Registered Mail in the Channel Islands.
[10] Also purportedly served by International Registered Mail in the Channel Islands.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 27. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Platinum All Weather Fund[11] |
| 28. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell A[12] |
| 29. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | DGAM Alternative Strategy Fund II, SPC – Cell B[13] |
| 30. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | The Legacy Fund |
| 31. | Adv. Pro. 10-04095 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Cayman) Limited, et al.* | UBS Fund Services (Cayman) Limited |
| 32. | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd |
| 33. | Adv. Pro. 12-01301 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Unicorp Bank & Trust Limited, et al.* | Itau Bank & Trust Cayman, Ltd. (f/k/a Unicorp Bank & Trust Limited) |

## Channel Islands

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| | | | |

---

[11]     Also purportedly served by International Registered Mail in the Isle of Man.

[12]     Also purportedly served by certified mail in the United States at an address once used by Diversified Global Asset Management U.S. Inc., an entity unrelated to this defendant.

[13]     Also purportedly served by certified mail in the United States at an address once used by Diversified Global Asset Management U.S. Inc., an entity unrelated to this defendant.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 34. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Collins Stewart (CI) Limited |
| 35. | Adv. Pro. 10-03525 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fund Nominees Limited, et al.* | Fund Nominees Limited[14] |
| 36. | Adv. Pro. 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited[15] |
| 37. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited |
| 38. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |
| 39. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited |
| 40. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 41. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | UBS Jersey Nominees Limited (sued as UBS Jersey Nominees) |
| 42. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Nominees a/k/a Credit Suisse Nominees (Guernsey) Limited A/C Gib |
| 43. | Adv. Pro. 11-01470 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barfield Nominees Limited, et al.* | Barfield Nominees Limited |

[14]    Also purportedly served via International Registered Mail in the United Kingdom.
[15]    Also purportedly served via International Registered Mail in Luxembourg.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 44. | Adv. Pro. 11-01564 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Deutsche Bank Nominees (Jersey) Limited, et al.* | Deutsche Bank Nominees (Jersey) Limited |
| 45. | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Services Nominees Ltd. |
| 46. | Adv. Pro. 11-02612 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees (Guernsey) Limited, et al.* | Credit Suisse Nominees (Guernsey) Limited |
| 47. | Adv. Pro. 12-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Private Bank & Trust (Channel Islands) Limited, et al.* | Barclays Private Bank & Trust (Channel Islands) Limited |

## Colombia

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 48. | Adv. Pro. 11-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Global Fund Porvenir, et al.* | Global Fund Porvenir |

## Finland

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 49. | Adv. Pro. 12-01289 | *Fairfield Sentry Ltd. (in Liquidation), et al. v. Dreadnought Finance OY, et al.* | Dreadnought Finance OY |

# France

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 50. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | OAM[16] |
| 51. | Adv. Pro. 10-03621 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Oddo & Cie, et al.* | Oddo & Cie[17] |
| 52. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Natixis S.A. or its predecessors in interest as the owner/operator of certain accounts named as defendants[18] |
| 53. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Altigefi-Altipro Master a/k/a Olympia Capital Management[19] |
| 54. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Rothschild & Cie Banque-EGA |
| 55. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. |
| 56. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Caceis Bank Ex Ixis Is |
| 57. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | VEGA Investment Managers, formerly known as IXIS Private Capital Management ("IPCM") |

---

[16]    Also purportedly served by International Registered Mail in Belgium.
[17]    Also purportedly served by International Registered Mail in Belgium.
[18]    Some of the defendants were purportedly served by International Registered Mail solely in Luxembourg.
[19]    Also purportedly served by International Registered Mail in Luxembourg.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 58. | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 59. | Adv. Pro. 11-01464 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis f/k/a IXIS Corporate and Investment Bank, et al.* | Natixis S.A. (in its own capacity and as successor-in-interest of IXIS Corporate & Investment Bank) |
| 60. | Adv. Pro. 11-01585 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Reescompte et de Placement, et al.* | Banque de Reescompte et de Placement aka BAREP |
| 61. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Oval Alpha Palmares |
| 62. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Palmares Europlus |
| 63. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online |
| 64. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres |
| 65. | Adv. Pro. 12-01136 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bred Banque Populaire, et al.* | BRED Banque Populaire |

## Gibraltar

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 66. | Adv. Pro. 10-04236 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse Nominees, et al.* | Credit Suisse Gibraltar Limited |

## Hong Kong

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 67. | Adv. Pro. 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited |
| 68. | Adv. Pro. 11-01462 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Grand Cathay Securities (Hong Kong) Limited, et al.* | KGI Asia Limited (sued as Grand Cathay Securities (Hong Kong) Limited) |
| 69. | Adv. Pro. 12-01155 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kiangsu Chekiang and Shanghai Residents (H.K.) Association, et al.* | Kiangsu Chekiang and Shanghai Residents (H.K.) Association |
| 70. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Hong Kong) Limited |
| 71. | Adv. Pro. 12-01164 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Public Bank (Hong Kong) Limited, et al.* | Public Bank (Nominees) Limited |
| 72. | Adv. Pro. 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited |

## Ireland

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 73. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Asset Holding Co. Bermuda |
| 74. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | ZCM Matched Funding Corp. |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 75. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Zurich Capital Markets Company |
| 76. | Adv. Pro. 10-03791 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | Monte Paschi Ireland Ltd. |
| 77. | Adv. Pro. 10-04238 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Hansard Europe Limited et al.* | Hansard Europe DAC (sued as Hansard Europe Ltd.) |
| 78. | Adv. Pro. 11-01258 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Fund Services (Ireland) Ltd., et al.* | UBS Fund Services (Ireland) Ltd. |
| 79. | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | BNY AIS Nominees, Ltd. |
| 80. | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd |
| 81. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | SEI Investments Trustee and Custodial Services (IRELAND) Ltd |
| 82. | Adv. Pro. 12-01135 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank of Ireland Nominees Limited, et al.* | Bank of Ireland Nominees Limited now known as Northern Trust Nominees (Ireland) Limited |

# Isle of Man

|     | Case No.         | Case Name                                                                                                                                           | Defendant Name                     |
| --- | ---------------- | --------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------- |
| 83. | Adv. Pro. 10-03776 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis (Isle of Man) Nominees Ltd. a/k/a ABN AMRO Fund Services (Isle of Man) Nominees Ltd., et al.* | Odyssey Alternative Fund Limited   |

# Israel

|     | Case No.         | Case Name                                                                                   | Defendant Name                                  |
| --- | ---------------- | ------------------------------------------------------------------------------------------- | ----------------------------------------------- |
| 84. | Adv. Pro. 10-03512 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Mizrahi Tefahot Bank Ltd., et al.*    | Mizrahi Tefahot Bank Limited                    |
| 85. | Adv. Pro. 11-01467 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/BK Hapoalim/b M Tel Aviv, et al.*     | Bank Hapoalim B.M.[20]                          |
| 86. | Adv. Pro. 11-01610 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Israel Discount Bank, Limited, Tel Aviv, et al.* | FS/Israel Discount Bank, Limited, Tel Aviv, et al. |
| 87. | Adv. Pro. 12-01158 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/Bank Leumi Israel, et al.*            | Bank Leumi Israel                               |

---

[20]    Also purportedly served by International Registered Mail in Belgium.

# Italy

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 88. | Adv. Pro. 10-03503 | *Fairfield Sigma Limited  (In Liquidation), et al. v. Tercas-Cassa Di Risparmio Della Provincia Di Teramo S.P.A., , et al.* | Banca Popolare di Bari S.C.p.A in Amministrazione Straordinaria, as successor-in-interest to Tercas-Cassa Di Risparmio Della Provincia di Teramo S.P.A. |
| 89. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Services Luxembourg, et al.* | Milan Clessidra a/k/a Clessidra SGR SpA |
| 90. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 91. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Allianzbank SPA/Unifortune Conservative Side Pocket |
| 92. | Adv. Pro. 10-03791 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Monte Paschi Ireland Ltd., et al.* | Monte Paschi Ireland Ltd. |
| 93. | Adv. Pro. 12-01123 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BANCA CARIGE SPA, et al.* | Banca Carige S.P.A. |
| 94. | Adv. Pro. 12-01140 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Cesare Ponti SPA, et al.* | Banca Cesare Ponti S.P.A. |
| 95. | Adv. Pro. 12-01148 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Banca Popolare Dell'Alto Adige Soc. Coop. Resp. Lim., et al.* | Banca Popolare dell'Alto Adige S.p.A. |
| 96. | Adv. Pro. 12-01162 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Delta S.P.A., et al.* | Delta S.P.A. |

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 97. | Adv. Pro. 12-01272 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Schroders Italy SIM SPA, et al.* | Schroders Italy SIM SpA |
| 98. | Adv. Pro. 12-01285 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banca Profilo SPA, et al.* | Banca Profilo SPA |

## Japan

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 99. | Adv. Pro. 10-03863 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Sumitomo Trust & Banking Co., LTD - Alternative Investing Unit Global Markets, et al.* | Sumitomo Trust & Banking Co., Ltd. |
| 100. | Adv. Pro. 11-01596 | *Fairfield Sentry Ltd. (In Liquidation) et al. v. Kefong Lee et al.* | Kefong Lee |

## Luxembourg

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 101. | Adv. Pro. 10-03505 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Privee Edmond De Rothschild (Europe), et al.* | Banque Privee Edmond de Rothschild (Europe) |
| 102. | Adv. Pro. 10-03616 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque de Luxembourg, et al.* | Banque de Luxembourg |
| 103. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 104. | Adv. Pro. 10-03626 | *Fairfield Sentry Ltd. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas, et al.* | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) |
| 105. | Adv. Pro. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 106. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg) SA |
| 107. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Banco Itau Europa Luxembourg |
| 108. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 109. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 110. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 111. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Societe Generale Bank & Trust |
| 112. | Adv. Pro. 10-03755 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Itau Europa Luxembourg SA, et al.* | Banco Itau Europa Luxembourg SA |
| 113. | Adv. Pro. 10-03864 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Natixis Private Banking International SA - Client Account, et al.* | Natixis Wealth Management Luxembourg, formerly known as Natixis Private Banking International S.A. |
| 114. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Clearstream Banking SA |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 115. | Adv. Pro. 10-03868 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Kredietbank SA Luxembourgeoise, et al.* | Kredietbank SA Luxembourgeoise |
| 116. | Adv. Pro. 10-04088 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse (Luxembourg) SA, et al.* | Credit Suisse (Luxembourg) SA |
| 117. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Banque Internationale à Luxembourg SA f/k/a Dexia Banque Internationale à Luxembourg SA |
| 118. | Adv. Pro. 10-04090 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia BIL for Customer Account, et al.* | Candriam World Alternative (F/K/A Dexia World Alternative) |
| 119. | Adv. Pro. 10-04091 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Dexia Private Bank (Switzerland), et al.* | Banque Internationale à Luxembourg (Suisse) SA f/k/a Dexia Private Bank (Switzerland) SA |
| 120. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) |
| 121. | Adv. Pro. 11-01242 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (f/k/a Fortis Banque Luxembourg) |
| 122. | Adv. Pro. 11-01250 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. UBS Europe SE, Luxembourg Branch, et al.* | UBS Europe SE, Luxembourg Branch |
| 123. | Adv. Pro. 11-01263 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Clearstream Banking SA, et al.* | Clearstream Banking SA |
| 124. | Adv. Pro. 11-01565 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/ING Lux, et al.* | ING Luxembourg |
| 125. | Adv. Pro. 11-01584 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust (Luxembourg), et al.* | Societe Generale Bank & Trust (Luxembourg) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 126. | Adv. Pro. 11-01598 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque et Caisse D'epargne de L'Etat Lux, et al.* | Banque et Caisse D'Epargne de L'Etat Luxembourg |
| 127. | Adv. Pro. 11-01615 | *Fairfield Sigma Ltd. v. Societe Europeenne de Banque S.A.* | Intesa Sanpaolo Bank Luxembourg SA (formerly known as Societe Europeenne de Banque S.A.) |
| 128. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | Societe Generale Bank & Trust SA (Luxembourg) |
| 129. | Adv. Pro. 11-02613 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Societe Generale Bank & Trust S.A. (Luxembourg), et al.* | UMR |
| 130. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Luxembourg, S.A., et al.* | Banque Degroof Luxembourg S.A. |
| 131. | Adv. Pro. 12-01147 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fair and Banque Degroof Luxembourg, S.A., et al.* | Fidessa Alpha Fund |
| 132. | Adv. Pro. 12-01187 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banque Havilland S.A., et al., f/k/a/ Banco Popolare di Verona e Novara Luxembourg S.A.* | Banque Havilland S.A. |
| 133. | Adv. Pro. 12-01555 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSH Nordbank Securities S.A., et al.* | HSH Nordbank Securities S.A. n/k/a HCOB Securities S.A. |

## Netherlands

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 134. | Adv. Pro. 10-03504 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS ABN AMRO Global Custody, et al.* | ABN AMRO Global Custody N.V. (sued as FS ABN AMRO Global Custody) |

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 135. | Adv. Pro. 10-03757 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SNS Global Custody B.V. a/k/a SNS Bank N.V., et al.* | SNS Global Custody B.V. a/k/a SNS Bank N.V. |
| 136. | Adv. Pro. 10-03867 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS Stichting Stroeve Global Custody, et al.* | Stichting Stroeve Global Custody |
| 137. | Adv. Pro. 11-01614 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. IDF Global Fund, et al.* | ABN AMRO Bank N.V. f/k/a Fortis Bank Nederland N.V. |
| 138. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Bank (Nederland) N.V. n/k/a ABN AMRO Bank N.V. |
| 139. | Adv. Pro. 11-02422 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services N.V. n/k/a ABN AMRO, et al.* | Fortis Global Custody Services N.V. n/k/a ABN AMRO Global Custody Services N.V. |
| 140. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Bank N.V. |
| 141. | Adv. Pro. 11-02533 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kas Depository Trust Co., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |
| 142. | Adv. Pro. 12-01163 | *Fairfield Sigma Ltd. (In Liquidation), et al. v. Kasbank Effecten Bewaarbedrijf N.V., et al.* | KAS Depositary Trust Company a/k/a KAS BANK Effectenbewaarbedrijf N.V. |
| 143. | Adv. Pro. 12-01568 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Global Custody Services NV, et al.* | ABN AMRO Global Custody Services N.V. (sued as Fortis Global Custody Services NV) |

## Portugal

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 144. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria (Portugal) S.A. |

## Spain

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 145. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | Banco Bilbao Vizcaya Argentaria S.A. |
| 146. | Adv. Pro. 10-03515 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Bilbao Vizcaya Argentaria (Portugal) S.A., et al.* | BBVA Fundas Privanza |
| 147. | Adv. Pro. 10-04089 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Inversis SA, et al.* | Banco Inversis S.A. |
| 148. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al.* | AllFunds Bank |
| 149. | Adv. Pro. 11-01591 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. All Funds Bank, et al.* | NMAS1 Gestion SGIIC S.A. |
| 150. | Adv. Pro. 11-01599 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Eduardo Fernandez de Valderrama Murillo, et al.* | Eduardo Fernandez de Valderrama Murillo |
| 151. | Adv. Pro. 12-01129 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya, et al.* | Catalunya Caixa F/K/A Caixa Catalunya A/K/A Caixa D'Estalvis de Catalunya |
| 152. | Adv. Pro. 12-01132 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. RBC Dexia Investor Services Espana S.A.* | RBC Investor Services España, S.A. (named as RBC Dexia Investor Services España, S.A.) |

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 153. | Adv. Pro. 12-01265 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Barclays Bank SA Madrid, et al.* | Barclays Bank SA Madrid |
| 154. | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Espana f/k/a Fortis Bank (Espana), et al.* | BNP Paribas España |

## Sweden

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 155. | Adv. Pro. 11-01586 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Swedbank, et al.* | Swedbank |

## United Kingdom

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 156. | Adv. Pro. 10-03620 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Suisse International, et al.* | Credit Suisse International |
| 157. | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 158. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) AG |
| 159. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[21] |

---

[21]    The party sued here as "HSBC" is a nonexistent entity allegedly organized under the laws of and purportedly served in the United Kingdom, and there is no concession to the contrary regarding its existence by submitting this filing.

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 160. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A.[22] |
| 161. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[23] |
| 162. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | RBC Investor Services Bank S.A.[24] |
| 163. | Adv. Pro. 10-03793 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Nomura International PLC, et al.* | Nomura International PLC |
| 164. | Adv. Pro. 10-04100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | Citivic Nominees Limited |
| 165. | Adv. Pro. 11-01463 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Merrill Lynch International, et al.* | Merrill Lynch International[25] |
| 166. | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |
| 167. | Adv. Pro. 12-01134 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. SEI Investments Trustee and Custodial Services (Ireland) Ltd. Nominee A/C 1, et al.* | Millennium Multi-Strategy Fund |
| 168. | Adv. Pro. 12-01144 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Bank Hapoalim BM, London, et al.* | Bank Hapoalim B.M., London |

---

[22]    Also purportedly served by International Registered Mail in Luxembourg.

[23]    The party sued here as "HSBC" is a nonexistent entity allegedly organized under the laws of and purportedly served in the United Kingdom, and there is no concession to the contrary regarding its existence by submitting this filing.

[24]    Also purportedly served by International Registered Mail in Luxembourg.

[25]    Also purportedly served by International Registered Mail in Ireland.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 169. | Adv. Pro. 12-01569 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/GSCO London, et al.* | GSCO London |

## Appendix H
## Additional Counsel

### AKERMAN LLP

David W. Parham
david.parham@akerman.com
Scott D. Lawrence
scott.lawrence@akerman.com

2001 Ross Avenue Suite 3600
Dallas, TX 75201
(214) 720-4300

### ALLEGAERT BERGER & VOGEL LLP

John F. Zulack
jzulack@abv.com;
Christopher Allegaert
callegaert@abv.com
Lauren Pincus
lpincus@abv.com

111 Broadway, 20th Floor
New York, NY 10006
(212) 571-0550

### ALLEN & OVERY LLP

Laura R. Hall
laura.hall@allenovery.com
Jonathan Cho
jonathan.cho@allenovery.com

1221 Avenue of the Americas
New York, NY 10020
(212)-610-6300

### ARCHER & GREINER, P.C.

Gerard DiConza
gdiconza@archerlaw.com

630 Third Avenue
New York, NY 10017
212-682-4940

**ARNOLD & PORTER KAYE SCHOLER LLP**

Kent Yalowitz
kent.yalowitz@arnoldporter.com
Daniel Bernstein
daniel.bernstein@arnoldporter.com

250 West 55th Street
New York, NY 10019
212-836-8000

**ARNOLD & PORTER KAYE SCHOLER LLP**

Scott B. Schreiber
scott.schreiber@arnoldporter.com
Rosa J. Evergreen
rosa.evergreen@arnoldporter.com

601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202)-942-5000

**BAKER & MCKENZIE LLP**

Jacob Kaplan
jacob.kaplan@bakermckenzie.com
L Andrew S. Riccio
andrew.riccio@bakermckenzie.com
Charles Cummings
charles.cummings@bakermckenzie.com

452 Fifth Avenue
New York, New York 10018
(212) 626-4100

**BAST AMRON LLP**

Jeffrey P. Bast
jbast@bastamron.com
Jaime B. Leggett
jleggett@bastamron.com

1 SE 3rd Avenue, Suite 1400
Miami, FL 33131
(305) 379-7904

**BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP**

Zeb Landsman
zlandsman@beckerglynn.com
Jordan Stern
jstern@beckerglynn.com

299 Park Avenue
New York, New York 10171
(212) 888-3033

**BEYS LISTON & MOBARGHA LLP**

Joshua D. Liston; Michael P. Beys
jliston@blmllp.com; mbeys@blmllp.com

641 Lexington Avenue, 14th Floor
New York, NY 10022
(646) 755-3601

**BOIES, SCHILLER & FLEXNER LLP**

Alan B. Vickery
avickery@bsfllp.com,
Jack G. Stern
jstern@bsfllp.com,
Nafees Syed
nsyed@bsfllp.com

55 Hudson Yards
New York, NY 10001
(212) 446-2300

**BOND, SCHOENECK & KING, PLLC**

Brian J. Butler
bbutler@bsk.com
Sara C. Temes
stemes@bsk.com

One Lincoln Center
Syracuse, New York 13224
(315) 218-8000

**BUTZEL LONG, P.C.**

Joshua E. Abraham
abraham@butzel.com

477 Madison Avenue, Suite 1230
(212) 374-5370

**CADWALADER, WICKERSHAM & TAFT LLP**

Howard R. Hawkins, Jr.
howard.hawkins@cwt.com

200 Liberty Street
New York, NY 10281
(212) 504-6000

**CAPLIN & DRYSDALE, CHARTERED**

James P. Wehner
jwehner@capdale.com

600 Lexington Avenue
New York, NY 10022 and
One Thomas Circle, 11th Floor
Washington, DC 20005
(202) 862-5075

**CHAFFETZ LINDSEY LLP**

Andreas A. Frischknecht
a.frischknecht@chaffetzlindsey.com
Erin Valentine
erin.valentine@chaffetzlindsey.com

1700 Broadway, 33rd Floor New York, NY 10019
212-257-6960

**CHALOS & CO, P.C.**

George M. Chalos
gmc@chaloslaw.com
Briton P. Sparkman
bsparkman@chaloslaw.com

55 Hamilton Avenue
Oyster Bay, New York 11771
(516) 714-4300

**CLEARY GOTTLIEB STEEN & HAMILTON
LLP**

Jeffrey A. Rosenthal
jrosenthal@cgsh.com
Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
Breon S. Peace
bpeace@cgsh.com
Elizabeth Vicens
evicens@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
E. Pascale Bibi
pbibi@cgsh.com
Benjamin S. Beller
bbeller@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
Ariel M. Fox
arfox@cgsh.com


One Liberty Plaza
New York, NY 10006
(212) 225-2000

**CLEARY GOTTLIEB STEEN & HAMILTON
LLP**

Nowell D. Bamberger
nbamberger@cgsh.com

2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202)-974-1500

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
jeff.butler@cliffordchance.com

31 West 52nd Street
New York, NY 10019
(212) 878-8000

**COHEN & GRESSER LLP**

Daniel H. Tabak
dtabak@cohengresser.com

800 Third Avenue, Fl. 21
New York, NY 10022
(212) 957-7600

**COOLEY LLP**

Jonathan Bach
jbach@cooley.com

1114 Avenue of the Americas
New York, NY 10036
212-479-6000

**DAVIS & GILBERT LLP**

Joseph Cioffi
jcioffi@dglaw.com
Bruce Ginsberg
bginsberg@dglaw.com
H. Seiji Newman
hsnewman@dglaw.com

1740 Broadway
New York, NY 10019
(212) 468-4800

**DAVIS POLK & WARDWELL LLP**

Elliot Moskowitz
elliot.moskowitz@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com

450 Lexington Avenue
New York, NY 10017
(212) 450-4000

**DEBEVOISE & PLIMPTON LLP**

Erica S. Weisgerber
eweisgerber@debevoise.com
Shannon Selden
srselden@debevoise.com
Jyotin Hamid
jhamid@debevoise.com
Sandy D. Tomasik
stomasik@debevoise.com

919 Third Avenue
New York, NY 10022
(212) 909-6998

**DECHERT LLP**

Gary J. Mennitt
gary.mennitt@dechert.om

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3831

**DENTONS US LLP**

Fred W. Reinke
fred.reinke@dentons.com

1900 K Street NW
Washington, DC 20006
(202) 496-7160

**DLA PIPER LLP (US)**

Rachel Ehrlich Albanese
Rachel.Albanese@us.dlapiper.com
Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

**FOLEY & LARDNER LLP**

Katherine R. Catanese
kcatanese@foley.com

90 Park Avenue
New York, New York 10016
(212-338-3496

**FOX HORAN & CAMERINI LLP**

William M. Brodsky
wmbrodsky@foxlex.com

885 Third Avenue, 17th Floor
New York, New York 10022
212-480-4800

**FREJKA PLLC**

Elise S. Frejka
efrejka@frejka.com

420 Lexington Avenue, Suite 310
New York, New York 10170
212-641-0800

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

David M. Morris
david.morris@friedfrank.com

One New York Plaza
New York, NY 10004
(212) 859-8000

**FRIEDMAN KAPLAN SEILER & ADELMAN
LLP**

Robert J. Lack
rlack@fklaw.com
Alexander D. Levi
alevi@fklaw.com
Bruce S. Kaplan
bkaplan@fklaw.com

Jeffrey C. Fourmaux
jfourmaux@fklaw.com

7 Times Square, New York
NY 10036-6516
(212) 833-1100

**FROST BROWN TODD LLC**

Douglas L. Lutz
dlutz@fbtlaw.com

3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6724

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
mking@gibsondunn.com
Gabriel Herrmann
gherrmann@gibsondunn.com

200 Park Avenue,
New York, NY 10166
(212) 351-4000

**GILMARTIN, POSTER & SHAFTO LLP**

Michael C. Lambert
mclambert@lawpost-nyc.com

845 Third Avenue, 17th Floor
New York, NY 10022
(212) 425-3220

**GOODWIN PROCTER LLP**

William Weintraub
wweintraub@goodwinlaw.com
Gregory Fox
gfox@goodwinlaw.com
Anne E. Railton
arailton@goodwinlaw.com
Valerie A. Haggans

vhaggans@goodwinlaw.com

620 Eighth Avenue New York
New York 10018
(212) 813-8800

**GREENBERG TRAURIG LLP**

Stephen Mendelsohn
Mendelsohns@gtlaw.com
Ronald D. Lefton
leftonr@gtlaw.com

200 Park Avenue NY, NY 10166
(561)-955-7629;
(212)-801-3159

**HARNIK LAW FIRM**

Stephen M. Harnik
stephen@harnik.com

666 Third Avenue, 10th Floor
New York, NY 10017
(212) 599-7575

**HERBERT SMITH FREEHILLS NEW YORK LLP**

Scott S. Balber
scott.balber@hsf.com
Jonathan Cross
jonathan.cross@hsf.com

450 Lexington Avenue
New York, NY 10017
(917) 542 7600

**HOGAN LOVELLS US LLP**

Marc J. Gottridge
marc.gottridge@hoganlovells.com
Andrew M. Harris
andrew.harris@hoganlovells.com
Lisa J. Fried
lisa.fried@hoganlovells.com

Benjamin A. Fleming
benjamin.fleming@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000

**HUGHES HUBBARD & REED LLP**

Christopher K. Kiplok
chris.kiplok@hugheshubbard.com
Jeffrey S. Margolin
jeff.margolin@hugheshubbard.com

One Battery Park Plaza
New York, NY 10004
(212) 837-6000

**HUNTON ANDREWS KURTH LLP**

Robert A. Rich
rrich2@HuntonAK.com

200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000

**HUNTON ANDREWS KURTH LLP**

Joseph P. Rovira
josephrovira@huntonak.com

600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4609

**JENNER & BLOCK LLP**

Richard Levin
rlevin@jenner.com
Carl Wedoff
cwedoff@jenner.com

919 Third Avenue
New York, NY 10022
(212) 891-1600

**KASOWITZ BENSON TORRES &
FRIEDMAN LLP**

David J. Mark
dmark@kasowitz.com

1633 Broadway, New York
New York 10019
212-506-1700

**KATTEN MUCHIN ROSENMAN LLP**

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Mark T. Ciani

575 Madison Avenue
New York, NY 10022
(212) 940-8800

**KING & SPALDING LLP**

Richard A. Cirillo
rcirillo@kslaw.com

1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

**KLEINBERG, KAPLAN, WOLFF & COHEN,
P.C.**

Norris D. Wolff
nwolff@kkwc.com

551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000

**KOBRE & KIM LLP**

Jonathan D. Cogan
jonathan.cogan@kobrekim.com
D. Farrington Yates
farrington.yates@kobrekim.com

Adam M. Lavine
adam.lavine@kobrekim.com
Donna Xu
donna.xu@kobrekim.com

800 Third Avenue
New York, New York 10022
(212) 488-1200

**KRISS & FEUERSTEIN LLP**

Dwight Yellen
dyellen@kandfllp.com

360 Lexington Avenue 12th Floor
New York, NY 10017
212 661 2900

**LATHAM & WATKINS LLP**

Christopher R. Harris
christopher.harris@lw.com
Thomas J. Giblin
thomas.giblin@lw.com

885 Third Avenue
(212) 906-1200

**LINKLATERS LLP**

James R. Warnot
james.warnot@linklaters.com
Brenda D. DiLuigi
brenda.diluigi@linklaters.com

1345 Avenue of the Americas
212.903.9000

**LITMAN, ASCHE & GIOIELLA, LLP**

Richard M. Asche
Richardasche@lagnyc.com

666 Fifth Avenue
New York, New York 10003
212-809-4500

**LOWENSTEIN SANDLER LLP**

Michael B. Himmel
JDelgado@lowenstein.com
Jennifer Fiorica Delgado

1251 Avenue of the Americas
New York, New York 10020
646-414-6962

**LAW OFFICE OF MARTIN MUSHKIN LLC**

Martin Mushkin
1100 Summer St. 3rd Floor
Stamford, CT  06905-5534
Tel: 203-252-2357 or 212-779-4233
Fax: 203-547-7540
mmushkin@mushkinlaw.com

**MCKOOL SMITH, PC**

Eric B. Halper
ehalper@mckoolsmith.com
Virginia I. Weber
vweber@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
212.402.9413

**MILBANK LLP**

Alexander Lees
alees@milbank.com

55 Hudson Yards
New York, NY 10001
212-530-5000

**MORGAN, LEWIS & BOCKIUS LLP**

Joshua Dorchak
joshua.dorchak@morganlewis.com

101 Park Avenue
New York, New York 10178
(212) 309-6700

**MORRISON & FOERSTER LLP**

John A. Pintarelli
jpintarelli@mofo.com
Erica J. Richards
erichards@mofo.com

250 West 55th Street
New York, New York 10109
(212) 468-8000

**MOSES & SINGER LLP**

Mark N. Parry
mparry@mosessinger.com
Jessica K. Bonteque
jbonteque@mosessinger.com

405 Lexington Avenue
New York, NY 10174
(212) 554-7876

**MUSKIN LAW OFFICES**

Victor P. Muskin
victor@muskinlaw.com

767 Third Avenue, Suite 2400
New York, NY 10017
(212) 688-3200

**NORRIS, MCLAUGHLIN, PA**

Melissa A. Pena
mapena@norris-law.com

7 Times Square
New York, NY 10036
(212) 808-0700

**O'MELVENY & MYERS LLP**

Pamela A. Miller
pmiller@omm.com
William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com

Seven Times Square
New York, NY 10036
(212) 326-2000

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Jonathan P. Guy
jguy@orrick.com

1152 15th Street NW
Washington, DC 20005
(202) 339-8516

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Eric Fishman
eric.fishman@pillsburylaw.com
Andrew Troop
andrew.troop@pillsburylaw.com

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000

**PROSKAUER ROSE LLP**

Gregg M. Mashberg
gmashberg@proskauer.com
Russell T. Gorkin
rgorkin@proskauer.com

11 Times Square
New York, NY 10036
212-969-3000

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Marc L. Greenwald
marcgreenwald@quinnemanuel.com
Eric M. Kay
erickay@quinnemanuel.com

51 Madison Avenue, 22nd Flr
New York, NY 10010
(212) 849-7000

**REED SMITH LLP**

David M. Schlecker
dschlecker@reedsmith.com
James C. McCarroll
jmccarroll@reedsmith.com
John C. Scalzo
jscalzo@reedsmith.com
Christopher A. Lynch
clynch@reedsmith.com

599 Lexington Ave.
New York, NY 10022
(212) 205-6083

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**

Steven Eichel
se@robinsonbrog.com

875 Third Avenue
New York, NY 10022
212-603-6300

**ROPES & GRAY LLP**

Martin J. Crisp
martin.crisp@ropesgray.com

1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

**RUSSO PLLC**

Robert Sidorsky

rsidorsky@russopllc.com

350 Fifth Avenue, Suite 7230
New York, NY 10118
(212) 363-2000

**SHEARMAN & STERLING LLP**

Brian Polovoy
BPolovoy@Shearman.com
Randall Martin
Randall.Martin@Shearman.com
Jeffrey Resetarits
Jeffrey.Resetarits@Shearman.com

599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

**SHEPPARD MULLIN RICHTER &
HAMPTON, LLP**

Seong H. Kim (admitted pro hac vice)
SHKim@sheppardmullin.com

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-6161

**SHEPPARD MULLIN RICHTER &
HAMPTON, LLP**

Michael T. Driscoll
mdriscoll@sheppardmullin.com

30 Rockefeller Plaza
New York, NY 10112
(212) 634-3055

**SIDLEY AUSTIN LLP**

Steven M. Bierman
sbierman@sidley.com
Andrew P. Propps
apropps@sidley.com
Alex R. Rovira

arovira@sidley.com

787 Seventh Avenue,
New York, New York 10019
(212) 839-5300

**SULLIVAN & CROMWELL LLP**

Diane L. McGimsey
mcgimseyd@sullcrom.com
(admitted *pro hac vice*)

1888 Century Park East,
Los Angeles, CA 90067
(310) 712-6600

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
scottj@sullcrom.com
Andrew J. Finn
finna@sullcrom.com

125 Broad Street
New York, New York 10004
(212) 558-4000

**TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP**

Ralph A. Siciliano
Siciliano@thsh.com

900 Third Avenue New York, NY 10022
(212) 508-6718

**THOMPSON HINE LLP**

Barry M. Kazan
barry.kazan@thompsonhine.com
Emily J. Mathieu
emily.mathieu@thompsonhine.com

335 Madison Avenue
12th Floor
New York, NY 10017

(212) 344-5680

**VEDDER PRICE P.C.**

Joshua A. Dunn
jdunn@vedderprice.com

1633 Broadway
31st Floor
New York, New York 10019
(212) 407-7791

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
eakleinhaus@wlrk.com

51 West 52nd Street
New York, NY 10019
(212) 403-1000

**WILLKIE FARR & GALLAGHER LLP**

Martin Klotz
mklotz@willkie.com
Cristina Quiñones-Betancourt
cquinonesbetancourt@willkie.com

787 Seventh Avenue
New York, NY 10019
(212) 728-8688

**WILMER CULTER PICKERING HALE AND
DORR LLP**

Andrea J. Robinson
andrea.robinson@wilmerhale.com
George W. Shuster, Jr.
george.shuster@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518

**WINSTON & STRAWN LLP**

Heather Lamberg
hlamberg@winston.com
Keith Palfin
kpalfin@winston.com

1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5000

**WOLLMUTH MAHER & DEUTSCH LLP**

Philip R. Schatz
pschatz@wmd-law.com
William A. Maher
wmaher@wmd-law.com
Fletcher W. Strong
fstrong@wmd-law.com

500 Fifth Avenue
New York, NY 10110
(212) 382-3300

**WUERSCH & GERING LLP**

Gregory F. Hauser
gregory.hauser@wg-law.com
Jascha D. Preuss
jascha.preuss@wg-law.com

100 Wall Street, 10th Floor
New York, NY 10005
(212) 509-5050